**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MCREYNOLDS, </br> on behalf of himself and all others </br> similarly situated, </br> </br> Plaintiffs, </br> </br> v. </br> </br> MERRILL LYNCH & Co., INC. </br> </br> Defendant. | ) </br> ) </br> ) </br> ) No. 05-C-6589 </br> ) </br> ) Judge Robert W. Gettleman </br> ) </br> ) Magistrate Judge Morton Denlow </br> ) </br> ) </br> ) |

**<u>NOTICE OF MOTION</u>**

**TO:** Attached Service List

**PLEASE TAKE NOTICE THAT** on Tuesday, June 27, 2006, attorneys for the parties will appear before the Honorable Judge Gettleman in Courtroom 1703 of the Everett McKinley Dirksen Building at 9:15 a.m. and present the attached Joint Motion for Entry of Proposed Protective Order.

Respectfully submitted,

By:   /s/ Mary Stowell

Mary Stowell - ABA # 02750015
Stowell & Friedman, Ltd.
321 Plymouth Court
Suite 1400
Chicago, IL 60604
(312) 431-0888

**CERTIFICATE OF SERVICE**

I, Suzanne E. Bish, an attorney, hereby certify that on June 21, 2006, I caused a true and correct copy of attached Joint Motion for Entry of Proposed Protective Order to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Mindy J. Spector | Kim Leffert |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Adam Grant | 71 S. Wacker Drive |
| Weil, Gotshal & Manges LLP | Chicago, IL 60606 |
| 767 Fifth Avenue | phone: (312) 782-0600; fax: (312) 701-7711 |
| New York, NY 10153 | llightfoot@mayerbrownrowe.com |
| phone: (212) 310-8790; fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

/s/
Suzanne E. Bish