## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GEORGE McREYNOLDS, on behalf )
of himself and all other )
similarly situated, )
             Plaintiff, )
              )      **Case No. 05 C 6583**
v. )
              )      **Judge Robert W. Gettleman**
MERRILL LYNCH, )
              )      **Magistrate Judge Denlow**
          Defendant. )

## AGREED MOTION FOR CLARIFICATION

The parties, through their counsel, hereby respectfully request that this Court issue a minute order, clarifying the Court's May 16, 2006 minute order in which it ordered "Discovery closed by 3/15/2007." In support of this motion, the Parties state as follows:

1.      On or about May 10, 2006, the Parties filed a Joint Status Report in which they specified certain dates for the completion of class discovery, among other matters. See Joint Status Report, attached hereto as Exhibit 1. In particular, the Joint Status Report reflected :

10.c.  **Discovery Subjects**:  The parties expect to conduct discovery regarding class issues, and whether and/or the extent to which a pattern and practice of race discrimination has occurred. . .

\* \* \*

e.     **Completion of Discovery**: The parties will conduct discovery according to the following two phases and with the following completion dates:

- The parties will complete factual discovery concerning class certification issues by November 2, 2006.

- The parties will complete expert discovery by March 15, 2007.

\* \* \*

      i.    **Merits Discovery**: Will commence after the final ruling on class certification.

      (Emphasis in original).

Based on this agreed schedule, the Parties anticipated that class discovery would close on March 15, 2007 and that merits discovery would commence after the final ruling on class certification.

      2.    In a May 16, 2006 minute order following an initial status, this Court issued a minute order which ordered, in relevant part, "Discovery ordered closed by 3/15/07." See minute order, attached hereto as Exhibit 2. On its face, this language made no distinction between class, expert or merits discovery. However, the March 15, 2007 date ties in with the close of class expert discovery as anticipated in the Joint Status Report. See Exhibit 1.

      3.    The Parties understood the court's oral comments at the status hearing to mean that class discovery would be closed on March 15, 2007, consistent with the Joint Status Report. In addition, the Parties urge that it would not be feasible to complete both class and merits discovery all before March 15, 2007. This class action involves allegations that will require (1) an extensive amount of discussion between counsel to define the scope of the discovery consistent with Federal Rules of Civil Procedure and Local Rule 37.2; (2) the collection of hard copy and electronic data from a multitude of custodians and locations; (3) extensive review of potentially responsive documents for confidentiality and privilege; (4) the taking of numerous depositions; and (5) the production of reports by class certification experts, among other class discovery matters. Given all that needs to be completed in order to provide this Court with sufficient information on which to evaluate class certification, the schedule that the Parties have

agreed to in the Joint Status Report is ambitious and will require tremendous effort to meet the anticipated March 15, 2007 class discovery closure anticipated in the Report.  It will therefore be impractical for the Parties to complete both class and merits discovery in the mere nine months between now and March 15, 2007.

For these reasons, the Parties respectfully urge this Court , consistent with the Joint Status Report, to order  that class discovery will close on  March 15, 2007 and that merits discovery will commence after the final ruling on class certification.  A proposed order is attached hereto.

Respectfully submitted,

DATED:  June 27, 2006

STOWELL & FRIEDMAN, LTD.

Mary Stowell
Linda Friedman
321 S. Plymouth Court
Chicago, IL  60604
(312) 431-0888

Attorneys for Plaintiff

MAYER BROWN ROWE & MAW
s/ Lori E. Lightfoot
Lori E. Lightfoot
71 S. Wacker Drive
Chicago, IL  60606
312-782-0600

And

WEIL GOTSCHAL & MANGES LLP
Jeffrey J. Klein
Mindy J. Spector
Nicholas J. Pappas
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Attorneys for Defendant