IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated,<br>    Plaintiff,<br>v.<br>MERRILL LYNCH,<br>    Defendant. | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Denlow |

## NOTICE OF AGREED MOTION

  PLEASE TAKE NOTICE that on Wednesday, July 5, 2006 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present the attached **AGREED MOTION FOR CLARIFICATION**, a copy of which is hereby served upon you.

              MAYER BROWN ROWE & MAW

              By: _s/ Lori E. Lightfoot_____
                  Lori E. Lightfoot
                  71 S. Wacker Drive
                  Chicago, Illinois 60606
                  (312) 701-8680

              and

                  Weil, Gotshal & Manges, LLP
                  Jeffrey S. Klein
                  Mindy J. Spector
                  Nicholas J. Pappas
                  767 Fifth Avenue
                  New York, New York 10153
                  (212) 310-8000

                  Attorneys for Defendant