**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MCREYNOLDS, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MERRILL LYNCH & CO., INC. | ) ) |
| Defendant. | ) ) |

No. 05-C-6583

Judge Robert W. Gettleman

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT *INSTANTER*__**

Plaintiff George McReynolds, on behalf of himself and all others similarly situated, by his attorneys Stowell & Friedman, Ltd. and pursuant to Fed.R.Civ.P. 15(a), hereby moves for leave to file *instanter* his First Amended Complaint and states the following in support thereof:

1. On November 18, 2005, Plaintiff, on behalf of himself and all others similarly situated, filed a Complaint alleging that Defendant Merrill Lynch & Co., Inc. ("Defendant," "Merrill Lynch" or "the Firm") was engaged in a nationwide pattern or practice of race discrimination against African-American applicants and employees.

2. Since filing his Complaint, Plaintiff has continued to diligently investigate Defendant's systemic, class-wide discrimination against African-Americans. Additional class members have come forward and Plaintiff has discovered additional information regarding Defendant's discriminatory employment practices and the experiences of putative class members.

3. As a result, Plaintiff seeks to amend his Complaint to provide the Court, Defendant and putative class members with additional information regarding his class claims.

Plaintiff's First Amended Complaint, attached as Exhibit A, provides additional information regarding Merrill Lynch's discriminatory employment practices, better defines the sub-classes who were subjected to those unlawful practices, and places Merrill Lynch on further notice of Plaintiff's intent to add Title VII and disparate impact claims of discrimination after the Equal Employment Opportunity Commission ("EEOC") issues right to sue notices to class members with Charges of Discrimination currently pending before the EEOC.[1]

4. Rule 15 of the Federal Rules of Civil Procedure favors liberal amendment of pleadings and provides that leave to amend shall be freely granted whenever justice so requires. *See* Fed. R. Civ. P. 15(a); *see also In re Stavriotis,* 977 F.2d 1202, 1204 (7th Cir. 1992). Plaintiff's Motion for Leave meets this liberal standard as it will assist the parties and the Court. Moreover, permitting Plaintiff to amend his Complaint is just and does not prejudice Defendant as discovery has just begun in the case.

**WHEREFORE,** for the reasons set forth above, Plaintiff respectfully requests that this Court grant him leave to file the attached First Amended Complaint *instanter*.

    Respectfully submitted,

    STOWELL & FRIEDMAN, LTD.
    By:
        s/Linda D. Friedman

Electronically filed on July 13, 2006

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

335850-2

---

[1] Plaintiff also will seek leave to amend the class complaint to add additional class representatives for the various sub-classes, as well as to add Title VII claims on behalf of the named plaintiffs and the putative class.

## CERTIFICATE OF SERVICE

I, Linda D. Friedman, an attorney, hereby certify that on July 13, 2006, I caused a true and correct copy of attached Motion for Leave to File First Amended Complaint *Instanter* to be served via ECF on the following counsel of record:

Jeffrey S. Klein
Mindy J. Spector
Nicholas J. Pappas
Adam Grant
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
phone: (212) 310-8790; fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Kim Leffert
Mayer Brown Rowe & Maw
71 S. Wacker Drive
Chicago, IL 60606
phone: (312) 782-0600; fax: (312) 701-7711
llightfoot@mayerbrownrowe.com

s/Linda D. Friedman

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888