**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MCREYNOLDS, <br> on behalf of himself and all others <br> similarly situated, <br>     Plaintiffs, <br> v. <br> MERRILL LYNCH & CO., INC. <br>     Defendant. | No. 05-C-6589 <br><br> Judge Robert W. Gettleman |

## NOTICE OF MOTION

**TO:**   Attached Service List

**PLEASE TAKE NOTICE THAT** on Wednesday, July 19, 2006, at 9:15 a.m., attorneys for the Plaintiff and putative class will appear before the Honorable Judge Gettleman in Courtroom 1703 of the Everett McKinley Dirksen Building and present the attached Motion for Leave to File First Amended Complaint *Instanter*.

                                    Respectfully submitted,

                                    STOWELL & FRIEDMAN, LTD.

                                  By:
                                        s/<u>Linda D. Friedman</u>

Electronically filed on July 13, 2006

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

335849-2

**CERTIFICATE OF SERVICE**

      I, Linda D. Friedman, an attorney, hereby certify that on July 13, 2006, I caused a true and correct copy of attached Notice of Motion for Plaintiff's Motion for Leave to File First Amended Complaint *Instanter* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Mindy J. Spector | Kim Leffert |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Adam Grant | 71 S. Wacker Drive |
| Weil, Gotshal & Manges LLP | Chicago, IL 60606 |
| 767 Fifth Avenue | phone: (312) 782-0600; fax: (312) 701-7711 |
| New York, NY 10153 | llightfoot@mayerbrownrowe.com |
| phone: (212) 310-8790; fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

                                          s/Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888