IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated,<br>          Plaintiff,<br><br>v.<br><br>MERRILL LYNCH,<br>          Defendant. | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Denlow |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, October 25, 2006 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present the attached Defendant's Motion for a Protective Order, a copy of which is hereby served upon you was previously filed on Tuesday, October 17, 2006 as Court Document Number 58.

MAYER BROWN ROWE & MAW

By:   _s/ Lori E. Lightfoot_____
       Lori E. Lightfoot
       71 S. Wacker Drive
       Chicago, Illinois 60606
       (312) 701-8680

and

       Weil, Gotshal & Manges, LLP
       Jeffrey S. Klein
       Nicholas J. Pappas
       Laura Lehman Dray
       767 Fifth Avenue
       New York, New York 10153
       (212) 310-8000

       Attorneys for Defendant