# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George McReynolds
                        Plaintiff,

v.                                               Case No.: 1:05−cv−06583
                                                         Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 24, 2006:

      MINUTE entry before Judge Morton Denlow :Motion for protective order [58] is withdrawn, Motion for protective order [61] is withdrawn. Motions terminated: MOTION by Defendant Merrill Lynch & Co., Inc. for protective order[61], MOTION by Defendant Merrill Lynch & Co., Inc. for protective order[58] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.