**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MCREYNOLDS, )<br>on behalf of himself and all others )<br>similarly situated, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>MERRILL LYNCH & CO., INC. )<br> )<br>Defendant. ) | No. 05-C-6583<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Morton Denlow** |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT *INSTANTER*

Plaintiff George McReynolds, on behalf of himself and all others similarly situated, by his attorneys Stowell & Friedman, Ltd. and pursuant to Fed.R.Civ.P. 15(a), hereby moves for leave to file *instanter* his Second Amended Complaint to add Title VII claims of disparate impact and disparate treatment discrimination and to add named plaintiffs as putative class representatives. In support of his Motion, Plaintiff states the following:

1. On November 18, 2005, Plaintiff, on behalf of himself and all others similarly situated, filed a Complaint alleging that Defendant Merrill Lynch & Co., Inc. ("Defendant," "Merrill Lynch") was and is engaged in a nationwide pattern or practice of race discrimination against African-American applicants and employees.

2. Since filing his Complaint, Plaintiff has continued to diligently investigate Defendant's systemic, class-wide discrimination against African-Americans. After additional class members came forward and Plaintiff discovered additional information, this Court granted Plaintiff leave to file his First Amended Complaint to provide the Court, Defendant and putative

class members with additional information regarding his class claims. *See* July 19, 2006 Order, Docket Entry # 49.

3.  In Plaintiff's Motion for Leave to File his First Amended Complaint and during the oral argument of that Motion, Plaintiff reiterated his intent to again amend his Complaint to add named plaintiffs and claims of discrimination under Title VII, 42 U.S.C. 2000e *et seq.*, after the Equal Employment Opportunity Commission ("EEOC") issued Right to Sue Notices to class members with Charges of Discrimination pending before the EEOC. *See* Motion for Leave to File First Amended Complaint, Docket Entry No. 44-1, at 2 and n. 1 ("Plaintiff also will seek leave to amend the class complaint to add additional class representatives for the various sub-classes, as well as to add Title VII claims on behalf of the named plaintiffs and the putative class.")[1]

4.  The EEOC has since issued Right to Sue Notices for Maroc Howard and Henry Wilson. Plaintiff therefore now seeks leave to file his Second Amended Complaint in order to add Title VII disparate treatment and disparate impact class claims and to add named plaintiffs and putative class representatives, including Mr. Howard and Mr. Wilson.

5.  Rule 15 of the Federal Rules of Civil Procedure favors liberal amendment of pleadings and provides that leave to amend shall be freely granted whenever justice so requires. *See* Fed. R. Civ. P. 15(a); *see also In re Stavriotis,* 977 F.2d 1202, 1204 (7th Cir. 1992). Plaintiff's Motion for Leave meets this liberal standard.

6.  Plaintiff's claims of discrimination under Title VII are founded on the same facts and allegations as those pled in Plaintiff's Complaint and First Amended Complaint in support of his discrimination claims under 42 U.S.C. §1981. Moreover, Defendant has been on notice of

Plaintiff's disparate impact and disparate treatment Title VII claims since May of 2005 and of Plaintiff's intent to amend his Complaint to add Title VII claims and additional named plaintiffs since this lawsuit was filed. Merrill Lynch has also long been on notice of the identity and complaints of the individuals Plaintiff seeks to add as named Plaintiffs and putative class members. These individuals represent a broad cross-section of Merrill Lynch office locations and lengths of tenure, and their experiences reflect the systemic race discrimination alleged by Plaintiff. As a result, they will fairly and adequately represent the class. Therefore, granting Plaintiff's Motion is just and will result in no prejudice to Defendant.

**WHEREFORE,** for the reasons set forth above, Plaintiff respectfully requests that this Court grant him leave to file the attached Second Amended Complaint *instanter*.

    Respectfully submitted,

    STOWELL & FRIEDMAN, LTD.

    By:

    s/<u>Linda D. Friedman</u>

Electronically filed on November 6, 2006

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

---

[1] *See also* "Plaintiff also will seek leave to amend the class complaint to add Title VII and disparate impact claims of discrimination after the Equal Employment Opportunity Commission ("EEOC") issues right to sue notices to class members with Charges of Discrimination currently pending before the EEOC." *Id.*

## CERTIFICATE OF SERVICE

      I, Linda D. Friedman, an attorney, hereby certify that on November 6, 2006, I caused a true and correct copy of attached Motion for Leave to File Second Amended Complaint *Instanter* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Weil, Gotshal & Manges LLP | Mayer Brown Rowe & Maw |
| 767 Fifth Avenue | 71 S. Wacker Drive |
| New York, NY 10153 | Chicago, IL 60606 |
| phone: (212) 310-8790; fax: (212) 310-8007 | phone: (312) 782-0600; fax: (312) 701-7711 |
| jeffrey.klein@weil.com | llightfoot@mayerbrownrowe.com |

                                                  s/Linda D. Friedman

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888