**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MCREYNOLDS, ) <br> on behalf of himself and all others ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRILL LYNCH & CO., INC. ) <br> ) <br> Defendant. ) | No. 05-C-6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

**TO:** Attached Service List

    **PLEASE TAKE NOTICE THAT** on Tuesday, November 14, 2006, at 9:15 a.m., attorneys for Plaintiffs and putative class will appear before the Honorable Judge Gettlemen in Courtroom 1703 of the Everett McKinley Dirksen Building and present the attached Motion For Leave To File Second Amended Complaint *Instanter*.

                                 Respectfully submitted,

                                 STOWELL & FRIEDMAN, LTD.

                                 By:
                                      s/Linda D. Friedman

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
**STOWELL & FRIEDMAN, LTD**.
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604
(312) 431-0888

## **CERTIFICATE OF SERVICE**

      I, Linda D. Friedman, an attorney, hereby certify that on November 6, 2006, I caused a true and correct copy of attached Motion for Leave to File Second Amended Complaint *Instanter* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Weil, Gotshal & Manges LLP | Mayer Brown Rowe & Maw |
| 767 Fifth Avenue | 71 S. Wacker Drive |
| New York, NY 10153 | Chicago, IL 60606 |
| phone: (212) 310-8790; fax: (212) 310-8007 | phone: (312) 782-0600; fax: (312) 701-7711 |
| jeffrey.klein@weil.com | llightfoot@mayerbrownrowe.com |

                                                s/Linda D. Friedman

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888