# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

George McReynolds

                         Plaintiff,

v.                                            Case No.: 1:05−cv−06583
                                                     Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 13, 2006:

      MINUTE entry before Judge Morton Denlow :Motion hearing held on 11/13/2006 regarding motion for protective order, [68]. Defendant's Motion for protective order [68] is granted as follows: Plaintiff shall provide a list of search terms on or by 11/17/06. Motions terminated: MOTION by Defendant Merrill Lynch & Co., Inc. for protective order[68] Status hearing reset to 12/7/2006 at 10:15 AM. Status hearing set for 12/12/06 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.