IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 05 C 6583 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| MERRILL LYNCH, PIERCE, FENNER ) | |
| & SMITH INCORPORATED, ) | |
| ) | Magistrate Judge Morton Denlow |
| Defendant. ) | |

**NOTICE OF AGREED MOTION FOR**
**EXTENSION OF CLASS CERTIFICATION DISCOVERY**

**TO:** Linda Friedman
Stowell & Friedman
321 S. Plymouth Court, 14th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on Thursday January 11, 2007 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 S. Dearborn St., Chicago, IL, and then and there present an **Agreed Motion For Extension Of Class Certification Discovery,** a copy of which is hereby served upon you.

Dated: January 8, 2007

/s Lori E. Lightfoot
Mayer Brown Rowe & Maw LLP
71 S. Wacker
Chicago, Illinois 60606
(312) 782-0600
Jeffrey S. Klein
Nicholas Pappas
Salvatore Romanello
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Counsel for Merrill Lynch