IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>    Defendant. | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Morton Denlow |

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
AND EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Plaintiffs submit this Motion for Protective Order and Extension of Time and respectfully request that the Court extend their deadline to submit responses and objections to discovery served by Defendant Merrill Lynch, Inc. ("Merrill Lynch" or "Defendant") until February 12, 2007.

1. After Plaintiff George McReynolds filed his First Amended Complaint in this matter, Merrill Lynch served Defendant's First Set of Interrogatories, Second Set of Interrogatories, and First Request for Production on Plaintiff George McReynolds.

2. George McReynolds answered Defendant's discovery by November 8, 2006 and agreed to supplement his answers following a series of telephonic and in-person discovery conferences. *See, e.g.,* Ex. A, Dec. 12, 2006 Letter from M. Stowell.

3. On November 14, 2006, Merrill Lynch also served Defendant's Third Set of Interrogatories and Second Set of Requests for Production on the sixteen named plaintiffs who were added as putative class representatives in the Second Amended Complaint in this case. Defendant's discovery sought largely the same information as the discovery previously served to

342880-1

Mr. McReynolds. After conferring with Defendant, Plaintiffs sought additional time, until February 12, 2007, to respond to this discovery in light of the upcoming Thanksgiving and year-end religious holidays, the necessity to work with the sixteen named plaintiffs who reside and work across the country, and the breadth of the discovery itself. *See* Ex. A. Defendant was reluctant to extend the date considerably in light of the March 31, 2007 discovery deadline, which has since been moved to June 13, 2007. *See* Court's Jan. 18, 2007 Order, Docket Entry No. 80.

4. Shortly after Christmas, Plaintiff George McReynolds suffered a heart attack. Following surgery, Plaintiff George McReynolds suffered major medical setbacks. He is currently hospitalized in critical condition in intensive care.

5. Stowell & Friedman, Ltd. advised Merrill Lynch that given Plaintiff George McReynolds' incapacity, it would not be able to supplement his answers to interrogatories until Plaintiff's condition improved considerably.

6. Given all of the circumstances, Stowell & Friedman also requested an additional two weeks past the date previously agreed upon by the parties to tender responses and objections to Defendant's Third Set of Interrogatories and Second Set of Requests for Production. *See, e.g.,* Ex. B, Jan. 19, 2007 e-mail from M. Stowell. Among other reasons for this request, one of the named plaintiffs from whom discovery is sought has been covering Mr. McReynolds' accounts at their Merrill Lynch office and other plaintiffs have spent time visiting with the McReynolds family at the hospital. *Id.*

7. Following a series of communications with Plaintiffs' counsel, Merrill Lynch agreed to extend the time for Plaintiffs to respond by 7 days but would not agree to a 14-day extension of time. *Id.*

8. Stowell & Friedman has been working diligently on responding to the sixteen sets of Interrogatories and Requests for Production and has begun producing responsive documents. As Plaintiffs have informed Defendant, they will continue to produce responsive documents as promptly as possible.

9. Plaintiffs apologize to the Court for the burden of this motion but seek a protective order and extension of time until February 12, 2007 to properly respond to Merrill Lynch's outstanding discovery.

10. Defendant will not be prejudiced by this Motion as discovery is not set to close until June 13, 2007. *See* Court's January 18, 2007 Order, Docket Entry No. 80.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Protective Order and an extension of time until February 12, 2007 to respond to Defendant's Third Set of Interrogatories and Defendant's Second Set of Requests for Production.

Date: January 22, 2007

Respectfully submitted,

By: /s/ Linda D. Friedman

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
**STOWELL & FRIEDMAN, LTD.**
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604
(312) 431-0888

342880-1

## CERTIFICATE OF SERVICE

    I, Linda D. Friedman, an attorney, hereby certify that on January 22, 2007, I caused a true and correct copy of attached Notice of Motion and Motion for Plaintiff's Motion for Protective Order and Extension of Time to Respond to Discovery to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein<br>Nicholas J. Pappas<br>Salvatore Romanello<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>phone: (212) 310-8000<br>fax: (212) 310-8007<br>jeffrey.klein@weil.com | Lori Lightfoot<br>Mayer Brown Rowe & Maw<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>phone: (312) 782-0600<br>fax: (312) 701-7711<br>llightfoot@mayerbrownrowe.com |

/s/ Linda D. Friedman

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

342880-1