IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Defendant. | No. 05-C-6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on Wednesday, January 24, 2007, at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiff and putative class will appear before the Honorable Morton Denlow, or any judge sitting his stead in Courtroom 1350 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion for Protective Order and Extension of Time to Respond to Discovery.

Respectfully submitted,

STOWELL & FRIEDMAN, LTD.

By: /s/ Linda D. Friedman

Electronically filed on January 22, 2007

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

342882-1

## CERTIFICATE OF SERVICE

    I, Linda D. Friedman, an attorney, hereby certify that on January 22, 2007, I caused a true and correct copy of attached Notice of Motion and Motion for Plaintiff's Motion for Protective Order and Extension of Time to Respond to Discovery to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein<br>Nicholas J. Pappas<br>Salvatore Romanello<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>phone: (212) 310-8000<br>fax: (212) 310-8007<br>jeffrey.klein@weil.com | Lori Lightfoot<br>Mayer Brown Rowe & Maw<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>phone: (312) 782-0600<br>fax: (312) 701-7711<br>llightfoot@mayerbrownrowe.com |

/s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

342882-1