**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

George McReynolds, et al.
                              Plaintiff,

v.                                          Case No.: 1:05−cv−06583
                                          Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 24, 2007:

      MINUTE entry before Judge Morton Denlow :Motion hearing held on 1/24/2007 regarding motion for protective order[82]. Plaintiffs' motion for protective order and extension of time to respond to discovery [82] is granted. Plaintiff is to respond to Defendant's third set of interrogatories and Defendant's second set of request for production on or by 2/12/07. Plaintiff to provide defense counsel with a statement with respect to the second set of interrogatories on or by 2/12/07. Status hearing is reset to 3/13/07 at 10:15 a.m. Status hearing set for 2/13/07 is stricken ; Motions terminated: MOTION by Plaintiff George McReynolds for protective order and Extension of Time to Respond to Discovery[82] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.