IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**

MAR 3 0 2007
Mar 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GEORGE McREYNOLDS, et al. )
)
)
)
Plaintiffs, )
) Case No. 05 C 6583
)
v. )
) Judge Robert W. Gettleman
)
MERRILL LYNCH, )
) Magistrate Judge Denlow
)
Defendant. )

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 4, 2007 at 9:15 a.m. or as soon thereafter as counsel shall be heard, I shall appear before the Honorable Chief Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present the Defendant's Motion to Compel Deposition Answers, a Copy of which is hereby served upon you.

MAYER BROWN ROWE & MAW

Date: March 30, 2007

By: _____
Lori E. Lightfoot
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 701-8680

and

Weil, Gotshal & Manges, LLP
Jeffrey S. Klein
Nicholas J. Pappas
Laura Lehman Dray
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Defendant's Motion to Compel Deposition Answers was served upon counsel for Plaintiffs addressed as follows:

>Linda Friedman
>Mary Stowell
>George Robot
>Stowell & Friedman, Ltd.
>321 S. Plymouth Court, Suite 1400
>Chicago, Illinois 60604

via e-mail and U.S. mail on March 30, 2007.

By: _____