# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6583 | **DATE** | 4/4/2007 |
| **CASE TITLE** | McReynolds vs. Merrill Lynch & Co. | | |

**DOCKET ENTRY TEXT**

Motion hearing held regarding Defendant's motion to compel deposition answers [89]. Defendant's motion to compel deposition answers [89] is granted in part and denied in part as stated in open Court. Supplemental answers by Mark Johnson will be provided in conjunction with his review of the deposition and the completion of any errata sheets. Plaintiff's oral motion to remove the Defendant's motion to compel deposition answers [89] from being a restricted document is granted. The Clerk of the Court is directed to remove Defendant's motion to compel deposition answers [89] as a restricted document and make it a public document. Status hearing held. Status hearing set for 6/12/07 at 10:00 a.m. Status hearing set for 4/17/07 is stricken.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:40

| | Courtroom Deputy Initials: | DK |
|---|---|---|