IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 05 C 6583 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| MERRILL LYNCH, PIERCE, FENNER ) | |
| & SMITH INCORPORATED, ) | |
| ) | Magistrate Judge Morton Denlow |
| Defendant. ) | |

## NOTICE MOTION

**TO:** Linda Friedman
Stowell & Friedman
321 S. Plymouth Court
Suite 1400
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on Monday, April 16, 2007 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, or any judge sitting in his stead in Room 1350 of the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Defendant's Motion For Protective Order,** a copy of which is hereby served upon you.

Dated: April 12, 2007         MERRILL LYNCH, PIERCE, FENNER
                              & SMITH, INCORPORATED

                              By:   /s Therese C. King
                                    One of its attorneys

Lori E. Lightfoot
Therese C. King
MAYER BROWN ROWE & MAW LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 (Facsimile)

Jeffrey S. Klein
Nicholas Pappas
Salvatore Romanello
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the attached **Notice of Motion** was served upon:

>Linda Friedman
>Mary Stowell
>George Robot
>Stowell & Friedman, Ltd.
>321 South Plymonth Court
>Suite 1400
>Chicago, Illinois  60604

by e-mail and U.S. Mail on April 12, 2007.


    /s Therese C. King