# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6583 | **DATE** | 4/16/2007 |
| **CASE TITLE** | McReynolds vs. Merrill Lynch & Co. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to compel Plaintiffs to verify responses to Defendant's third set of interrogatories [92] is granted. Verification is be provided for each class representative within 7 days prior to each of their depositions. Plaintiff is to advise Defendant within 7 days as to when the verification of the 6 whose depositions have taken place will be provided. Defendant's motion for protective order [94] is entered and continued to 6/12/07 at 10:15 a.m.

Docketing to mail notices
*Copy to judge/magistrate judge.

01:25 Oah

| | Courtroom Deputy Initials: | DK |
|---|---|---|