IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated,<br>           Plaintiff,<br>v.<br>MERRILL LYNCH,<br>           Defendant. | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 25 2007 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present the attached Defendant's Motion to Compel Plaintiffs' Depositions, a copy of which is hereby served upon.

MAYER BROWN ROWE & MAW

Date: April 23, 2007    By:    _s/ Lori E. Lightfoot_____
                                                                   Lori E. Lightfoot
                                                                   71 S. Wacker Drive
                                                                   Chicago, Illinois 60606
                                                                   (312) 701-8680

                                                      and

                                                          Weil, Gotshal & Manges, LLP
                                                          Jeffrey S. Klein
                                                          Nicholas J. Pappas
                                                          Laura Lehman Dray
                                                          767 Fifth Avenue
                                                          New York, New York 10153
                                                          (212) 310-8000

                                                          Attorneys for Defendant