IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., on behalf of themselves and all others similarly situated, )<br>)<br>) | ) |
| Plaintiffs, ) | ) No. 05-C-6583 |
| ) | ) Judge Robert W. Gettleman |
| v. ) | ) |
| ) | ) Magistrate Judge Morton Denlow |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, )<br>)<br>) | ) |
| Defendant. ) | |

**NOTICE OF MOTION**

**TO:**   Attached Service List

   **PLEASE TAKE NOTICE THAT** on Wednesday, April 25, 2007, at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiff and putative class will appear before the Honorable Morton Denlow, or any judge sitting his stead in Courtroom 1350 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion for Protective Order, to Compel Defendant to Identify Documents, and for a Date Certain for Defendant to Complete Production.

                    Respectfully submitted,

                    STOWELL & FRIEDMAN, LTD.

           By:
                    /s/ Linda D. Friedman

Electronically filed on April 23, 2007

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

344523-1

## CERTIFICATE OF SERVICE

      I, Linda D. Friedman, an attorney, hereby certify that on April 23, 2007, I caused a true and correct copy of attached Notice of Motion and Plaintiff's Motion for Protective Order, to Compel Defendant to Identify Documents, and For a Date Certain for Defendant to Complete Production to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein<br>Nicholas J. Pappas<br>Salvatore Romanello<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>phone: (212) 310-8000<br>fax: (212) 310-8007<br>jeffrey.klein@weil.com | Lori Lightfoot<br>Mayer Brown Rowe & Maw<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>phone: (312) 782-0600<br>fax: (312) 701-7711<br>llightfoot@mayerbrownrowe.com |

      /s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

344523-1