IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated,<br>　　　　　　Plaintiff,<br><br>v.<br><br>MERRILL LYNCH,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 05 C 6583<br>)<br>) Judge Robert W. Gettleman<br>)<br>) Magistrate Judge Denlow<br>) |

## AMENDED NOTICE OF MOTION

　　　　PLEASE TAKE NOTICE that on Thursday, April 26, 2007 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present the Defendant's Motion to Compel Plaintiffs' Depositions, a copy of which was previously served upon.

　　　　　　　　　　　　　　　　　　　MAYER BROWN ROWE & MAW

Date: April 24, 2007　　　　By:　　　_s/ Lori E. Lightfoot_____
　　　　　　　　　　　　　　　　　　　Lori E. Lightfoot
　　　　　　　　　　　　　　　　　　　71 S. Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　(312) 701-8680

　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　Weil, Gotshal & Manges, LLP
　　　　　　　　　　　　　　　　　　　Jeffrey S. Klein
　　　　　　　　　　　　　　　　　　　Nicholas J. Pappas
　　　　　　　　　　　　　　　　　　　Laura Lehman Dray
　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　(212) 310-8000

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Lori E. Lightfoot, hereby certify that I caused a copy of the foregoing Defendant's Amended Notice of Motion served upon:

Stowell & Friedman, Ltd.
Mary Stowell
Linda Friedman
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604

via e-mail and First Class Mail on or before 5:00 p.m. on April 24, 2007 by causing the same to be deposited into a mail receptacle.

_/s Lori E. Lightfoot_
Lori E. Lightfoot