# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

George McReynolds, et al.
                              Plaintiff,

v.                                                   Case No.: 1:05−cv−06583
                                                       Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 27, 2007:

      MINUTE entry before Judge Morton Denlow :Motion hearing held on 4/27/2007 regarding motion for protective order, [99], motion to compel, [97], motion for protective order[94]. Motion for protective order [94] is withdrawn without prejudice; Motion to compel [97] is withdrawn without prejudice; Motion for protective order [99] is withdrawn without prejudice. Motions terminated: MOTION by Plaintiff George McReynolds for protective order To Compel Defendant to Identify Documents, and For a Date Certain for Defendant to Complete Production[99], MOTION by Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. to compel Plaintiffs' Depositions.[97], MOTION by Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. for protective order[94]. Status hearing set for 5/1/2007 at 10:00 AM.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.