IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated,<br>　　　　　　Plaintiff,<br><br>v.<br><br>MERRILL LYNCH,<br>　　　　　　Defendant. | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday May 7, 2007 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present Merrill Lynch Motion to Compel Discovery Response, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　MAYER BROWN ROWE & MAW

Date: Mary 3, 2007　　　　By:　　_s/ Lori E. Lightfoot_____
　　　　　　　　　　　　　　　　　Lori E. Lightfoot
　　　　　　　　　　　　　　　　　71 S. Wacker Drive
　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　(312) 701-8680

　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　Weil, Gotshal & Manges, LLP
　　　　　　　　　　　　　　　　　Jeffrey S. Klein
　　　　　　　　　　　　　　　　　Nicholas J. Pappas
　　　　　　　　　　　　　　　　　Laura Lehman Dray
　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　(212) 310-8000

　　　　　　　　　　　　　　　　　Attorneys for Defendant