# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

George McReynolds, et al.
                              Plaintiff,

v.                                            Case No.: 1:05−cv−06583
                                                         Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 16, 2007:

      MINUTE entry before Judge Morton Denlow : Motion hearing held on 5/16/2007 regarding motion for hearing, [110] and motion to compel[108]. Defendant's motion to limit certain evidence and for sanctions [110] is withdrawn without prejudice. Defendant's motion to compel discovery response [108] is granted in the form of a sampling to be worked out between the parties. Motions terminated: MOTION by Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. for hearing to Limit Certain Evidence and For Sanctions For Violating Discovery Order.[110], MOTION by Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. to compel Discovery Response.[108] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.