IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 05 C 6583 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| MERRILL LYNCH, PIERCE, FENNER ) | |
| & SMITH INCORPORATED, ) | |
| ) | Magistrate Judge Morton Denlow |
| Defendant. ) | |

## NOTICE OF MOTION

**TO:** Linda Friedman
Stowell & Friedman
321 S. Plymouth Court, 14th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on Monday, June 4, 2007 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Morton Denlow, or any judge sitting in his stead in Room 1350 of the United States District Courthouse, 219 S. Dearborn St., Chicago, IL, and then and there present a **Motion of Defendant To Compel Discovery Response,** a copy of which is hereby served upon you.

Dated: May 31, 2007

/s Lori E. Lightfoot
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

Jeffrey S. Klein
Nicholas Pappas
Salvatore Romanello
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Counsel for Merrill Lynch

## Certificate of Service

The undersigned, an attorney, hereby certifies that on May 31, 2007 she caused a copy of the foregoing **Motion of Defendant To Compel Discovery Response** to be served by ECF to each attorney having an email address on file with the Court and by messenger delivery to:

>Linda Friedman
>Stowell & Friedman
>321 S. Plymouth Court, 14th Floor
>Chicago, IL 60604

>_____/s/ Lori E. Lightfoot_____
>Lori E. Lightfoot