# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

George McReynolds, et al.

                                Plaintiff,

v.                                           Case No.: 1:05−cv−06583
                                                          Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 4, 2007:

      MINUTE entry before Judge Morton Denlow :Motion hearing held. Defendant's motion to compel [116] is entered and continued to 6/11/07 at 9:15 a.m. Plaintiff to file any response on or by 6/8/07. Defendant's motion to compel discovery response [114] is granted in part and denied in part as stated in open Court. Defendants motion to compel discovery response to Interrogatories Nos 2 and 5 is denied. Defendant's motion to compel discovery response to Interrogatory No. 8 is granted. Plaintiff to supplement their response on or by 6/18/07. Status hearing is reset to 6/11/07 at 9:15 a.m. Status hearing set for 6/7/07 is stricken. Motions terminated: MOTION by Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. to compel discovery response[114]. (dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.