# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRILL LYNCH, PIERCE, FENNER ) <br> & SMITH INCORPORATED, ) <br> ) <br> Defendant. ) | No. 05-C-6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Morton Denlow |

## **NOTICE OF MOTION**

**TO:**  Attached Service List

    **PLEASE TAKE NOTICE THAT** on Tuesday, June 12, 2007, at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiff and putative class will appear before the Honorable Robert W. Gettleman, or any judge sitting his stead in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion to Extend Class Certification Discovery.

                                              Respectfully submitted,

                                              STOWELL & FRIEDMAN, LTD.

                                              By:
                                                       <u>/s/ Linda D. Friedman</u>

Electronically filed on June 7, 2007

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

## **CERTIFICATE OF SERVICE**

      I, Linda D. Friedman, an attorney, hereby certify that on June 7, 2007, I caused a true and correct copy of attached Notice of Motion to be served via ECF on the following counsel of record:

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore Romanello
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
phone: (212) 310-8000
fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Mayer Brown Rowe & Maw
71 S. Wacker Drive
Chicago, IL 60606
phone: (312) 782-0600
fax: (312) 701-7711
llightfoot@mayerbrownrowe.com

                /s/ Suzanne Bish

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888