# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

George McReynolds, et al.

                                Plaintiff,

v.                                                   Case No.: 1:05−cv−06583
                                                          Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 11, 2007:

      MINUTE entry before Judge Morton Denlow :Motion hearing held on 6/11/2007 regarding motion to compel[116]. Defendant's Motion to compel [116] is granted. Mr. Brown is directed to reappear for his deposition. Plaintiff is to provide dates and time for the setting of Mr. Browns deposition on or by 6/15/07. Defendant's request for fees and costs for brining this motion is denied. Plaintiff's Motion to enforce [120] is entered and continued to 6/18/07 at 9:15 a.m. Magistrate Judge Status hearing held on 6/11/2007 and continued to 6/18/07 at 9:15 AM. Motions terminated: MOTION by Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. to compel[116]. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.