Incorrect Document initially linked to entry