IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>    Defendant. | No. 05-C-6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

**TO:**   Attached Service List

    **PLEASE TAKE NOTICE THAT** on Monday, June 18, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs and putative class will appear before the Honorable Morton Denlow, or any judge sitting his stead in Courtroom 1350 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion to Enter and Continue Plaintiffs' Motion to Extend Class Certification Discovery.

                                        Respectfully submitted,

                                        STOWELL & FRIEDMAN, LTD.

                                        By:
                                             /s/ Linda D. Friedman

Electronically filed on June 14, 2007

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

344548-1

## **CERTIFICATE OF SERVICE**

      I, Linda D. Friedman, an attorney, hereby certify that on June 14, 2007, I caused a true and correct copy of attached Notice of Motion to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Weil, Gotshal & Manges LLP | 71 S. Wacker Drive |
| 767 Fifth Avenue | Chicago, IL 60606 |
| New York, NY 10153 | phone: (312) 782-0600 |
| phone: (212) 310-8000 | fax: (312) 701-7711 |
| fax: (212) 310-8007 | llightfoot@mayerbrownrowe.com |
| jeffrey.klein@weil.com | |

        /s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

344548-1