**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE MCREYNOLDS, et al., on behalf of themselves and all others similarly situated | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05C 6583 |
| v. | ) ) ) | Judge Robert W. Gettleman |
| MERRILL LYNCH, PIERCE, FENNER & SMITH | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## PLAINTIFFS' MOTION TO ENTER AND CONTINUE PLAINTIFFS' MOTION TO EXTEND CLASS CERTIFICATION DISCOVERY

Plaintiffs, by and through their attorneys, Stowell & Friedman, Ltd., hereby move the Court to enter and continue their Motion to Extend Class Certification Discovery. In support thereof, Plaintiffs state as follows:

1. On June 7, 2007, Plaintiffs filed a motion to extend the class certification period before Judge Gettleman. The Motion was noticed originally noticed for June 12, 2007, and then reset for June 14, 2007 to accommodate the deposition schedule in this case.

2. Judge Gettleman referred the motion for ruling before this Court. In doing so, Judge Gettleman expressed his desire that the parties attempt to resolve the motion cooperatively.

3. Prior to June 14, 2007, Plaintiffs' counsel invited Defense counsel to meet and confer on Plaintiffs' Motion to Extend Class Certification Discovery and the issues that prompted the filing of the motion. As Plaintiffs' counsel advised this Court on the morning of June 11, 2007, the motion to extend class certification discovery had been filed, but the parties had some hope that a meet and confer scheduled for later that day in New York would result in

an agreement between the parties the remaining issues in discovery. Unfortunately, the parties were unable to conduct the discovery conference on June 11, 2007 due to problems with air travel control and flight delays. The parties were also unable to meet and confer on June 12 and June 13, 2007 because the depositions scheduled in this case did not conclude until after 8:00 p.m.

      4.      Plaintiffs have again extended an invitation to meet and confer. Plaintiffs believe that a meet and confer would be productive and likely resolve in an agreement or narrowing of the issues.

WHEREFORE, Plaintiffs request that the Court enter and continue the Motion to Extend the Class Certification Discovery Cut-off to June 27, 2007 in order to allow the parties to meet and confer.

Electronically filed on June 14, 2007

>Respectfully submitted on behalf of the Parties,
>
>/s/ Linda D. Friedman
>One of the attorneys for Plaintiffs

Mary Stowell
Linda D. Friedman – ABA # 06190092
Suzanne E. Bish
Stowell & Friedman, Ltd.
321 South Plymouth Court
Suite 1400
Chicago, Illinois 60604
(312) 431-0888

## CERTIFICATE OF SERVICE

      I, Linda D. Friedman, an attorney, hereby certify that on June 14, 2007, I caused a true and correct copy of attached Motion to Enter and Continue Plaintiffs' Motion to Extend Class Certification Discovery to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Weil, Gotshal & Manges LLP | 71 S. Wacker Drive |
| 767 Fifth Avenue | Chicago, IL 60606 |
| New York, NY 10153 | phone: (312) 782-0600; fax: (312) 701-7711 |
| phone: (212) 310-8790; fax: (212) 310-8007 | llightfoot@mayerbrownrowe.com |
| jeffrey.klein@weil.com | |

                                   /s/ Linda D. Friedman