**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

George McReynolds, et al.
                                Plaintiff,

v.                                              Case No.: 1:05−cv−06583
                                                      Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 14, 2007:

       MINUTE entry before Judge Robert W. Gettleman :Status hearing held on 6/14/2007. Plaintiff's motion [122] to extend time to complete discovery is referred to Magistrate Judge Denlow to whom this case has been referred. Status hearing set for 7/31/2007 at 09:00 AM.Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.