## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

George McReynolds, et al.
                              Plaintiff,

v.                                                 Case No.: 1:05−cv−06583
                                                     Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 18, 2007:

      MINUTE entry before Judge Morton Denlow :Motion hearing held. Plaintiff's motion to enter and continue Plaintiffs' motion to extend class certification discovery [129] is granted. Plaintiff's motion for extension of time to extend class certification discovery [122] is entered and continued to 6/25/07 at 3:00 p.m. Plaintiff's brief in support of motion due on or by 6/21/07; Defendant's response due on or by 6/22/07. Plaintiff's motion to enforce compliance by Defendant with the protective order in relation to the confidentiality of Merrill Lynch E−Mails [120] is denied. For reasons stated in open Court, Plaintiff's motion to enforce compliance by Defendant with the protective order in relation to the confidentiality of Merrill Lynch E−Mails [120] is denied. Motions terminated: MOTION by Plaintiff George McReynolds to enforce Compliance By Defendant with the Protective Order in Relation to the Confidentiality of Merrill Lynch E−mails [120], MOTION by Plaintiff George McReynolds to continue Plaintiffs' Motion to Enter and Continue [129] Status hearing set for 6/25/2007 at 03:00 PM.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.