IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MCREYNOLDS, et al. on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 05-C-6583 |
| v. | ) ) ) | Judge Robert W. Gettleman |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, | ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE THAT** on Thursday, June 21, 2007, Plaintiffs caused to be filed with the Clerk of Court for the United States District Court in the Northern District of Illinois the attached *Plaintiffs' Supplemental Brief of Outstanding Discovery Issues in Support of Their Motion to Extend Class Certification Discovery,* a copy of which is has been electronically filed and hereby served on you.

    Respectfully submitted,

    STOWELL & FRIEDMAN, LTD.

    By:
        /s/ Mary Stowell

Electronically filed on June 21, 2007

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
**STOWELL & FRIEDMAN, LTD**.
321 S. Plymouth Court
Suite 1400
Chicago, Illinois  60604
(312) 431-0888
mstowell@sfltd.com

345779-1

## **CERTIFICATE OF SERVICE**

      I, Mary Stowell, an attorney, hereby certify that on June 21, 2007, I caused a true and correct copy of *Plaintiffs' Supplemental Brief of Outstanding Discovery Issues in Support of Their Motion to Extend Class Certification Discovery* to be served via filing with the Court using ECF upon:

| | |
|---|---|
| Jeffrey S. Klein<br>Nicholas J. Pappas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>phone: (212) 310-8790; fax: (212) 310-8007<br>jeffrey.klein@weil.com | Lori Lightfoot<br>Mayer Brown Rowe & Maw<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>phone: (312) 782-0600; fax: (312) 701-7711<br>llightfoot@mayerbrownrowe.com |

                                                    /s/ Mary Stowell

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
**STOWELL & FRIEDMAN, LTD**.
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604
(312) 431-0888
mstowell@sfltd.com

345779-1