# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | No. 05-C-6583 |
| ) | Judge Robert W. Gettleman |
| v. ) ) | Magistrate Judge Morton Denlow |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ) ) ) | |
| Defendant. ) | |

## **NOTICE OF MOTION**

**TO:** Attached Service List

     **PLEASE TAKE NOTICE THAT** on Monday, August 27, 2007, at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs and putative class will appear before the Honorable Morton Denlow, or any judge sitting his stead in Courtroom 1350 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion to Compel.

     Respectfully submitted,

     STOWELL & FRIEDMAN, LTD.

     By:
          /s/ Linda D. Friedman

Electronically filed on August 21, 2007

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

## **CERTIFICATE OF SERVICE**

I, Linda D. Friedman, an attorney, hereby certify that on August 21, 2007, I caused a true and correct copy of attached *Notice of Motion* to be served via ECF and by facsimile on the following counsel of record:

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore Romanello
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
phone: (212) 310-8000
fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Mayer Brown Rowe & Maw
71 S. Wacker Drive
Chicago, IL 60606
phone: (312) 782-0600
fax: (312) 701-7711
llightfoot@mayerbrownrowe.com

/s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888