IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRILL LYNCH, PIERCE, FENNER ) <br> & SMITH INCORPORATED, ) <br> ) <br> Defendant. ) | No. 05-C-6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

**TO:**  Attached Service List

**PLEASE TAKE NOTICE THAT** on September 6, 2007 at 10:00 a.m. Status Hearing, or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs and putative class will appear before the Honorable Morton Denlow, or any judge sitting his stead in Courtroom 1350 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion to Compel.

>Respectfully submitted,
>
>STOWELL & FRIEDMAN, LTD.
>
>By:
>       /s/ Suzanne E. Bish

Electronically filed on August 27, 2007

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

346626-1

## **CERTIFICATE OF SERVICE**

      I, Suzanne E. Bish, an attorney, hereby certify that on August 27, 2007, I caused a true and correct copy of attached Notice of Motion re: *Plaintiffs' Motion to Compel Production of Documents, Data, Interrogatory Responses and Identification of Responsive Information* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein<br>Nicholas J. Pappas<br>Salvatore Romanello<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>phone: (212) 310-8000<br>fax: (212) 310-8007<br>jeffrey.klein@weil.com | Lori Lightfoot<br>Mayer Brown Rowe & Maw<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>phone: (312) 782-0600<br>fax: (312) 701-7711<br>llightfoot@mayerbrownrowe.com |

      /s/ Suzanne E. Bish

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

346626-1