## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

George McReynolds, et al.
                              Plaintiff,

v.                                             Case No.: 1:05−cv−06583
                                                              Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 6, 2007:

       MINUTE entry before Judge Morton Denlow :Motion hearing held on 9/6/2007 regarding motion to compel[152], motion to compel, [157], motion to compel, [155]. Plaintiff's motion to compel responsive data and related information [155] is entered and continued for oral argument regarding Defendant's recent production of Selective Pre−2001 Data. Plaintiff has until 9/27/07 to file a brief seeking additional documents and Defendant has until 10/11/07 to respond. Oral argument set for 10/18/07 at 10:30 a.m. All other matters in Plaintiff's motion to compel [155] with respect to Defendant's motion to compel responsive data and related information is resolved by the parties as stated in open Court. Plaintiff's motion to compel [152] is granted in part and denied in part. Plaintiff's motion to compel gender data and employee data on FAC is denied. Plaintiff's motion to compel personnel and wage information on Financial Advisors employed in the Firm's Financial Advisory Center is denied. Plaintiff's motion to compel racial discrimination complaints against managers who managed during the "class period" is granted in part. Plaintiff to submit up to 5 names of people who already have had complaints against them from the years of 2001 − 2006 to Defendants by 9/7/07. Defendants have until 9/27/07 to check those file to see if there are any additional race discrimination complaints prior to 2001 against them. Plaintiff's motion to compel production of documents, data, interrogatory responses and identification of responsive information [157] is withdrawn in part and denied in part. Item Nos. 1, 2, 3, 5, 6 and 7 have been worked out by the parties as stated in open Court. Plaintiff's motion to compel the production of management assessment file (Item No. 4) is denied for the reasons stated in open Court. Status hearing held and continued to 10/18/07 at 10:30 a.m. Motions terminated: MOTION by Plaintiff George McReynolds to compel [152], MOTION by Plaintiff George McReynolds to compel Production of documents, data, interrogatory responses and identification of responsive information [157].(dmk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.