**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

George McReynolds, et al.
                       Plaintiff,

v.                                                 Case No.: 1:05−cv−06583
                                                  Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 10, 2007:

      MINUTE entry before Judge Morton Denlow :By agreement of the parties, Plaintiff George McReynolds Motion to compel Responsive Data and Related Information and Relief [155] is withdrawn. Motions terminated: (dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.