IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated,<br>    Plaintiff,<br>v.<br>MERRILL LYNCH,<br>    Defendant. | Case No. 05 C 6583<br>Judge Robert W. Gettleman<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, December 20, 2007** at **10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom 1350 and then and there present **Merrill Lynch's Motion to Extend Expert Discovery Schedule,** a copy of which is hereby served upon you.

Date: December 17, 2007  By:  s/ Lori E. Lightfoot
               Mayer Brown LLP
               Lori E. Lightfoot
               71 S. Wacker Drive
               Chicago, Illinois 60606
               (312) 701-8680

            and

               Weil, Gotshal & Manges, LLP
               Jeffrey S. Klein
               Nicholas J. Pappas
               Laura Lehman Dray
               767 Fifth Avenue
               New York, New York 10153
               (212) 310-8000

               Attorneys for Defendant

# **CERTIFICATE OF SERVICE**

    I, Lori E. Lightfoot, hereby certify that I caused a copy of the foregoing Notice of Motion to be served upon:

Stowell & Friedman, Ltd.
Mary Stowell
Linda Friedman
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604

via the court electronic filing notification system and e-mail on December 17, 2007.

                                                        /s Lori E. Lightfoot
                                                        Lori E. Lightfoot