IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al. on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED <br><br> Defendant. | Case No. 05 C 6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Morton Denlow |

## PLAINTIFFS' MOTION TO COMPEL INFORMATION REGARDING DATA

Plaintiffs, by and through their attorneys, Stowell & Friedman, Ltd., submit the following Motion to Compel Defendant to provide information about data produced by Defendant to Plaintiffs. In support thereof, Plaintiffs state as follows:

1. As this Court is aware, Plaintiffs' experts are due to submit their reports on May 19, 2008. In performing their work, Plaintiffs' experts have encountered a few questions about the data produced by Defendant. Plaintiffs' counsel have asked Defendant to provide additional information about the data. *See* Exhibit A. Defense counsel has not responded to the requests of Plaintiffs' counsel for this information.

2. The information sought by Plaintiffs is necessary to understand the data recently produced by Defendant and to complete Plaintiffs' expert report in a timely manner.

3. Plaintiffs apologize for burdening the Court with this motion, which they believe should have been resolved cooperatively between the parties.

WHEREFORE, Plaintiffs request that the Court compel Defendant to respond to Plaintiffs' questions about certain workforce data produced in this case.

Date: April 21, 2008

        Respectfully submitted,

        By:

          /s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
**STOWELL & FRIEDMAN. Ltd.**
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604
(312) 431-0888

352267-1

## CERTIFICATE OF SERVICE

  I, Linda D. Friedman, an attorney, hereby certify that on April 21, 2008, I caused a true and correct copy of attached *Motion to Compel* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Salvatore Romanello | 71 S. Wacker Drive |
| Weil, Gotshal & Manges LLP | Chicago, IL 60606 |
| 767 Fifth Avenue | phone: (312) 782-0600 |
| New York, NY 10153 | fax: (312) 701-7711 |
| phone: (212) 310-8000 | llightfoot@mayerbrownrowe.com |
| fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

            /s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
**STOWELL & FRIEDMAN. Ltd.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

352267-1