IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, et al., ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRILL LYNCH, PIERCE, FENNER ) <br> & SMITH, INCORPORATED, ) <br> ) <br>     Defendant. ) | No. 05-C-6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

**TO:**   Attached Service List

**PLEASE TAKE NOTICE THAT** on April 23, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs and putative class will appear before the Honorable Morton Denlow, or any judge sitting his stead in Courtroom 1350 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Motion to Compel.

                              Respectfully submitted,

                              STOWELL & FRIEDMAN, LTD.

                              By:
                                  /s/ Suzanne E. Bish

Electronically filed on April 21, 2008

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

352268-1

## CERTIFICATE OF SERVICE

I, Suzanne E. Bish, an attorney, hereby certify that on April 21, 2008, I caused a true and correct copy of attached Notice of Motion re: *Plaintiffs' Motion to Compel* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Salvatore Romanello | 71 S. Wacker Drive |
| Weil, Gotshal & Manges LLP | Chicago, IL 60606 |
| 767 Fifth Avenue | phone: (312) 782-0600 |
| New York, NY 10153 | fax: (312) 701-7711 |
| phone: (212) 310-8000 | llightfoot@mayerbrownrowe.com |
| fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

/s/ Suzanne E. Bish

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

352268-1