**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MCREYNOLDS, et al. ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERRILL LYNCH, PIERCE, FENNER ) <br> & SMITH, INCORPORATED ) <br> ) <br> Defendant. ) | Case No. 05 C 6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Morton Denlow |

**PLAINTIFFS' RELPLY IN SUPPORT OF THEIR MOTION TO COMPEL
INFORMATION REGARDING DATA**

In its Response, and relying on a Court Order dated December 2, 2007, Defendant asks the Court to prohibit Plaintiffs' counsel from "pestering" Defendant with questions about the data it produced. The Order was entered late last year after Defendant notified Plaintiff only weeks before their expert reports were due that the data it had produced nearly a year previously was not reliable or complete. *See* Ex. A, Dec. 2, 2007 Order.

Among other things, the Court ordered that: (1) Plaintiffs were entitled to answers to questions about the late-produced data, to be served by January 4, 2008; and (2) Defendant could not produce any more data after January 18, 2008 without leave of Court, if Plaintiffs objected to its production. Conspicuously absent from Defendant's response to Plaintiffs' Motion to Compel is the fact that Defendant, without leave of Court, produced additional data to Plaintiff on March 25, 2008. This data was requested by the Plaintiffs more than a year ago and repeatedly in meet and confers, during depositions, and in correspondence. The data was produced well after January 18, 2008 and, again, shortly before Plaintiffs' expert reports are due. The data was also produced without record layout or in a comprehensible or usable manner.

Plaintiffs objected, but rather than immediately moving to strike the data and for sanctions, Plaintiffs merely sought to have answers to their questions about the new data so that they might be able to understand and use the data.

Plaintiffs do agree that "enough is enough." The data should be struck because it was produced without leave of Court, after the date set forth in the Court's December 2, 2007 Order, and Plaintiffs object. Defendant should be barred from relying on the data or criticizing Plaintiffs for failure to utilize the data. Alternatively, Defendant should be ordered to answer the questions posed by Plaintiffs as well as any additional questions that arise regarding the data produced on March 25, 2008.

Date: April 22, 2008

                                                Respectfully submitted,

                                                By:

                                                    /s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
**STOWELL & FRIEDMAN. Ltd.**
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604
(312) 431-0888

352301-2

## **CERTIFICATE OF SERVICE**

      I, Linda D. Friedman, an attorney, hereby certify that on April 22, 2008, I caused a true and correct copy of the foregoing *Reply In Support of Motion to Compel* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown Rowe & Maw |
| Salvatore Romanello | 71 S. Wacker Drive |
| Weil, Gotshal & Manges LLP | Chicago, IL 60606 |
| 767 Fifth Avenue | phone: (312) 782-0600 |
| New York, NY 10153 | fax: (312) 701-7711 |
| phone: (212) 310-8000 | llightfoot@mayerbrownrowe.com |
| fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

      /s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
**STOWELL & FRIEDMAN. Ltd.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

352301-2