# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

George McReynolds, et al.
                              Plaintiff,

v.                                        Case No.: 1:05−cv−06583
                                               Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Morton Denlow:Motion hearing held on 4/23/2008 regarding motion to compel[207]. Motion to compel [207] is granted in part and denied in part as stated in open Court. Motions terminated: MOTION by Plaintiff George McReynolds to compel Information Regarding Data[207] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.