IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>MERRILL LYNCH,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 4, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him and then and there present Merrill Lynch's Motion to Revise Expert Discovery Schedule, a copy of which is hereby served upon you.

MAYER BROWN LLP

Date: August 26, 2008

By: _s/ Lori E. Lightfoot_____
Lori E. Lightfoot
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 701-8680

and

Weil, Gotshal & Manges, LLP
Jeffrey S. Klein
Nicholas J. Pappas
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Defendant