IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, on behalf of himself and all other similarly situated, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERRILL LYNCH, )<br>)<br>Defendant. ) | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, September 10, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, at 219 S. Dearborn, Chicago, Illinois  60603, in the courtroom usually occupied by him, courtroom 1350, and then and there present **Motion of Defendant to Compel Certain Documents Related to Plaintiffs' Expert Reports**, a copy of which is hereby served upon you.

MAYER BROWN LLP

Date: September 8, 2008

By: s/ Lori E. Lightfoot
Lori E. Lightfoot
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois  60606
(312) 701-8680

and

Weil, Gotshal & Manges, LLP
Jeffrey S. Klein
Nicholas J. Pappas
767 Fifth Avenue
New York, New York  10153
(212) 310-8000

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

    I, Lori E. Lightfoot, hereby certify that I caused a copy of the foregoing Notice of Motion and Motion of Defendant to Compel Certain Documents Related to Plaintiffs' Expert Reports served upon:

Stowell & Friedman, Ltd.
Mary Stowell
Linda Friedman
321 S. Plymouth Court
Suite 1400
Chicago, Illinois 60604

via e-mail and First Class Mail on or before 5:00 p.m. on September 8, 2008.

                                                  s/ Lori E. Lightfoot
                                                Lori E. Lightfoot