IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS et al., Individually on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, <br><br> Defendant. | Case No. 05 C 6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Denlow |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch"), hereby respectfully moves this court to grant partial summary judgment in favor of Merrill Lynch. In support of this motion, Merrill Lynch incorporates herein the accompanying memorandum of law.

Date: October 3, 2008

By: _/Lori E. Lightfoot___

Lori E. Lightfoot
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

and

WEIL, GOTSHAL & MANGES LLP
Jeffrey S. Klein
Nicholas J. Pappas
Salvatore A. Romanello
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Defendant