IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS et al., Individually on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 05 C 6583 |
| vs. ) ) | Judge Robert W. Gettleman |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, ) ) ) | Magistrate Judge Denlow |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **October 28, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, through its counsel, shall appear before the Honorable Robert W. Gettleman, at 219 S. Dearborn, Chicago, Illinois 60603, in the courtroom usually occupied by him, courtroom 1703, and then and there present Merrill Lynch's Motion for Partial Summary Judgment, a copy of which is hereby served upon you.

MAYER BROWN LLP

Date: October 3, 2008

By: _/Lori E. Lightfoot___
Lori E. Lightfoot
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

and

WEIL, GOTSHAL & MANGES LLP
Jeffrey S. Klein
Nicholas J. Pappas
Salvatore A. Romanello
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Defendant