# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE McREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT,** Individually on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **MERILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,** <br><br> Defendant. | Case No. 05-C-6583 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Morton Denlow <br><br> Jury Trial Demanded |

## AGREED MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs by and through their counsel, Stowell & Friedman, Ltd., hereby file this Agreed Motion for Leave to File Under Seal their Petition for Class Certification, Memorandum of Law in Support Thereof and Compendium of Exhibits because testimony and documents cited therein were designated "Confidential" or "Attorneys' Eyes Only" by Defendant.

1.  Today, Plaintiffs will file their Motion for Class Certification, Memorandum of Law in Support Thereof and all related exhibits ("Class Certification documents").

2.  Plaintiffs notified Defendant that they object to filing their Class Certification documents under seal and of their position that Defendant has been over inclusive in stamping testimony and documents "Confidential" under the Protective Order.

3. To address the Court's directive, Plaintiffs' counsel provided to Defendant's counsel on November 13, 2008 with a list of exhibits, which they sought to file publicly in support of their Petition for Class Certification. Defendant reviewed the extensive list of documents and participated in a lengthy conference call on November 17, 2008. During that conference call, Defendant's counsel advised Plaintiffs' counsel that it agreed to re-designate certain categories of documents. Plaintiffs' counsel reiterated their position that they agreed that the materials disclosing private matters about individual employees and clients should remain confidential and requested that the parties consider whether such materials could be redacted to remove names or other identifying information so that these materials could be placed in the public file. Counsel also identified other categories of documents over which continued discussion might yield a resolution. Counsel further identified specific areas on which they were not likely to reach an agreement.

4. Subject to the Court's approval, the parties agreed to the following:

   a. Plaintiffs will seek leave to file the Class Certification documents under seal on November 18, 2008, the date such documents are due, and serve Defendant with the actual filing. Plaintiffs shall notice the motion for leave to file the Petition for Class Certification for the previously scheduled status call on December 4, 2008;

   b. Between November 18, 2008 and December 4, 2008, the parties shall continue their discussions and reach agreements to the extent possible;

   c. To the extent the parties are unable to agree on any subset of documents, the dispute shall be presented to the Court in a motion; and

   d. Following the Court's ruling, Plaintiffs shall then withdraw the pleadings filed on November 18, 2008 and file under seal only the portions of the class petition or exhibits which the Court rules are properly filed under seal.

5. For the Court's convenience, a sealed copy of the unredacted (full) versions of the Class Certification documents will be hand-delivered to the Court on November 18, 2008.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request leave to file under seal their Motion for Class Certification, Memorandum of Law in Support Thereof and Compendium of Exhibits.

Respectfully submitted,

STOWELL & FRIEDMAN, LTD.

By   /s/ Linda D. Friedman
_____
One of the Attorneys for Plaintiffs

Electronically filed on November 18, 2008

Mary Stowell, Bar No. 02750015
Linda D. Friedman, Bar No. 06190092
Suzanne E. Bish
Stowell & Friedman, Ltd.
321 South Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

## **CERTIFICATE OF SERVICE**

I, Linda D. Friedman, an attorney, hereby certify that on November 18, 2008, I caused a true and correct copy of the *Motion For Leave to File Under Seal* to be served via overnight delivery and/or by filing with the Court using ECF upon:

/s/Linda D. Friedman
_____
One of the Attorneys for Plaintiffs

Mary Stowell, Bar No. 02750015
Linda Friedman, Bar No. 06190092
Suzanne E. Bish
Stowell & Friedman, Ltd.
321 South Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888