IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE McREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT, Individually on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 05-C-6583 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Judge Robert W. Gettleman Magistrate Judge Morton Denlow |
| MERILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, | ) ) ) ) | Jury Trial Demanded |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:** Attached Service List

**PLEASE TAKE NOTICE THAT** on Thursday, December 4, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs and putative class will appear before the Honorable Robert Gettleman, or any judge sitting his stead in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached Agreed Motion for Leave to File Under Seal.

         Respectfully submitted,

         STOWELL & FRIEDMAN, LTD.

         By:
           /s/ Suzanne E. Bish

Electronically filed on November 18, 2008

356925_1

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
**Stowell & Friedman, Ltd.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

356925_1

## **CERTIFICATE OF SERVICE**

     I, Suzanne E. Bish, an attorney, hereby certify that on November 18, 2008, I caused a true and correct copy of attached Notice of Motion re: *Agreed Motion for Leave to File Under Seal to* be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown |
| Salvatore Romanello | 71 S. Wacker Drive |
| Weil, Gotshal & Manges LLP | Chicago, IL 60606 |
| 767 Fifth Avenue | phone: (312) 782-0600 |
| New York, NY 10153 | fax: (312) 701-7711 |
| phone: (212) 310-8000 | llightfoot@mayerbrown.com |
| fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

                                /s/ Suzanne E. Bish

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888