IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE McREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT, Individually on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, <br><br> Defendant. | Case No. 05-C-6583 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Morton Denlow <br><br> Jury Trial Demanded |

## NOTICE OF MOTION

**TO:** Attached Service List

**PLEASE TAKE NOTICE THAT** on Thursday, December 4, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiffs and putative class will appear before the Honorable Robert Gettleman, or any judge sitting his stead in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present Plaintiffs' Motion for Class Certification. At the Request of the Clerk of Courts, Plaintiffs state that they also provisionally filed the accompanying Memorandum of Law In Support of Motion for Class Certification on November 18, 2008 under seal.

Respectfully submitted,

STOWELL & FRIEDMAN, LTD.

By:
/s/ Suzanne E. Bish

Electronically filed on November 18, 2008

356926_1

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
**Stowell & Friedman, Ltd.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

356926_1

## CERTIFICATE OF SERVICE

      I, Suzanne E. Bish, an attorney, hereby certify that on November 18, 2008, I caused a true and correct copy of Plaintiffs' Motion for Class Certification to be served via ECF on the following counsel of record:

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore Romanello
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
phone: (212) 310-8000
fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Mayer Brown
71 S. Wacker Drive
Chicago, IL 60606
phone: (312) 782-0600
fax: (312) 701-7711
llightfoot@mayerbrown.com

                              /s/ Suzanne E. Bish

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

356926_1