# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6583 | **DATE** | 12/4/2008 |
| **CASE TITLE** | George McReynolds    vs    Merrill Lynch | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Plaintiffs' motion [250] to strike defendants' motion [237] for partial summary judgment is granted.   Plaintiffs' motion [252] to seal documents is withdrawn.   Plaintiffs' motion [254] to file brief in excess of 15 pages is granted.  Response to plaintiffs' motion [257] for class certification is due by 4/30/2009.  Reply is due by 5/21/2009.    Status hearing continued to 7/16/2009, at 9:00 a.m.

[Docketing to mail  notice]

01:08

| | Courtroom Deputy | GDS |
|---|---|---|