## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE McREYNOLDS,<br>et al., on behalf of themselves<br>and all others similarly situated, | ) ) ) | Case No. 05-C-6583 |
| Plaintiffs, | ) ) ) | Judge Robert W. Gettleman |
| v. | ) ) ) | Magistrate Judge Morton Denlow |
| MERRILL LYNCH, PIERCE, FENNER<br>& SMITH, INCORPORATED, | ) ) ) | Jury Trial Demanded |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO:**     Attached Service List

PLEASE TAKE NOTICE THAT on Thursday, January 8, 2009, at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for the Plaintiff and putative class will appear before the Honorable Robert W. Gettleman, or any judge sitting his stead in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached *Objections To Magistrate Judge Denlow's Order Denying Motion To Compel And/Or Motion For Protective Order*

Respectfully submitted,

STOWELL & FRIEDMAN, LTD.

By:     /s/  Linda D. Friedman

Electronically filed on December 31, 2008

Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
**STOWELL & FRIEDMAN, LTD.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

357729-1

## CERTIFICATE OF SERVICE

I, Linda D. Friedman, an attorney, hereby certify that on December 31, 2008, I caused a true and correct copy of attached *Objections To Magistrate Judge Denlow's Order Denying Motion To Compel And/Or Motion For Protective Order* to be served via ECF on the following counsel of record:

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore Romanello
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
phone: (212) 310-8000
fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Mayer Brown Rowe & Maw
71 S. Wacker Drive
Chicago, IL 60606
phone: (312) 782-0600
fax: (312) 701-7711
llightfoot@mayerbrown.com


/s/  Linda D. Friedman



Mary Stowell – Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
**STOWELL & FRIEDMAN, LTD.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888



357729-1