## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
## Eastern Division

George McReynolds, et al.
                              Plaintiff,

v.                                               Case No.: 1:05−cv−06583
                                                    Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2009:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 1/21/2009. Plaintiff's objections [275] to Magistrate Judge's order denying motion to compel and/or motion for protective order are denied without prejudice. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.