IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, et al., Individually and as Class Representatives<br><br>Plaintiffs,<br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>Defendant. | Case No.: 05-C-6583<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Denlow |

**MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS
OF PLAINTIFFS' EXPERT WILLIAM T. BIELBY, Ph.D.**

Pursuant to Fed. R. Evid. 702, Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch") hereby respectfully moves this Court to exclude the testimony and opinions of Plaintiffs' expert Dr. William T. Bielby. In support of this motion, Merrill Lynch incorporates herein the accompanying memorandum of law.

Dated: May 15, 2009

WEIL, GOTSHAL & MANGES LLP

By: /s/ Nicholas J. Pappas
    Jeffrey S. Klein
    Nicholas J. Pappas
    Salvatore A. Romanello
    Allan Dinkoff
    767 Fifth Avenue
    New York, NY 10153
    (212) 310-8000 (Phone)
    (212) 310-8007 (Facsimile)

-- and --

MAYER BROWN LLP
    Lori E. Lightfoot
    71 S. Wacker Drive
    Chicago, IL 60606
    (312) 782-0600 (Phone)
    (312) 701-7711 (Facsimile)

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on May 15, 2009 she caused copies of Defendant Merrill Lynch's (1) NOTICE OF MOTION, (2) MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF PLAINTIFFS' EXPERT WILLIAM T. BIELBY, PH.D. AND (3) MEMORANDUM IN SUPPORT to be served by ECF to each attorney having an email address on file with the Court and by hand delivery to:

>Linda Friedman
>Stowell & Friedman
>321 S. Plymouth Court, 14th Floor
>Chicago, IL 60604

May 15, 2009　　　　　　　　　　　　　　　/s/ Lori E. Lightfoot
　　　　　　　　　　　　　　　　　　　　　　　Lori E. Lightfoot