IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, et al., Individually and as Class Representatives, <br><br> Plaintiffs, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, <br><br> Defendant. | Case No.: 05-C-6583 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Denlow |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, June 2, 2009 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 1703 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Merrill Lynch's MOTION TO EXCLUDE THE TESTIMONY AND OPINION OF PLAINTIFFS' EXPERT WILLIAM T. BIELBY, PH.D., a copy of which is attached hereto and hereby served upon you.

Dated: May 15, 2009

Respectfully submitted,

*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

By: /s Lori E. Lightfoot
*One of its Attorneys*

**MAYER BROWN LLP**

Lori E. Lightfoot
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600 (Phone)
(312) 701-7711 (Facsimile)

**WEIL, GOTSHAL & MANGES LLP**

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore A. Romanello
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (Phone)
(212) 310-8007 (Facsimile)

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated*

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on May 15, 2009 she caused copies of Defendant Merrill Lynch's (1) NOTICE OF MOTION, (2) MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF PLAINTIFFS' EXPERT WILLIAM T. BIELBY, PH.D. AND (3) MEMORANDUM IN SUPPORT to be served by ECF to each attorney having an email address on file with the Court and by hand delivery to:

>Linda Friedman
>Stowell & Friedman
>321 S. Plymouth Court, 14th Floor
>Chicago, IL 60604

May 15, 2009                                         /s/ Lori E. Lightfoot
                                                                               Lori E. Lightfoot