IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------x
GEORGE MCREYNOLDS, MAROC :
HOWARD, LARUE GIBSON, JENNIFER :
MADRID, FRANKIE ROSS, MARVA YORK :
LESLIE BROWNE, HENRY WILSON, :
LEROY BROWN, GLENN CAPEL, :
CHRISTINA COLEMAN, J. YVES LABORDE, :
MARSHELL MILLER, CARNELL MOORE, :
MARK JOHNSON, CATHY BENDER- : Case No. 05C6583
JACKSON, and STEPHEN SMARTT, :
Individually on behalf of themselves :
and all others similarly situated, : Hon. Robert W. Gettleman
: Magistrate Judge Denlow
        Plaintiffs, :
:
- against - :
:
MERRILL LYNCH, PIERCE, FENNER :
& SMITH, INCORPORATED, :
:
        Defendant. :
---------------------------------------------------------x

**MOTION FOR LEAVE TO FILE *INSTANTER* A MEMORANDUM
EXCEEDING 15 PAGES IN SUPPORT OF MERRILL LYNCH'S
MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF
PLAINTIFFS' EXPERT WILLIAM T. BIELBY, Ph.D.**

Pursuant to Local Rule 7.1, Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch") respectfully requests leave to file *instanter* a 20 page memorandum in support of its motion to bar the testimony and opinions of Plaintiffs' expert William T. Bielby, Ph.D. In support of this motion, Merrill Lynch states as follows:

1.        Plaintiffs offer the opinions of a sociologist, William T. Bielby, Ph.D., in support of their motion for class certification. Plaintiffs rely heavily on Dr. Bielby's opinions, citing to him nearly 40 times in their brief.

2.    Dr. Bielby authored expert and rebuttal reports that total more than 125 pages. Merrill Lynch's deposition of Dr. Bielby exceeds 200 pages.

3.    As Merrill Lynch's memorandum demonstrates, there are numerous independent reasons why Dr. Bielby's testimony and opinions are inadmissible under the multi-factor test set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

4.    The Supreme Court and the Seventh Circuit require district courts to undertake a rigorous analysis before certifying a class under Title VII. *Gen. Tel. Co. v. Falcon*, 457 U.S. 147, 161 (1982); *West v. Prudential Sec.*, 282 F.3d 935, 938 (7th Cir. 2002); *Szabo v. Bridgeport Machs., Inc.*, 249 F.3d 672, 676 (7th Cir. 2001). To comply with that requirement, the Court should determine whether Dr. Bielby's opinions are admissible under *Daubert* before resolving Plaintiffs' motion for class certification. *See Srail v. Vill. Of Lisle*, 249 F.R.D. 544, 557, 562 (N.D. Ill. 2008) (addressing admissibility of expert before determining class certification).

5.    Merrill Lynch has made every effort to minimize the length of its memorandum. But given Plaintiffs' extensive reliance on Dr. Bielby, the length of Dr. Bielby's reports and testimony, the numerous reasons why Dr. Bielby's testimony and opinions are inadmissible, and the need to determine the admissibility of Dr. Bielby's testimony and opinions before resolving class certification, Merrill Lynch believes that an extra 5 pages beyond the 15 page limit is warranted and will be helpful to the Court.

6.    An additional 5 pages will not prejudice Plaintiffs or their counsel.

7.    Local Rule 7.1 permits a party to file a brief in excess of 15 pages with approval of the Court.

WHEREFORE, Merrill Lynch requests that this Court enter an order granting it leave to file *instanter* a 20 page memorandum in support of its motion to bar the testimony and opinions of Plaintiffs' expert, William T. Bielby, Ph.D.

Dated: May 15, 2009

By: /s/ *[signature]*

WEIL, GOTSHAL & MANGES LLP
Jeffrey S. Klein
Nicholas J. Pappas
Salvatore A. Romanello
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (Phone)
(212) 310-8007 (Facsimile)

--and--

MAYER BROWN LLP
Lori E. Lightfoot
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600 (Phone)
(312) 701-7711 (Facsimile)

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on May 15, 2009 she caused copies of Defendant Merrill Lynch's (1) NOTICE OF MOTION AND (2) MOTION FOR LEAVE TO FILE *INSTANTER* A MEMORANDUM EXCEEDING 15 PAGES IN SUPPORT OF MERRILL LYNCH'S MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF PLAINTIFFS' EXPERT WILLIAM T. BIELBY, PH.D. to be served by ECF to each attorney having an email address on file with the Court and by hand delivery to:

        Linda Friedman
        Stowell & Friedman
        321 S. Plymouth Court, 14th Floor
        Chicago, IL 60604

May 15, 2009                                        /s/ Lori E. Lightfoot
                                                             Lori E. Lightfoot