## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| GEORGE McREYNOLDS, et al.,<br>Individually and as Class Representatives,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER<br>& SMITH, INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 05-C-6583**<br><br>**Judge Robert W. Gettleman**<br>**Magistrate Judge Denlow** |

## AMENDED NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, May 26, 2009 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 1703 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present DEFENDANT MERRILL LYNCH'S MOTION TO EXCLUDE THE TESTIMONY AND OPINION OF PLAINTIFFS' EXPERT WILLIAM T. BIELBY, PH.D., MEMORANDUM IN SUPPORT, a copy of which is attached hereto and hereby served upon you.

Dated: May 15, 2009

Respectfully submitted,

*Merrill Lynch, Pierce, Fenner & Smith, Inc.*

By: /s Lori E. Lightfoot_____
            *One of its Attorneys*

| | |
|---|---|
| **MAYER BROWN LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| Stephen M. Shapiro | Jeffrey S. Klein |
| Lori E. Lightfoot | Nicholas J. Pappas |
| Timothy S. Bishop | Salvatore A. Romanello |
| 71 S. Wacker Drive | 767 Fifth Avenue |
| Chicago, IL 60606 | New York, NY 10153 |
| (312) 782-0600 (Phone) | (212) 310-8000 (Phone) |
| (312) 701-7711 (Facsimile) | (212) 310-8007 (Facsimile) |

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated*