Merrill Lynch's Memorandum in Opposition to Plaintiffs' Motion for
Class Certification

# APPENDIX I:
# FERNANDEZ REP.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

--------------------------------------------------------x

GEORGE MCREYNOLDS, et. al.,                    :       Case No. 05C6583
Individually on behalf of themselves and all others  :
similarly situated,                                              :       Hon. Robert W. Gettleman
                                                                      :       Magistrate Judge Denlow
              Plaintiffs,                                        :
                                                                      :
  - against -                                                    :
                                                                      :
MERRILL LYNCH, PIERCE,                           :
FENNER & SMITH INCORPORATED,            :
                                                                      :
              Defendant.                                       :

--------------------------------------------------------x

## AFFIDAVIT OF DR. ROBERTO M. FERNANDEZ

STATE OF MASSACHUSETTS      )
                                               )       ss.:
MIDDLESEX COUNTY               )

ROBERTO M. FERNANDEZ, Ph.D., being first duly sworn, deposes and says:

1.      The expert report I submitted in connection with the above-referenced matter,

dated November 13, 2008 (attached hereto as Exhibit A), constitutes my testimony and opinions

with regard to class certification.

Dated: May 12, 2009

_____
Roberto M. Fernandez

Subscribed and sworn to before me this
12 day of MAY , 2009.
_____
Notary Public
Commission Expires 5/10/2013

WILLIAM M. MYERS
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 10, 2013

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, and STEPHEN SMARTT, Individually on behalf of themselves and all others similarly situated, | REPORT OF ROBERTO M. FERNANDEZ |
| | Case No. 05C6583 |
| Plaintiffs, | |
| v. | Judge Gettleman |
| | Magistrate Judge Denlow |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | |
| Defendant. | |

## I.     INTRODUCTION

I am Roberto M. Fernandez.    My research is focused on social networks, social inequality, and race and ethnic relations.  Since 2000, I have been employed as a full professor at the Massachusetts Institute of Technology's ("MIT") Sloan School of Management.  I am currently a member of the school's Organization Studies group, and hold a chair as the William F. Pounds Professor of Management.  I am also serving as the Head for the Behavioral and Policy Sciences Area of the school, and as the Co-Director of the Ph.D. Program in Economic Sociology at MIT's Sloan School.

Prior to my appointment with MIT's Sloan School, from 1994 to 2000, I was a full professor of organizational behavior at Stanford University's Graduate School of Business, where I also served as the Area Coordinator for the Organizational Behavior Group.  Prior to this, I was an associate professor in the Sociology Department and the Center for Urban Affairs at Northwestern University from 1989 to 1994, and an Instructor and assistant professor in the Sociology Department at the University of Arizona (1984 – 1989).

I received a B.A. in sociology from Harvard College in 1978, an M.A. in sociology from the University of Chicago in 1980 and a Ph.D. in sociology from the University of Chicago in 1985.  As demonstrated by my curriculum vitae (see Appendix A), over the past three decades, I have received numerous fellowships, grants and awards for research I have conducted in the areas of social networks, social inequality, and race and ethnic relations.  During this time, I have also served on numerous panels and committees related to these areas of research, including the National Academy of Science's Panel on the Definition and Measurement of Discrimination (2001-2004), and as a member of the Editorial Board of the *American Sociological Review* from 2004 to 2007.  I have also published extensively in many highly regarded scholarly journals, including the *American Sociological Review, American Journal of Sociology, Social Psychology Quarterly* and *Social Science Research.*

I have not been an expert witness in any other legal proceedings.  My hourly fee is $500.00 per hour.

I have been retained by the attorneys for the Defendant in this case to render an opinion

1  on the distribution of wealth by race in this country, and the extent to which individuals tend to

2  associate with others in the same race to the exclusion of those outside of their own racial

3  group, and the interrelationship of these two phenomena.

4

5  **II.     THE BASES OF MY OPINION**

6          My opinion in this case is my own.  It is based upon my professional experience as a

7  researcher in the areas of social networks, social stratification and race and ethnic relations for

8  over three decades, and a thorough analysis and review of the best currently available data and

9  research in the following two areas:  (1) wealth distribution by race, and (2) the degree of racial

10  integration of individuals' networks of social relationships.  I have read the Second Amended

11  Complaint and the deposition transcript of Stanley O'Neal for background on the case.  My

12  review of these documents has no bearing on the information reported, the empirical findings or

13  the conclusions presented in this report, other than to inform basic analytic choices such as

14  which races to include in the analyses and on which years to focus the data analysis.

15          The first section below (A) outlines the basis for my opinion on the wealth distribution

16  in the United States by race.  Using the best available recent data collected by the U.S. Bureau

17  of the Census, I present analyses showing the distribution of wealth for different racial groups.

18  In the second section (B), I discuss my opinion with respect to the degree to which social

19  relationships tend to be concentrated among people of the same racial background.  Here, too, I

20  present the results of analyses of a number of data sources showing the extent to which

21  individuals' social relationships tend to be concentrated among people of their own racial

22  background.

23

24      **A. Wealth Distribution by Race**

25          A number of scholars have devoted their careers to assessing the wealth gap between

26  whites and minorities.  The minority groups that have received the most research attention are

27  African Americans and Hispanics.  A consistent and widely accepted finding in this field is that,

28  on average, whites are wealthier than African Americans and Hispanics in this country (Altonji,

Doraszelski, and Segal 2000; Conley 1999; Keister 2000a, 2000b; Keister and Moller 2000; Oliver and Shapiro 2001, 2006; Spilerman 2000). Researchers often focus on the *reasons* for this disparity (which includes the discussion of how wealth is defined), as well as the *effects* of this disparity. For instance, with respect to the causes, studies have examined the extent to which racial differences in housing and real estate affect racial disparities in wealth (Oliver and Shapiro 2006). Other analyses concentrate on how race differences in savings are related to wealth gaps between whites and minorities (Keister and Moller 2000). With respect to the effects of racial disparities in wealth, other studies have examined the degree to which the wealth gap between African Americans and whites accounts for lower academic achievement among African Americans (Orr 2003).

While questions related to the causes and effects of racial differences in wealth remain active areas for research, the *existence* of large racial disparities in wealth is universally accepted. In my expert opinion, based on the extant literature alone, it is impossible to deny the existence of large racial disparities in wealth in this country. Below, I offer empirical evidence of this fact, as well as analyses of data designed to estimate the extent of racial gaps in wealth using the best available, recent data collected by the U.S. Census Bureau. Moreover, after exploring different conceptualizations and measurements of wealth, as well as having researched alternative data sources, I have found no empirical evidence suggesting any other conclusion.

### Empirical Evidence for this Opinion

I have chosen to present the most recent wave of data (2004) from the "Survey of Income and Program Participation" ("SIPP") that contains detailed wealth information[1] to gauge

---

[1] The SIPP is collected by the U.S. Bureau of the Census, and are released to the public periodically. In brief, the survey consists of a continuing series of national panels, with sample sizes ranging from approximately 14,000 to 36,700 interviewed households. Each panel ranges from 2½ to 4 years. A 4-year panel was introduced in 1996, and a 3-year panel was introduced in 2001. However, not all topics are covered in all waves of the panel. Most important for our purposes, some of the waves of the survey cover detailed information on financial assets and wealth. The cross-section of respondents answering the detailed wealth survey items is only available in 1993, 1996, 2001, and 2004. See Appendix B for more information on the SIPP.

the levels of racial disparities in wealth for this report.[2] While no data is perfectly suited for all purposes (see Appendix D on alternative sources of wealth data), the SIPP's major strength is that it has large sample sizes in the cross-section,[3] which in the case of the 2004 SIPP, is almost 100,000 cases. This feature makes the SIPP the best data source for measuring wealth levels among minority groups which are small percentages of the population, i.e., approximately 12 percent for African Americans, 14 percent for Hispanics, and 4 percent for Asian Americans (see Table 1). Moreover, my analyses of other data sources (Appendix D) show that none of the conclusions regarding African American-white disparities in wealth would be changed by focusing on other data sources.

**Table 1. Race Composition of Respondents in 2004 SIPP Waves with Net Worth Data**

| Race/Origin | Unweighted | | Weighted | |
|---|---|---|---|---|
| | N | % | N | % |
| White, Non-Hispanic | 69,753 | 70% | 67,326 | 67% |
| African American, Non-Hispanic | 12,458 | 12% | 12,072 | 12% |
| Hispanic | 10,817 | 11% | 14,254 | 14% |
| Asian | 3,214 | 3% | 3,390 | 3% |
| Other (Including American Indian) | 3,736 | 4% | 2,935 | 3% |
| Total | 99,978 | 100% | 99,978 | 100% |

Notes: 2004 data are from Wave 3. Weights have been re-scaled to sum to sample size.

*Analyses*

In this report, I have followed the standard practice of measuring wealth as financial net worth, which is a combination of the value of all assets and liabilities. In this respect, I am replicating the definitions used in the current state of the art for research in this area (Oliver and

---

[2] I have, however, replicated all of the 2004 analyses using the 2001 SIPP (corresponding tables and graphs using the 2001 SIPP appear in Appendix C). The 2001 SIPP based its sample frame on the 1990 decennial census, while the 2004 SIPP is the first to use the updated 2000 census for its sample design. This is likely to account for the minor changes which appear in the figures across the two surveys. None of these differences, however, in any way change the substantive conclusions expressed in this report concerning racial disparities in wealth.

[3] As noted above, the SIPP consists of sets of rotating panels of respondents. Since at any given cross-sectional time point the panels overlap, the number of cases analyzable in the SIPP cross-section can be much greater than the size of any individual panel.

1  Shapiro 2001, 2006).[4]

2      I will document the degree of racial disparities in financial net-worth using two

3  approaches.  The first is to show how the racial composition of the population changes as one

4  goes up the scale of net-worth.  This measures the percent of <u>people</u> from each racial group for

5  varying wealth levels.  The second approach is to describe the share of net-worth <u>dollars</u>

6  (essentially, share of the financial net-worth market) that are controlled by people of various

7  racial groups.  In essence, this second approach weights people by the number of dollars they

8  control.

9      Table 2 and Figure 1 present the results of analyses using the first approach.  In

10  summary, these results show that whites are the overwhelming majority of the population of

11  those with high financial net-worth in this country, and that as one goes up the wealth scale,

12  whites' proportion of the wealthy population increases.  However, for African Americans and

13  Hispanics, the patterns are the opposite.  African Americans and Hispanics are small

14  proportions of the wealthy population of this country, and their proportions of the population

15  decline as the cutoff for defining the wealthy population increases.  The pattern for Asian

16  Americans, however, is much more similar to whites than it is to African Americans and

17  Hispanics.

18

19

20  [4] An alternative measurement of wealth—sometimes referred to as "investable wealth"—removes the value of the home from the wealth calculation (for more details on the measurement of investable wealth, see Appendix B).  Since the financial services industry has provided means for home owners to tap into this wealth, the standard practice in this area of research is to study total net worth.  Overall, the value of the home accounts for about 45 percent of total net-worth in the 2004 SIPP data.  However, there are large racial differences in the degree to which net-worth is concentrated in the value of the home (Keister 2000a).  In these data, the average percentage for whites is 42.5 percent, but is considerably higher for African Americans (62.6 percent), Hispanics (67.4 percent), and Asian Americans (51.2 percent), respectively.  This suggests that by measuring wealth (as I do in this report) as overall net worth, I am likely to be <u>understating</u> race differences compared to analyses of wealth that do not include the value of the home.  I have replicated all the analyses of the 2004 SIPP (presented in the main report) and the 2001 SIPP (Appendix C) using the "investable wealth" (total net worth minus the value of the home) measure.  These analyses are presented in Appendix E.  The results using this alternative measure show even more extreme race differences than those I document in the main report.  For example, whites' overall share of financial net worth is 83.0 percent vs. 4.15, 6.55 and 4.24 percent for African Americans, Hispanics, and Asian Americans, respectively (first row of Table 3).  When focusing on investable wealth, whites' overall share increases to 87.6 percent, and the shares decrease for African Americans, Hispanics, and Asian Americans (respectively, 2.85, 3.91, and 3.80 percent; see Table E2 in Appendix E).  Thus, by focusing on net worth the results I present in the main body of this report are conservative measures of the degree of racial disparities in wealth.

**Table 2. Race Composition of Populations Defined by Varying Levels of Net Worth in 2004**

| Net Worth At Least: | Weighted Counts | White [1] Percent | [2] Percent/ Baseline | African American [3] Percent | [4] Percent/ Baseline | Hispanic [5] Percent | [6] Percent/ Baseline | Asian [7] Percent | [8] Percent/ Baseline | Other [9] Percent | [10] Percent/ Baseline |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall (Baseline) | 99,978 | 67.34% | | 12.07% | | 14.26% | | 3.39% | | 2.94% | |
| <$0 | 12,635 | 58.73% | 87.21% | 18.43% | 152.69% | 16.43% | 115.22% | 2.08% | 61.31% | 4.33% | 147.48% |
| ≥$0 | 87,343 | 68.59% | 101.86% | 11.16% | 92.46% | 13.94% | 97.76% | 3.58% | 105.60% | 2.73% | 93.12% |
| ≥$50,000 | 56,605 | 77.46% | 115.03% | 7.10% | 58.80% | 9.22% | 64.66% | 3.76% | 111.00% | 2.46% | 83.65% |
| ≥$100,000 | 44,568 | 79.42% | 117.94% | 5.83% | 48.33% | 8.31% | 58.24% | 4.12% | 121.59% | 2.32% | 79.02% |
| ≥$150,000 | 36,111 | 80.60% | 119.69% | 5.11% | 42.33% | 7.65% | 53.64% | 4.39% | 129.34% | 2.25% | 76.77% |
| ≥$200,000 | 29,654 | 81.36% | 120.82% | 4.52% | 37.42% | 7.35% | 51.54% | 4.65% | 137.10% | 2.12% | 72.34% |
| ≥$250,000 | 24,776 | 82.04% | 121.83% | 4.13% | 34.20% | 6.84% | 47.96% | 4.93% | 145.50% | 2.06% | 70.27% |
| ≥$300,000 | 20,863 | 82.83% | 123.00% | 3.74% | 30.97% | 6.38% | 44.72% | 5.03% | 148.30% | 2.02% | 68.90% |
| ≥$350,000 | 17,401 | 83.85% | 124.52% | 3.27% | 27.08% | 5.94% | 41.68% | 4.93% | 145.33% | 2.01% | 68.43% |
| ≥$400,000 | 14,797 | 84.25% | 125.11% | 2.96% | 24.54% | 5.85% | 40.99% | 5.04% | 148.72% | 1.90% | 64.75% |
| ≥$450,000 | 12,496 | 85.06% | 126.31% | 2.90% | 24.03% | 5.25% | 36.81% | 4.90% | 144.41% | 1.90% | 64.54% |
| ≥$500,000 | 10,620 | 85.91% | 127.58% | 2.67% | 22.15% | 5.08% | 35.61% | 4.65% | 136.98% | 1.70% | 57.83% |
| ≥$550,000 | 9,012 | 86.40% | 128.30% | 2.62% | 21.70% | 4.80% | 33.63% | 4.47% | 131.91% | 1.71% | 58.31% |
| ≥$600,000 | 7,687 | 87.13% | 129.39% | 2.40% | 19.91% | 4.31% | 30.20% | 4.40% | 129.81% | 1.75% | 59.74% |
| ≥$650,000 | 6,605 | 87.61% | 130.10% | 2.00% | 16.59% | 4.40% | 30.83% | 4.41% | 129.99% | 1.58% | 53.95% |
| ≥$700,000 | 5,687 | 88.47% | 131.38% | 1.49% | 12.38% | 3.97% | 27.85% | 4.46% | 131.38% | 1.61% | 54.77% |
| ≥$750,000 | 4,960 | 88.41% | 131.29% | 1.25% | 10.39% | 4.20% | 29.42% | 4.39% | 129.52% | 1.75% | 59.60% |
| ≥$800,000 | 4,291 | 88.20% | 130.98% | 1.17% | 9.69% | 3.94% | 27.65% | 4.78% | 140.81% | 1.91% | 65.02% |
| ≥$850,000 | 3,791 | 87.97% | 130.64% | 1.20% | 9.95% | 3.96% | 27.77% | 4.95% | 145.95% | 1.92% | 65.33% |
| ≥$900,000 | 3,323 | 87.69% | 130.22% | 0.86% | 7.11% | 4.31% | 30.23% | 5.27% | 155.38% | 1.87% | 63.62% |
| ≥$950,000 | 2,904 | 88.12% | 130.86% | 0.80% | 6.60% | 3.99% | 27.99% | 5.18% | 152.85% | 1.91% | 65.09% |
| ≥$1,000,000 | 2,549 | 87.76% | 130.32% | 0.73% | 6.06% | 3.80% | 26.61% | 5.67% | 167.27% | 2.04% | 69.45% |

Notes: Figures are presented in 2004 dollars. Percentages are weighted; weights have been rescaled to sum to sample size.
Source: SIPP 2004 Wave 3

    Table 2 reports the racial composition of populations defined by varying levels of

financial net-worth from $0 to $1,000,000 in increments of $50,000.[5]    As a baseline of

---

[5] For simplicity of presentation, Table 2 reports only descriptive data. Appendix F reports statistical standard errors adjusted for the complex survey design used by the 2004 and 2001 SIPP, for net worth and investable wealth measure of wealth. This information can be used to make statistical confidence intervals for assessing whether percentage differences across racial groups are statistically reliable.

1    comparison, the top row shows the percentage of the entire population in different racial

2    categories without regard to financial net worth. As such, it simply restates the (sample

3    weighted) percentages in Table 1. As one looks down the table, each successive row shifts the

4    definition of the population under study by imposing different cutoffs with respect to financial

5    net worth. The second row, for example, shows the race distribution for the population with

6    *negative* net worths. The third row shows the race distribution figures for those with *positive*

7    net worths, eliminating from consideration people who are in debt with negative net worths (i.e.,

8    those in row 2). Each successive row in the table eliminates people with financial net worths

9    that are less than the dollar figures listed in the first column. Thus, the fourth row reports the

10   race distribution for the population with financial net worths greater than or equal to $50,000,

11   eliminating from consideration people who have net worths of less than $50,000; the fifth shows

12   the race distribution for those with net worths of $100,000 or more, and so on down the table.

13          The figures reported in column 2 of Table 2 show the (weighted) sample sizes as

14   different net-worth cutoffs are applied. The subsequent columns of Table 2 show how the racial

15   composition of the populations change as varying financial net-worth cutoffs are applied along

16   the rows. For each racial group, I present two columns of data. The odd numbered columns

17   (i.e., [1], [3], [5], [7], and [9]) show the percent of the population—where the population is

18   defined by the net-worth level shown on the row—comprised by each racial group.

19

20

21

22

23

24

25

26

27

28



Figure 1. Race Composition by Target Levels of Net Worth in 2004

1    Figure 1 presents the same information contained in the odd numbered columns of Table

2  graphically. Each bar represents each racial group's percentage of populations defined by net-

3  worth levels. Consequently, each bar is of the same height and sums to 100 percent. Starting

4  with the bottom of the figure for the first (left-most) bar, the bottom-most, white portion of the

5  bar graphs the percentage "Other race" in the overall population (see the legend). Going up that

6  same bar, the next portion of the bar group shows the percentage of Asians in the overall

7  population. The subsequent portions of the bar list the percentage of Hispanics, African

8  Americans, and whites in the overall population. For clarity, only the percentages for the two

9  latter groups—African Americans and whites—are labeled on each bar. For example, the labels

10  on the first bar show that African Americans are 12.1 percent of the overall population, and

11  whites are 67.3 percent of the population. (Accordingly, these figures correspond to the first

12  row of Table 2.)

13    Moving right along the graph's x-axis, each subsequent bar corresponds to moving down

14  Table 2, and shows how the race distribution changes as populations are defined by increasing

15  levels of financial net-worth. For example, the second bar shows the racial composition of

16  those with negative net-worth; the third bar shows the race distribution of the population when

17  those who have negative net worths are removed, and so on up the net-worth scale.

18    The figures presented in the even numbered columns of Table 2 ([2], [4], [6], [8], and

19  [10]) measure the degree to which the racial distribution changes compared with the overall

20  baseline (the first row) as each successive net-worth population cutoff is applied. For example,

21  when a net-worth cutoff of greater than $0 is applied (third row of Table 2), the white

22  composition of the population increases to 101.86 percent of the overall population (column

23  [2]), and the African American and Hispanic populations decline to 92.46 percent (column [4])

24  and 97.76 percent (column [6]) of their overall baseline populations.

25    The overall patterns in these data are clear. First, compared to their overall percentage

26  of the population (the first row), African Americans and Hispanics are over-represented, and

27  non-Hispanic whites are underrepresented among the population with negative net worths (the

28  second row). Most notably, the percentage of African Americans among those with negative

1  net worths is over 50 percent higher than their representation in the overall population (18.43

2  percent vs. 12.07 percent; cf. rows 1 and 2).

3      Second, there is a general pattern of increasing white representation, and declining

4  African American and Hispanic representation, as one looks down the rows of Table 2. Whites'

5  representation in the wealthiest population ($1,000,000 in net-worth or more) rises over 20

6  percentage points to 87.76 percent (last row, column [1]), from their share in the overall

7  population of 67.34 percent (first row). The last row of column [2] shows that white

8  representation among those with over $1M in financial net-worth is 130.3 percent of their

9  representation in the overall population (87.76 percent/ 67.34 percent).

10      In contrast, African Americans' share of the population declines to less than 1 percent

11  (0.73 percent) of the $1 million and over population from 12.07 percent of the overall

12  population (column [3]). As 0.73 percent of the over-$1M population (last row of column [3]),

13  African Americans' representation is only 6.06 percent of their 12.07 percent share of the

14  overall population (column [4]). For Hispanics, the decline in representation is also dramatic,

15  from about 14.2 percent of the overall population, to 3.8 percent of those with net worths of

16  $1M or more (column [5]). Although not as extreme as African Americans, Hispanics, too, are

17  underrepresented in the over $1M net-worth population: their percentage of this group is 26.6

18  percent of their proportion of the overall population (last row of column [6]).

19      The pattern for Asian Americans is different, however. Asians are underrepresented

20  among the population with negative net worth (2.08 vs. 3.39 percent). While constituting only

21  3.39 percent of the overall population, Asian Americans' share of the population increases—

22  albeit not entirely smoothly—as increasing wealth cutoffs are applied to the population (column

23  [7]). At 5.67 percent (last row of column [7]), they are overrepresented among the over $1M

24  net-worth population: this figure is 167.27 percent of their proportion of the overall population

25  (last row of column [8]).

26      As described above, a second way of gauging racial disparities in wealth is to measure

27  the share of net-worth dollars that are controlled by people of various racial groups. Table 3

28  shows the results of employing such a procedure using the 2004 SIPP. To summarize the

1    findings presented in Table 3, the nation's financial net-worth is disproportionately concentrated

2    in the white population. Whites' share of the nation's overall financial net-worth is much larger

3    than their proportion of the population, and whites' share of wealth increases as one goes up the

4    wealth scale. The pattern is the opposite for African Americans and Hispanics. African

5    Americans and Hispanics control only small percentages of the nation's overall financial net-

6    worth—much less than their percentage of the population—and their share of net-worth tends to

7    decrease as one goes up the wealth scale. As with the share of population measure (Table 2),

8    the pattern of results for Asian Americans more closely tracks those of whites, than African

9    Americans or Hispanics.

10          The analyses presented in Table 3 and Figure 2 are structured in parallel fashion to those

11    presented in Table 2 and Figure 1. The first row of Table 3 describes the overall baseline of

12    comparison. It shows the share of net-worth controlled by each race group. Overall, wealth is

13    skewed toward whites in this country: while whites constitute 67.3 percent of the overall

14    population, they control 83.0 percent of the country's financial net-worth (for reference,

15    compare the first row of Table 2 with the first row of Table 3). In contrast, African Americans

16    and Hispanics control less net-worth than would be expected by their representation in the

17    population. While African Americans are about 12.1 percent of the population, they control

18    only 4.15 percent of the nation's financial net-worth. Hispanics are also underrepresented in

19    their control of financial net-worth: they are 14.3 percent of the population, but control only

20    6.55 percent of overall net-worth. The story is different for Asian Americans, however. For

21    them, the share of wealth <u>exceeds</u> their percentage of the overall population (4.24 percent share

22    of overall wealth vs. 3.39 percent of overall population).

23

24

25

26

27

28

Table 3. Percentage Share of Wealth by Race and Varying Levels of Net Worth in 2004

| Net Worth At Least: | Weighted Counts | White Percent [1] | White Percent/ Baseline [2] | African American Percent [3] | African American Percent/ Baseline [4] | Hispanic Percent [5] | Hispanic Percent/ Baseline [6] | Asian Percent [7] | Asian Percent/ Baseline [8] | Other Percent [9] | Other Percent/ Baseline [10] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall (Baseline) | 99,978 | 83.04% | | 4.15% | | 6.55% | | 4.24% | | 2.02% | |
| <$0 | 12,635 | 69.76% | 84.00% | 11.71% | 282.20% | 12.24% | 186.97% | 3.11% | 73.21% | 3.19% | 157.81% |
| ≥$0 | 87,343 | 82.83% | 99.75% | 4.27% | 102.83% | 6.64% | 101.35% | 4.23% | 99.58% | 2.04% | 100.90% |
| ≥$50,000 | 56,605 | 83.29% | 100.30% | 4.04% | 97.43% | 6.41% | 97.85% | 4.25% | 100.11% | 2.02% | 99.85% |
| ≥$100,000 | 44,569 | 83.86% | 100.99% | 3.70% | 89.06% | 6.13% | 93.69% | 4.34% | 102.20% | 1.97% | 97.70% |
| ≥$150,000 | 36,111 | 84.41% | 101.64% | 3.40% | 81.82% | 5.84% | 89.26% | 4.41% | 104.04% | 1.94% | 96.10% |
| ≥$200,000 | 29,654 | 84.90% | 102.23% | 3.10% | 74.82% | 5.62% | 85.90% | 4.49% | 105.94% | 1.88% | 93.09% |
| ≥$250,000 | 24,776 | 85.37% | 102.80% | 2.88% | 69.37% | 5.33% | 81.39% | 4.58% | 108.00% | 1.84% | 91.25% |
| ≥$300,000 | 20,863 | 85.91% | 103.46% | 2.64% | 63.58% | 5.05% | 77.09% | 4.59% | 108.23% | 1.81% | 89.73% |
| ≥$350,000 | 17,401 | 86.59% | 104.27% | 2.36% | 56.79% | 4.76% | 72.72% | 4.51% | 106.20% | 1.79% | 88.66% |
| ≥$400,000 | 14,797 | 86.96% | 104.72% | 2.16% | 51.94% | 4.63% | 70.72% | 4.53% | 106.73% | 1.73% | 85.49% |
| ≥$450,000 | 12,496 | 87.55% | 105.43% | 2.06% | 49.63% | 4.26% | 65.10% | 4.42% | 104.09% | 1.71% | 84.64% |
| ≥$500,000 | 10,620 | 88.15% | 106.15% | 1.88% | 45.39% | 4.10% | 62.65% | 4.26% | 100.39% | 1.60% | 79.37% |
| ≥$550,000 | 9,012 | 88.58% | 106.67% | 1.79% | 43.21% | 3.88% | 59.30% | 4.15% | 97.76% | 1.60% | 79.21% |
| ≥$600,000 | 7,687 | 89.10% | 107.30% | 1.62% | 39.14% | 3.58% | 54.62% | 4.09% | 96.31% | 1.61% | 79.66% |
| ≥$650,000 | 6,605 | 89.49% | 107.76% | 1.37% | 32.92% | 3.56% | 54.36% | 4.07% | 95.87% | 1.52% | 75.24% |
| ≥$700,000 | 5,687 | 90.04% | 108.43% | 1.07% | 25.86% | 3.29% | 50.29% | 4.06% | 95.78% | 1.53% | 75.55% |
| ≥$750,000 | 4,960 | 90.12% | 108.53% | 0.93% | 22.31% | 3.36% | 51.25% | 4.01% | 94.44% | 1.59% | 78.71% |
| ≥$800,000 | 4,291 | 90.15% | 108.57% | 0.86% | 20.73% | 3.17% | 48.41% | 4.16% | 98.10% | 1.65% | 81.88% |
| ≥$850,000 | 3,791 | 90.17% | 108.58% | 0.85% | 20.58% | 3.13% | 47.75% | 4.21% | 99.18% | 1.64% | 81.37% |
| ≥$900,000 | 3,323 | 90.19% | 108.60% | 0.67% | 16.05% | 3.24% | 49.45% | 4.31% | 101.57% | 1.60% | 79.29% |
| ≥$950,000 | 2,904 | 90.56% | 109.05% | 0.62% | 14.99% | 3.01% | 45.99% | 4.21% | 99.11% | 1.60% | 79.43% |
| ≥$1,000,000 | 2,549 | 90.55% | 109.04% | 0.58% | 13.96% | 2.86% | 43.67% | 4.37% | 102.99% | 1.64% | 81.33% |

Notes: Figures are presented in 2004 dollars. Percentages are weighted; weights have been rescaled to sum to sample size.

Source: SIPP 2004 Wave 3

Figure 2. Share of Wealth by Race and Target Levels of Net Worth in 2004

1    Successive rows of Table 3 vary the wealth cutoffs over which the racial shares of
2    financial net-worth are calculated. As was the pattern in Table 2, whites control a smaller share
3    of the negative net worth dollars than they do of overall wealth, and African Americans and
4    Hispanics control a greater share of debt than they do overall net-worth (compare rows 1 and 2).
5    Also similar to Table 2, racial disparities increase as one looks down the table. More
6    specifically, the percentage of the nation's financial net worth controlled by whites increases as
7    one looks down the table (column [1]). The degree of white overrepresentation in the over $1M
8    net-worth population is 109.04 percent over the baseline when representation is calculated on
9    the basis of share of net worth dollars (last row of column [2]). Comparing Figures 1 and 2
10    shows that the increase in white overrepresentation is less steep for share of wealth than it is for
11    the population measure. At least part of the reason for the less steep increase in Figure 2 than
12    Figure 1 is that the absolute share of net-worth that whites start with is considerably greater than
13    their percentage of the population: whites' share of overall net-worth is 83.04 percent, compared
14    to a 67.34 percent share of the population.

15    In Table 3, too, the shares of net-worth for African Americans (column [3]) and
16    Hispanics (column [5]) decrease with rising net-worth cutoffs, with evidence of dramatic levels
17    of underrepresentation. African American representation in the over-$1M net worth group is
18    only 13.96 percent of their share of overall net worth (last row of column [4]); the
19    corresponding figure for Hispanics is 43.67 percent (last row of column [6]). With respect to
20    share of wealth, too, Asian Americans are exceptional. Their share of overall wealth is greater
21    than their percentage of the population (4.24 percent of share of wealth [first row of Table 3] vs.
22    3.39 percent of the population [first row of Table 2]). Moreover, as wealth levels go up, their
23    share of wealth remains quite close to their overall degree of representation in the population
24    (look down column [8] of Table 3). Indeed, Asian Americans' share of net-worth among the
25    wealthiest segment of the population slightly exceeds their share of wealth in the population
26    overall (see the last row of column [8]).

27

28

These analyses lead to the following conclusions. Whether measured by share of the population (Table 2 and Figure 1), or share of financial net worth (Table 3 and Figure 2), there are reliable racial patterns in the distribution of net-worth in this country.

- Whites are the overwhelming majority of the population of those with high financial net worth in this country. Moreover, as one goes up the wealth scale, increasing the threshold of net worth cutoffs used to define the wealthy population, whites' representation of the wealthy population increases.

- Whites begin with a large share of the nation's overall financial net worth—indeed, substantially larger than their proportion of the population—and their share of net worth increases as one goes up the wealth scale.

For African Americans and Hispanics, the patterns are the opposite.

- African Americans and Hispanics are small proportions of those with high financial net worth, and their proportion of the population decreases as the definition of wealth increases.

- African Americans and Hispanics control only small percentages of the nation's overall financial net worth—much less than their percentage of the population—and their share of net-worth tends to decrease as one goes up the wealth scale.

Asian Americans, however, are something of an exception.

- While Asian Americans are a small proportion of those with high financial net worth, in contrast with the other minority groups, their proportion of the population increases as one goes up the wealth scale.

- Like the other minority groups, Asian Americans control only a small percentage of the nation's overall financial net worth. However, their share of the nation's financial net-worth tends to match their overall proportion of the population as one goes up the wealth scale.

In addition to these results, I performed a set of auxiliary analyses using other data sources and conceptions of wealth (reported in Appendices C, D and E) in order to explore the extent to which the patterns documented in the main report depend on the particular data

1  sources and measures used.

2

3  To summarize these results:

4  - The patterns of racial inequality in wealth are also evident in the 2001 SIPP (see the
5    parallel analyses presented in Appendix C). Consequently, the findings are very similar
6    despite changes in the Census Bureau's sampling methods (1990 Census sampling frame
7    vs. 2000 Census sampling frame).

8  - These race differences are not likely to disappear when using alternative data sources.
9    Appendix D shows African American-white differences in median net-worth for the
10   SIPP and other published sources for varying time periods. Across all these data
11   sources, African American/white race differences remain very large.[6]

12 - Finally, these patterns of very large racial disparities are also evident when wealth is
13   measured as investable wealth (see the parallel analyses in Appendix E).

14

15 To conclude, I will reiterate my expert opinion on the matter of racial inequality in
16 wealth. Using the best available, recent data collected by the U.S. Census Bureau, I have
17 documented that there are large racial gaps in wealth in this country. This conclusion is based
18 on analyses of the best available data in this area (SIPP), using various conceptualizations and
19 measurements of wealth, as well as an exploration of alternative data sources. Despite my best
20 efforts to uncover data that might offer a dissenting view, I have found no empirical evidence
21 suggesting any other conclusion than what I have reported here. In addition, my thorough
22 review of the extant literature has shown that my conclusions about racial wealth disparities are
23 uncontroversial. For all these reasons, it is my expert opinion that there are large racial
24 disparities in wealth in this country.

25

26

27

28 [6] Indeed, there is evidence that SIPP undersamples the very wealthiest segment of the population, and that whites are overrepresented at the top of the wealth scale (Wolff 1996, 1998). Consequently, by relying on the SIPP, the results presented here are likely to <u>understate</u> the African American/white disadvantage in financial net-worth.

**B. Race and Social Relationships**

Social scientists have had a long-standing interest in the degree to which people associate with people of same or different racial backgrounds. Much of this research can be found under the rubric of studies of "homophily,"[7] which measure people's patterns of social relationships and address the degree to which people tend to associate with others who are similar to them in terms of attributes like race or gender (e.g., Mollica, Gray and Trevino 2003; Marsden 1987).[8]

As with the issue of the wealth divide among races in this country discussed in Part A of this report, numerous scholars have studied the causes and effects of homophily in individuals' networks of social relationships. Race and gender are the two attributes that have received the most research attention in this area, and within race, the segregation of African Americans' and whites' social networks is the most common focus of analysis. A consistent and widely accepted finding in over three decades of research in this field is that, on average, individuals' social networks are strongly ordered along racial lines (e.g., Laumann 1973; Marsden 1987, 1988; McPherson, Smith-Lovin and Brashears 2006). African Americans tend to report having mostly other African Americans in their various networks, and whites tend to report associating mostly with other whites. In both instances, the consistent finding of this research is that observed levels of racial segregation of network ties are far above what would be expected solely on the basis of each group's proportion of the population.[9]

---

[7] The term homophily was coined by Lazarsfeld and Merton (1954) to describe people's tendency to associate with similar others. More colloquially, this phenomenon is captured in the adage, "birds of a feather flock together" (McPherson, Smith-Lovin and Cook 2001). This latter idiom has ancient roots. Indeed, in Book I of *The Republic*, Plato (360 B.C.E) described the phrase as an "old proverb" ("Men of my age flock together; we are birds of a feather, as the old proverb says").

[8] The shorthand term that many social scientists use to describe people's various kinds of social ties to other individuals is "social networks." Although the measurement approaches vary (see Appendix G), most studies of homophily start by gathering information on survey respondents' networks of contacts. Additional information is then collected on the race of the respondent and the race of the people who the respondent identified as a network contact. For example, in Moody's (2001) excellent study of adolescents, students were presented a roster of students in their high school and its sister school, and were asked to identify up to five male and five female friends. Data were then gathered on the race of the survey respondents, as well as the race of people who were selected as friends. With this information, each of the respondent's friendships can be classified as either same-race, or cross-race. Moody then analyzed the extent to which friendships were of the same or different race across the sample of respondents. He found strong evidence that friendships are racially homophilous, i.e., that friendship ties are segregated along racial lines.

[9] The issue of the groups' size is important because it affects the baseline that should be used when assessing the

NY1:\1586109\03\XZ%L03!.DOC\63080.0164          17

1    While questions related to the causes and effects of racial homophily remain active areas

2    for research,[10] the tendency for social networks to be segregated by race is uncontroversial

3    among scholars in this area. Below, I offer empirical evidence of this fact, as well as analyses

4    of the best available survey data designed to estimate the degree of racial segregation in adults'

5    social networks, i.e., the General Social Survey ("GSS").[11]  Moreover, after exploring different

6    conceptualizations and measurements of racial homophily, as well as having researched and

7    analyzed alternative data sources (see Appendices G and M), I have found no empirical

8    evidence suggesting any alternative conclusion.

9

10   Empirical Evidence for this Opinion

     I have chosen to present analyses of the Discussion Partner Supplement to the 2004

11   General Social Survey (GSS), the most recent GSS survey eliciting information on specific

12   people in respondents' networks.[12]  The GSS is a nationally representative survey of the adult

13

14   degree to which ties exist between social groups (Blau and Schwartz 1984). For example, in his recent evaluation of
     intermarriage using census data from 1880 to 2000, Roland Fryer (2007) showed that only 4.6 percent of African

15   Americans intermarry with whites. Given the much larger pool of available white partners with which African
     Americans might intermarry, this percentage is much lower than would be expected than by mere chance. That is, if

16   not for some proclivity to segregate (whether self-imposed or otherwise), one would statistically expect the 4.6
     percent figure to be higher.

17   [10] For studies exploring the causes of homophily, see for example, McPherson, Smith-Lovin and Cook (2001), Ibarra
     (1993) Lincoln and Miller (1979), Mouw and Entwisle (2006), Moody (2001), Mehra, Kilduff and Brass (1998),

18   Mollica, Gray and Trevino (2003), Smith and Moore (2000). Studies of the consequences of racial homophily include
     Powers and Ellison (1995), Power and Ellison (1994), Jackman and Crane (1986), Sigelman and Welch (1991, 1993),

19   Yuan and Gay (2006).
     [11] The most thorough data on networks and racial homophily is the National Longitudinal Study of Adolescent

20   Health ("Add Health"), a longitudinal, school-based survey of adolescents in grades 7-12. These are the data that
     Moody (2001) used for his study of interracial friendships (see note 8). The youth of the respondents in the Ad

21   Health study make it poorly suited for addressing the issues at stake in this case. Consequently, I have set aside these
     data. It is important to recognize that numerous studies using the Add Health data have shown strong evidence of

22   racial homophily, particularly between African Americans and whites (e.g., Mouw and Entwisle 2006; Moody 2001;
     Currarini et al. 2007)

23   [12] The 2006 GSS asked questions about "acquaintances" and "people you trust." However, it employed a "one-step"
     method which does not ask respondents to think of specific people in their network. This approach likely overstates

24   the degree of interracial contact because it invites respondents to search their memory for any cross-race ties and to
     then reinterpret the relationship (e.g., "acquaintance") in an elastic way so as not to appear racially biased to the

25   interviewer (Smith 2002). In particular, the acquaintance question asked:
            I'm going to ask you some questions about all the people that you are acquainted with, meaning that you

26          know their name and would stop and talk at least for a moment if you ran into the person on the street or in a
            shopping mall.

27   Respondents are then asked: "How many are [white, Black or African-American, Hispanic, Asian]"? The trust
     question asked:

28          Now I'm going to ask you some questions about people that you trust, for example good friends, people you
            discuss important matters with, or trust for advice, or trust with money.

1   non-institutionalized population of individuals in the United States, and is a commonly relied

2   upon source of data on "egocentric networks"—the constellation of people with whom a given

3   individual associates (e.g., McPherson, Smith-Lovin & Brashears 2006). For more information

4   on the GSS, see Appendix H.[13]

5          Table 4 shows the race distribution of the GSS Discussion Partner supplement. As with

6   the 2004 SIPP analyzed in Part A of this report, the sampling frame for the 2004 GSS is based

7   on the 2000 census. While the 2004 GSS has many strengths for the purposes at hand, its

8   sample size is relatively modest (see Table 4, first column labeled "Unweighted"), especially for

9   the purposes of distinguishing among minority groups (particularly Asians vs. other minority

10  groups; see note 21 below). As with the SIPP, Hispanics can be of any race, so that the "white"

11  and "African American" categories are composed of non-Hispanics. The field procedures for

12  the SIPP and the GSS are not identical, however (c.f. Appendices B and H). This likely

13  accounts for the relatively low percentage of Hispanics in the GSS compared with the SIPP (c.f.

14  Tables 1 and 4). Whereas the SIPP's relatively ample sample size allowed me to provide

15  information on the "Other" race category in the analyses I presented in Part A of this report, the

16  sample size of the GSS does not support a detailed analysis of this group, and I have set these

17  cases aside in the analyses I report below.

18  **Table 4. Race Composition of Respondents in the Discussion Partner Supplement of the 2004 General Social Survey**

| Race/Origin | Unweighted | | Weighted | |
|---|---|---|---|---|
| | N | % | N | % |
| White, Non-Hispanic | 1,078 | 74.2% | 1,097 | 74.6% |
| African American, Non-Hispanic | 211 | 14.5% | 192 | 13.1% |
| Hispanic | 122 | 8.4% | 124 | 8.4% |
| Asian | 41 | 2.8% | 57 | 3.9% |
| Total | 1,452 | 100% | 1,470 | 100% |

Source: 2004 General Social Survey Discussion Partner Supplement.
Note: Weights have been re-scaled to sum to sample size. Other race respondents have been excluded due to their small numbers (18 unweighted and 19 weighted cases).

This question is then followed by "How many are [white, Black or African-American, Hispanic, Asian]"? Despite the biases introduced by the one-step measures, the 2006 GSS data also show strong and statistically significant evidence of racial homophily (see the discussion in Appendix G and the analyses reported in Appendix M).

[13] The GSS also collected network discussion partners in 1985 and friends in 1998 using the "ego-centric" method of asking respondents to identify specific people, and then to ask about the racial and other characteristics of the discussion partner or friend. The 1985 data showed strong evidence of racial homophily (Marsden 1988). My own analyses of the 1998 friends data also show strong evidence of racial homophily (see Appendix L).

1     *Analyses*

2        There are many ways to measure the extent of overlap between racial groups in various

3 social networks using data from the GSS. As noted above, the existence of persistent racial

4 homophily in this country has been documented repeatedly regardless of which measure is used.

5 It has also been shown to exist to varying degrees across a wide range of socio-economic

6 strata.[14] While researchers have tailored their measures for their particular context (see the

7 studies cited in note 10 above), across these measurements, there are two core ideas: 1) they

8 describe the pattern of network relationships and how they connect, or fail to connect, people of

9 different racial groups; 2) they address how the observed patterns of connection compare to the

10 level of cross-race integration that would be observed in some statistical baseline.

11        A number of researchers have relied on the Discussion Partner network as the focus for

12 their studies of network processes (for a list, see Bailey and Marsden 1999: p. 288). The

13 discussion partner supplement to the 2004 survey asked respondents to list the people with

14 whom they discussed matters important to them. The wording of the question is:

15
16         "From time to time, most people discuss important matters with other people.
Looking back over the last six months – who are the people with whom you
discussed matters important to you? Just tell me their first names or initials."

17        The survey interviewers recorded the first names or initials for up to five discussion

18 partners, also recording however whether the respondent wanted to name 6 or greater partners.

19 Respondents were then asked to describe their relationship to the each of the individuals they

20 listed, and to identify some demographic information for each of the discussion partners

21 identified, including their race and education level.

22        Respondents' reports of network ties are not perfect reflections of actual interactions

23 (Bernard, Kilworth and Sailer 1982). However, as McPherson, Smith-Lovin and Brashears

24 (2004:355) state, other research has shown that "people are quite good at remembering long-

25 term or typical patterns of interaction with other people."[15] I agree with McPherson, Smith-

---

[14] For example, Mollica, et al. (2003) found the existence and persistence of racial homophily among MBA students, whereas Smith and Moore (2000) report that low to middle socio-economic African Americans report greater racial homophily relative to their more advantaged counterparts.

[15] Here, McPherson, Smith-Lovin and Brashears (2004) are relying on research by Freeman, Romney, and Freeman (1987).

1    Lovin and Brashears (2004:356) description of the 2004 GSS network question as "elicit[ing] a

2    close set of confidants who are probably routinely contacted for talk about both mundane and

3    serious life issues, whatever those might be for a given respondent. They represent an important

4    interpersonal environment for the transmission of information, influence, and support." As with

5    all survey instruments, care must be taken in interpreting the GSS network measures.[16]

6    However, these survey data are nationally representative, and are among the highest quality data

7    sources measuring personal networks for adults.[17] Not surprisingly, researchers interested in

8    exploring racial homophily and related network constructs frequently rely upon the GSS in their

9    work.

10       For example, Marsden (1987) uses a measure of the racial diversity of discussion

11   partners—the Index of Qualitative Variation ("IQV"; see Agresti and Agresti 1978)—as a way

12   of describing the amount of racial variation among network members. As mentioned above,

13   this study showed strong evidence of there being very little overlap in the discussion partner

14   networks of people from different race groups. However, relevant to the second criterion, the

15   observed level of racial heterogeneity in these networks is compared to what would be observed

16   if the network ties were being generated without regard for race by the population under study.

---

17   [16] In a section of their paper titled "What These Questions Measure (And Miss)," McPherson, Smith-Lovin and

18   Brashears (2004:354-355) discuss the advantages and disadvantages of the GSS network question. They cite research
     in other contexts to shed light on what they think the right interpretation of these survey data should be. Most directly

19   relevant are Marin (2004) and Bailey and Marsden (1999). Marin conducted a survey in which she compared the
     network generated by the 2004 GSS question with the list produced when the survey interviewer probed extensively

20   for more network information. Her findings were that the GSS questions are identifying people with whom the
     individual has close, strong ties. Bailey and Marsden (1999) report on a study where respondents are asked to "think

21   aloud" as they answer the GSS network question in order to understand how it is that people are interpreting the
     question. They found that the composition of the network does not vary substantially across the various

22   interpretations that respondents bring to the question.

     [17] Most recently, Fischer (2008) has called into question the key finding of McPherson, Smith-Lovin and Brashears

23   (2006) that American's social networks had shrunk precipitously from 1985 to 2004. While much of that criticism is
     irrelevant for assessing whether there is racial homophily in social networks, Fischer raises concerns about the

24   validity of the 2004 network data. His correspondence with Miller McPherson and Lynn Smith-Lovin led to a
     reexamination of the publicly released data. As a result, NORC (the organization that collects the GSS) identified 41

25   cases of people who were erroneously coded as having zero discussion partners when they should have been coded as
     having refused to answer the question. NORC is currently re-issuing the corrected data, but Lynn Smith-Lovin's

26   reanalyses based on the corrected data did not change any of the substantive findings of McPherson, Smith-Lovin and
     Brashears (2006). I obtained the information on the erroneously coded cases, and revised the analyses for this report

27   accordingly. Here, too, none of the conclusions of this report are affected by the coding revision. All of the analyses
     of the 2004 GSS presented below are based on the updated data. Moreover, the conclusions reached in this report do

28   not depend solely on the 2004 GSS. Statistically significant patterns of racial homophily are found across multiple
     data sources, using many different kinds social relationships (see Appendices G and L).

He found that the observed level of racial heterogeneity networks is only 13 percent of the baseline of what would be observed if network ties were being generated randomly with respect to race (Marsden 1987:126).[18]

In addition to using the IQV, McPherson, Smith-Lovin and Brashears (2006) also measured other features of connection or disconnection in their replication of the Marsden (1987) study. Although race is not the focus of their paper, they report significant race differences in network size (i.e., the number of ties) and total isolation (the absence of at least one tie; see Table 5, p. 367).[19]

**Table 5. Percent of Respondents of Various Races Reporting Having at Least One Discussion Partner of a Specific Race**

**Percent With at Least One Discussion Partner**

| Race of Respondent: | Any Race | White | African American | Hispanic | Asian | Unweighted N |
|---|---|---|---|---|---|---|
| **Non-Hispanic White** | 80.5 | __77.7__ | 2.5 | 2.4 | 2.1 | 1,046 |
| **Non-Hispanic African Amer.** | 62.8 | 12.6 | __59.3__ | 3.3 | 0.5 | 203 |
| **Hispanic** | 76.5 | 28.0 | 6.8 | __57.3__ | 4.3 | 117 |
| **Asian** | 76.8 | 23.2 | 1.8 | 0 | __58.9__ | 40 |

Total number of unweighted cases: 1,406

Notes: Analyses are weighted. Weights are re-scaled to sum to the sample size.

Source: 2004 General Social Survey Discussion Partner Supplement

---

[18] The Marsden (1988) paper mentioned above is specifically devoted to examining homophily in the 1985 GSS discussion partner network data, albeit across a number of characteristics besides race, including gender and education. Although the statistical models he uses in the 1988 paper (specifically, log-linear and log-multiplicative association models) are much more complicated than the IQV measure used in his 1987 paper, the substantive results are the same: there is very little overlap in the networks of people from different race groups.

[19] Here, too, the results all show substantial evidence of racial homophily. Their results using the IQV for the 2004 GSS data are very similar to Marsden's (1987) results for race heterogeneity using the 1985 GSS discussion partner data. They report a network partner IQV that is only 17 percent of that which would be expected on the basis of the population's racial composition (McPherson, Smith-Lovin and Brashears 2006:361). Similarly, the analyses in Table 5 (p. 367) show that African Americans are significantly more likely than whites to have no confidants (models IV and V), and fewer discussion partners (model III).

NY1:\1586109\03\XZ%L03!.DOC\63080.0164

1    For the purposes of this study, I have crafted a set of simple, clear, intuitive measures

2    designed to gauge the degree to which African Americans' networks go beyond their own racial

3    group and include whites. While the findings I report below are absolutely consistent with

4    extant analyses of the 2004 GSS discussion partner supplement by McPherson, Smith-Lovin

5    and Brashears (2006) using the same measures they use,[20] those measures are unnecessarily

6    complex for the simple descriptive analysis required here.

7    I have organized the main presentation around a series of four tables, each of which will

8    be used to measure specific facets of the question of racial differences in network connections.

9    For completeness, for each table, I will report the network patterns within and between across

10   all four racial groups— whites, African Americans, Hispanics and Asians. In light of the issues

11   in this case, the main focus of the analysis, however, will be on the degree to which various

12   racial groups are connected or disconnected from *whites*, since this is the subgroup that controls

13   most of the wealth of this country.[21]

14   To summarize the results of the analyses across these various measurements, African

15   Americans are unlikely to have whites among their network of discussion partners. While

16   whites also tend to be underrepresented in Hispanics' and Asians' discussion partner networks,

17   the degree of underrepresentation tends to be much higher for African Americans. These racial

18   patterns of network disconnection are consistent across numerous conceptualizations and

19   measurements of network disconnection. Moreover, these findings recur in analyses of more

20   restricted populations of respondents (Appendix I), target network relations in the discussion

---

[20] Indeed, I have fully replicated all the network analyses using their IQV measures of racial network heterogeneity.

[21] As shown in Part A of this report, while small as a percentage of the population, the Asian Americans also tend to be relatively wealthy. For Asians, too, there is strong evidence of racial homophily across all of the measures and analyses presented below. The strong pattern is for Asians to be most likely to be connected to other Asians. In preliminary analyses of the statistical significance of the degree of connection to Asians (not reported here), the pattern of Asians being more connected to other Asians is statistically reliable when the other racial subgroups are combined and in aggregate contrasted with Asians. As noted above, the GSS's relatively modest sample size makes it poorly suited for distinguishing *among* minority groups that are small percentages of the population. Consequently, it is very rare for the statistical tests to show significant differences between other race subgroups (e.g., African Americans vs. whites, or African Americans vs. Hispanics) in their level of network disconnection from Asians. Clearly, we are at the limits of the data when attempting to address the question of race differences in connection to Asians. Although I will present the descriptive data showing network patterns for all four racial groups (whites, African Americans, Hispanics and Asians), the analyses will focus on identifying statistically reliable race differences in the degree of network connection to whites.

partner network (Appendices J and K), as well in other data sources examining other network relationships (i.e., friends in Appendix L).[22]

"At Least One" in Discussion Network Measures

The data in Table 5 report race differences in respondents' networks as measured by the reporting of at least one person as a discussion partner. Along the rows of Table 5 is the race of the survey respondent being asked to name discussion partners. The first column reports the percent of respondents who name at least one discussion partner, regardless of the race of the partner. African Americans are significantly less likely to name at least one discussion partner than are respondents of the other racial groups. Over three-quarters of whites, Hispanics and Asians name at least one partner, but only 62.8 percent of African Americans name a discussion partner. This difference is highly statistically significant (see first row of the left panel of Table 9).[23] The African American-Hispanic contrast is also statistically significant (see first row of right panel of Table 9).[24]

Table 5 also addresses the degree to which African Americans' networks are disconnected from whites specifically. The column labeled "White" in Table 5 shows the percentage of respondents whose networks include at least one white partner.[25] The first row shows that 77.7 percent of whites' networks include at least one white discussion partner. More

---

[22] Appendix M also reports analyses of other surveys with network data on acquaintances, friends and trusted discussion partners. As noted above (note 12), these same conclusions are warranted even when these inferior sources of network data are used as the basis of the analyses.

[23] The statistical tests reported in Table 9 are based on logistic regression analyses where the dependent "At Least One" measure is the dichotomous dependent variable with dummy variables for the race categories as the independent variables. In this respect, these models are simplified versions of McPherson, Smith-Lovin and Brashears' (2006) models IV and V on p.361.

[24] Note that McPherson, Smith-Lovin and Brashears' (2006) findings (reported in models IV and V of their Table 5 on p. 367) also show that African Americans are less likely to name at least one discussion partner, even after including an extensive set of control variables in their logistic regression models.

[25] While the key issues in this case revolve around the degree of connection to *whites* as the subgroup of the population controlling most of the wealth in this country, the same data can also be used to look at the extent to which respondents' discussion networks are composed of people of the same or different race for other subgroups. The subsequent columns of Table 5 report the percentage of respondents having at least one discussion partner of the race group specified in the column. Consistent with much research on homophily in network choices, the data show a marked pattern of same-race preference. In each row, the highest percentage is found in the column that matches the race of the respondent. Among white respondents, 77.7 percent name at least one white discussion partner, but only small percentages of respondents name at least one partner of a different racial group. Similarly, the same-race cells also show the largest percentages for African American, Hispanic and Asian respondents.

1  directly relevant to the matter at hand, however, African Americans' discussion networks rarely

2  include whites: only 12.6 percent of African American respondents' networks include at least

3  one white discussion partner.  Although it is also uncommon for whites to be included in

4  discussion networks for the other minority groups, whites are about twice as likely to appear in

5  Hispanics' and Asians' than in African Americans' networks (Hispanics = 28.0 percent; Asians

6  = 23.2 percent).  These race differences among minorities, too, are highly statistically

7  significant.[26]  The degree of disconnection from whites is significantly worse for African

8  Americans than for Hispanics, i.e., the African American-Hispanic contrast is also statistically

9  significant (see first row of right panel of Table 10).

10

11  "Average Number" of Discussion Partners Measure

12  While the data in Table 5 is useful for measuring race differences in the degree of

13  connection and disconnection defined by the reporting of at least one person as a discussion

14  partner, 77.5 percent of respondents naming discussion partners reported two or more such

15  contacts.  Focusing on the patterns for at least one discussion partner, therefore, could mask race

16  differences in the number of discussion partners.

17  **Table 6.  Average Number of Discussion Partners of Various Races by Race of Respondent**

18  **Average Number of Discussion Partners in Network**

| Race of Respondent: | Partner Any Race | White | African American | Hispanic | Asian | Unweighted N |
|---|---|---|---|---|---|---|
| Non-Hispanic White | 2.27 | **2.09** | 0.03 | 0.03 | 0.02 | 1,042 |
| Non-Hispanic African Amer. | 1.63 | 0.16 | **1.32** | 0.05 | 0.01 | 203 |
| Hispanic | 1.83 | 0.52 | 0.08 | **1.11** | 0.05 | 116 |
| Asian | 1.82 | 0.54 | 0.02 | 0.00 | **1.12** | 40 |

Total number of unweighted cases: 1,401

Notes: Analyses are weighted.  Weights are re-scaled to sum to the sample size.

Source: 2004 General Social Survey Discussion Partner Supplement

[26] As with Table 9 (see note 23), statistical tests are based on logistic regression with dummy variables for race. The African American-white, Hispanic-white and Asian-white differences are all highly significant ($p < .0001$; the first row of the left panel of Table 10).

Table 6 examines racial differences in this facet of the network by reporting the average number of discussion partner contacts to various racial groups. There are strong and statistically reliable differences between whites and the other race groups in the overall number of discussion partners (first column).[27] Specifically, the average number of discussion partners for African Americans is 71.8 percent (1.63/2.27=0.718) of that for whites, a difference that is highly significant ($p < .0001$; second row, left panel of Table 9). In this respect, the results reported in the first column mirror those in Table 5. The corresponding figures for Hispanics and Asians are 80.6 and 80.2 percent of the average number of discussion partners for whites, although only the former is statistically reliable.[28] By this measure as well, African Americans name fewer people as discussion partners than do whites. Here, too, McPherson, Smith-Lovin and Brashears (2006) find similar results even after adding numerous controls (reported in model III of their Table 5 on p. 367).

Parallel to Table 5, the second column of Table 6 investigates the degree to which African Americans' networks tend to be disconnected from whites specifically. It shows the average number of white discussion partners for respondents of each race group. By this standard, too, African American respondents tend to show a very low level of connection to whites, an average of 0.16 white discussion partners. This figure is only 7.7 percent of whites' average of 2.09 discussion partners (0.16/2.09). This African American/white difference is highly significant in statistical terms ($p < .0001$; second row of left panel of Table 10). The corresponding average number of white discussion partners for Hispanics and Asians—respectively, 0.52 and 0.54—are over three times larger than African Americans' average. The

---

[27] Note that the dependent variable in this case is a count of the number of ties. The statistical tests for the "Average Number" measures are based on negative binomial regression analyses modeling each respondent's count of discussion partners with just dummy variables for race estimated with robust standard errors (on statistical tests for count models, see Cameron and Trivedi 1998). This is the same statistical model that McPherson, Smith-Lovin and Brashears (2006) use for modeling the count of discussion partners (model III, Table 5, p. 367). These statistical tests for the "Average Number" measure are reported in the second row of Tables 9 and 10.
[28] In particular, the contrast between whites and Hispanics is statistically reliable ($p < .008$), but the Asian-white difference is not statistically significant ($p < .057$). Nor are the contrasts between African Americans and Hispanics or African Americans and Asians statistically significant (see second row, right panel of Table 9).

1  contrasts between African Americans and these two groups are also highly statistically

2  significant (second row, right panel of Table 10). Thus, taking into account the fact that people

3  could name multiple people of each race does not change the main substantive conclusion:

4  African Americans' networks tend to be composed of fewer whites than are the discussion

5  partner networks of other racial groups.

6

7  "Average Number of Network Members" Measure

8  Table 7 replicates the analyses presented in Table 6, but with one difference. Whereas

9  Table 6 includes all respondents irrespective of whether they named a discussion partner (i.e.,

10 respondents with counts of zero are included), Table 7 has excluded all respondents who did not

11 name at least one discussion partner. As column 1 of Table 5 showed, there are race differences

12 in the extent to which respondents named at least one person in their network. Thus, it is

13 possible for the race differences we showed in the counts in Table 6 to be due to race

14 differences in whether respondents name at least one person in their discussion network.

15 **Table 7. Average Number of Discussion Partners of Various Races by Race of Respondent for
       Persons With At Least One Discussion Partner**

16

17                              **Average Number of Discussion Partners in Network**

| Race of Respondent: | Partner Any Race | White | African American | Hispanic | Asian | Unweighted N |
|---|---|---|---|---|---|---|
| Non-Hispanic White | 2.82 | **2.60** | 0.04 | 0.04 | 0.03 | 820 |
| Non-Hispanic African Amer. | 2.58 | 0.26 | **2.09** | 0.09 | 0.01 | 117 |
| Hispanic | 2.41 | 0.68 | 0.11 | **1.45** | 0.07 | 87 |
| Asian | 2.36 | 0.70 | 0.03 | 0.00 | **1.46** | 29 |

Total number of unweighted cases: 1,053

Notes: Analyses are weighted. Weights are re-scaled to sum to the sample size. Respondents with zero discussion partners excluded.

Source: 2004 General Social Survey Friend Supplement

1    The first column of Table 7 shows that there are small differences across race of

2    respondent in the number of discussion partners once respondents with zero partners are

3    removed from consideration.[29]    However, the degree of connection to whites does vary

4    markedly by race (see column 2), even within this group of selected respondents. The average

5    number of whites in white respondents' discussion partner network is 2.60; the average number

6    of white discussion partners among African Americans is one-tenth of that number (0.26). The

7    African American-white contrast is highly significant ($p < .0001$; third row, left panel of Table

8    10). The average numbers of whites in Hispanics' and Asians' networks are 0.68 and 0.70.

9    While significantly less than the 2.60 figure for whites (third row, left panel of Table 10), both

10   of these figures are significantly greater than 0.26 number for African Americans (third row,

11   right panel of Table 10).

12   Here, too, the same pattern of results emerges. Even after discarding respondents who

13   do not name anyone as discussion partners, on average, African Americans' networks tend to

14   show a high degree of disconnection from whites. Moreover, African American networks tend

15   to contain significantly fewer whites than do either Hispanics or Asians.

16

17   "Average Percent of Network" Measure

18   The final measure I consider is the average racial composition of each individual's

19   discussion network. For each respondent with at least one discussion partner, I calculate the

20   percent of their network that consists of people from each race. The diagonal elements of the

21   table show that on average, network partners tend to be overwhelmingly composed of people of

22   the same race as the respondent.

23   The first column shows the average percent of respondents' network partners who are

24   white. As with the other measures, African Americans tend to have lower levels of connection

25   to whites than respondents from the other race groups. The average percentage of African

26   Americans' network partners who are white is only 8.5 percent. The contrast with whites is

27

28   [29] As with Table 6, the statistical tests for Table 7 are based on negative binomial regression (see note 27). The Hispanic-white and Asian-white contrasts are statistically significant (third row, left panel of Table 9), although the Hispanic-African American and Asian-African American differences are not (third row, right panel of Table 9).

statistically significant (8.5 vs. 94.0 percent; $p < .0001$).[30] The other entries in the first column of Table 8 show that it is also uncommon for whites to be included in discussion networks for the other minority groups (25 and 23.8 percent for Hispanics and Asians, respectively). However, the percentage representation of whites in the networks of Hispanics and Asians are nearly three times that of African Americans' rate of 8.5 percent. The contrasts between African Americans and Hispanics and African Americans and Asians are also statistically significant (fourth row, right panel of Table 10). By this measure as well, African Americans' networks tend to be disconnected from whites specifically, and the level of disconnection is significantly higher than that for Hispanics.

**Table 8. Average Racial Composition of Discussion Partners by Race of Respondent for Persons With At Least One Discussion Partner**
**Percent of Discussion Partners**

| Race of Respondent | % White | % African American | % Hispanic | % Asian | Unweighted N |
|---|---|---|---|---|---|
| Non-Hispanic White | **94.0** | 1.4 | 1.7 | 1.1 | 820 |
| Non-Hispanic African American | 8.5 | **86.8** | 1.8 | 0.3 | 117 |
| Hispanic | 25.0 | 4.4 | **63.7** | 3.2 | 87 |
| Asian | 23.8 | 0.6 | 0.0 | **67.8** | 29 |

Total number of unweighted cases: 1,053
Notes: Analyses are weighted. Weights are re-scaled to sum to the sample size. Respondents with zero discussion partners excluded.
Source: 2004 General Social Survey Discussion Partner Supplement

---

[30] See the fourth row, left panel of Table 10. The statistical tests for the "Average Percent in Network" measure is based on ordinary least squares regressions with dummy variables for race estimated with robust standard errors.

**Table 9. Results of Statistical Significance Tests of Race Differences in the Degree of Network Connection to Discussion Partners of Any Race**

| Measures: | One-Tailed Tests | Contrast: Whites > Other Races | | | Contrast: African Americans < Other Races | | |
|---|---|---|---|---|---|---|---|
| | | African American | Hispanic | Asian | White | Hispanic | Asian |
| "At Least One" (Table 5) | $p <:$ | .0001 | n.s. (.176) | n.s. (.305) | .0001 | .0105 | n.s. (.057) |
| "Average Number" (Table 6) | $p <:$ | .0001 | .008 | n.s. (.057) | .0001 | n.s. (.170) | n.s. (.251) |
| "Average Number in Network" (Table 7) | $p <:$ | n.s. (.106) | .008 | .049 | n.s. (.106) | n.s. (.210) | n.s. (.237) |

Source: 2004 General Social Survey Discussion Partner Supplement

**Table 10. Results of Statistical Significance Tests of Race Differences in the Degree of Network Connection to White Discussion Partners for All Respondents**

| Measures: | One-Tailed Tests | Contrast: Whites > Other Races | | | Contrast: African Americans < Other Races | | |
|---|---|---|---|---|---|---|---|
| | | African American | Hispanic | Asian | White | Hispanic | Asian |
| "At Least One" (Table 5) | $p <:$ | .0001 | .0001 | .0001 | .0001 | .003 | n.s. (.073) |
| "Average Number" (Table 6) | $p <:$ | .0001 | .0001 | .0001 | .0001 | .0005 | .0002 |
| "Average Number in Network" (Table 7) | $p <:$ | .0001 | .0001 | .0001 | .0001 | .0015 | .0085 |
| "Average Percent In Network" (Table 8) | $p <:$ | .0001 | .0001 | .0001 | .0001 | .0005 | .032 |

Source: 2004 General Social Survey Discussion Partner Supplement.

Key Findings From Analyses of Discussion Partner Networks

Across these various measurements, the following conclusions are warranted with respect to the patterns of connection and disconnection between whites and African Americans:

1) African Americans are unlikely to have whites in their networks of discussion partners (see discussions of Tables 5, 6, 7 and 8).

2) While whites also tend to be underrepresented in Hispanics' and Asians' discussion

1    partner networks, the degree of underrepresentation tends to be considerably higher

2    for African Americans (see discussions of Tables 5, 6, 7 and 8).

3    3)  The racial patterns of network disconnection are not dependent on whether one

4        conceives of such disconnection in absolute terms (i.e., the "At Least One" measure

5        in Table 5), or as the count of partners ("Average Number" measure in Table 6), and

6        whether or not one conditions the analysis on having at least one network partner

7        (i.e., removing the zeroes, as in the "Average Number of Network Members" and

8        "Percent of Network" measures in Tables 7 and 8).

9    4)  These patterns—African Americans tending to have few whites in their networks,

10       and for the degree of white underrepresentation to be considerably higher for African

11       Americans—is statistically reliable across all four measures (Table 10).

12

13   *Additional Analyses*

14   In addition to these analyses, I performed a set of auxiliary analyses focusing on other

15   populations and network targets (reported in Appendices I, J and K), and using other high-

16   quality data sources and network measures (reported in Appendix L) in order to explore the

17   sensitivity of the patterns documented in the main report to various measurement decisions.

18   These analyses are designed to sharpen the inferences to populations especially relevant to the

19   issues in this case. I present these analyses in detail below. Across all these replications, the

20   results overwhelmingly support the findings of the main report.

21   In brief, these analyses show:

22   • The results do not change when the analyses are focused on the college-educated

23     population: the same homophilous racial patterns of network connection and

24     disconnection appear when the analyses are restricted to the college educated population

25     (Appendix I).

26   • The results do not change when the analyses are restricted to network ties by college-

27     educated respondents to college educated discussion partners (Appendix J).

28   • Very similar racial patterns of racial homophily also emerge when considering ties to the

1    subset of discussion partners who are specifically identified by the respondent as

2    professional advisors.  Professional advisors, too, are overwhelmingly of the same race

3    as the respondent (Appendix K).

4    • The same strong patterns of racial homophily appear in analyses of friendship patterns

5      (Appendix L).

6    • Statistically reliable evidence of racial homophily appears even in data that has been

7      collected in such a way as to overstate the degree of interracial contact (Appendix M).

8

9    College-Educated Respondents (Appendix I)

10   Since it is rare for Merrill Lynch FAs not to have a college degree, I have replicated the

11   analyses presented in the main report after restricting the data to the college-educated

12   population.  Appendix I presents the results of analyses replicating Tables 4 – 10 for the

13   subpopulation of the GSS 2004 survey respondents who are college educated. Across all the

14   measures, the substantive pattern of the results are the same for this population (see Tables I2 -

15   I5). Moreover, the statistical significance of these results remain strong (Tables I6 and I7), this

16   despite a dramatic 69 percent drop in the number of cases available for analyses (from 1,452 to

17   454; cf. Tables 4 and I1).  Consequently, it is safe to infer that points 1 – 4 above apply to the

18   college educated population as well.[31]

19

20   College-Educated Respondents, College-Educated Partners (Appendix J)

21   I also sharpened the analyses in another way.  From the perspective of the issues under

22   consideration in this case, the ideal dataset would have asked people to identify their network

23   members' levels of wealth.  To my knowledge, no such data exist.  While the wealth of the

24   network partners was not measured in the GSS, the level of education of the discussion partner

25   was elicited from survey respondents.  I therefore examine whether the same race patterns of

26

27   [31] The number of cases becomes too small to make safe inferences about race differences when the education cutoff
     is raised to the level of a MA degree, however.  The network supplement to the 2004 GSS contains a total of 140

28   unweighted cases with 18 years or more of completed education.  The number of minorities is especially paltry (13
     African Americans, 4 Hispanics, and 8 Asians).

1  network disconnection from whites is evident when we limit consideration to networks

2  composed of college educated people who are likely to be of a higher socioeconomic

3  background than the general population.[32]

4      Tables J1 – J4 in Appendix J show the results of the replication of the analyses for

5  college educated respondents' network ties to college educated discussion partners.  Here, too,

6  the results do not change when the analysis is restricted to network ties to college-educated

7  discussion partners.  In addition, the results are statistically reliable (Tables J5 and J6).

8

9  <u>Professional Advisors as Discussion Partners (Appendix K)</u>

10      I performed another set of analyses of the 2004 GSS data that is also relevant to the case.

11  GSS respondents were asked to identify whether their discussion partners are "Advisors."  More

12  specifically, survey respondents were handed a card by the interviewer and asked:

13      "Here is a list of some of the ways in which people are connected to each other.  Some
people can be connected to you in more than one way.  For example, a man could be

14  your brother and he may belong to your church and be your lawyer.  When I read you a

15  name, please tell me all the ways that person is connected to you. How is (NAME)
connected to you?

16

17  The card read as follows:

18      **SPOUSE-** Your wife or husband, or person you are living with as if married

19      **PARENT**

20      **SIBLING-**Your brother or sister

21      **CHILD**

22      **OTHER FAMILY-** For example, grandparents, grandchildren, cousins, aunts,
uncles, nephews, nieces, in-laws

23      **COWORKER-** Someone you work with or usually meet while working

24      **MEMBER OF GROUP TO WHICH YOU BELONG-** For example, someone
who attends your church, or whose children attend the same school as your

25  children, or belongs to the same club, classmate

26      **NEIGHBOR FRIEND-** Someone with whom you get together for informal social
occasions, this includes "boyfriends" and "girlfriends"

27

28  ------

[32] For evidence of the relationship between education and wealth, see Keister (2000) and the many studies cited
therein.

**PROFESSIONAL ADVISOR OR CONSULTANT-** A trained expert you turn to for advice; for example, a lawyer or clergyman

**OTHER-**

Through these procedures respondents are able to identify professional advisors among their discussion partners. Although the question does not distinguish among types of professional advisors, this does allow one to identify a class of discussion partners among whom financial advisors would likely be a subset.

Tables K1 – K4 in Appendix K present analyses of respondents' race differences in their degree of connection to discussion partners who were identified as professional advisors. Across these tables, too, professional advisors are overwhelmingly of the same race as the respondent. Conclusions 1 – 4 are supported in these analyses as well. These patterns are statistically reliable, even despite the small numbers of advisors identified by minority respondents (Tables K5 and K6).

Friendship Networks (Appendix L)

I replicated the analyses for another set of high quality national data, using an entirely different measure of network relationships. The 1998 GSS used similar procedures to measure friendship networks.[33] These results are presented in Tables L1 - L7. The substantive results exactly parallel those listed in points 1 – 4 above. With the exception of Hispanics,[34] the same statement applies to the subset of college educated respondents (see Tables L8 - L14). Here, too, the results parallel those listed in points 1 – 4 above.[35]

"One-Step" Network Measures (Appendix M)

In Appendix M, I analyze data from two surveys employing "one-step" procedures to measure personal networks. The 2000 Social Capital Community Benchmark Survey measures

---

[33] See Appendix H for the exact wording of the friendship questions.

[34] The number of college educated respondents falls to only 7 cases. For this reason, we can make no claims about the friendship patterns of college educated Hispanics.

[35] Note that the 1998 GSS did not ask respondents about their friends' level of education. Consequently, it is impossible to replicate the College Educated Respondents, College Educated Partner analyses with these data.

1  "friends" in a nationally representative survey (N = 3,003), as well as a series of 41 community

2  surveys of varying sizes (total N = 26,230). The 2006 General Social Survey "Number Known"

3  supplement asked respondents about "acquaintances" and about people they "trust." As

4  discussed in Appendix G, the "one-step" procedures overstate the degree of interracial contact

5  (Smith 2002). Nevertheless, across these data sources, the analyses in Tables M1 – M4 show

6  evidence of racial homophily. Although the levels of racial homophily are lower than those

7  typically found using the "ego-centric" approach, the evidence of racial homophily in these data

8  is statistically reliable (Table M5). These analyses, too, support the conclusions of the main

9  report: there is a strong and reliable tendency toward racial homophily in individuals' personal

10  networks of social relations in this country.

11      To conclude, I will reiterate my conclusions on the issue of racial homophily. In my

12  expert opinion, there is a strong tendency toward racial segregation in individuals' networks of

13  social relationships. I have offered extensive empirical documentation of this fact, using a

14  number of high-quality datasets, addressing racial segregation across a number of social

15  relationships, and after employing several different conceptualizations and measures of racial

16  homophily. Furthermore, my review of the extant literature has shown that this conclusion is

17  thoroughly in line with the findings of past research using other populations and data sources.

18

19  **III.    CONCLUSION**

20      The analyses and conclusions expressed in this report are my own. They were reached

21  after due consideration of all relevant materials and a thorough analysis of the most appropriate

22  currently available data.

23      With respect to the issue of racial disparities in wealth, it is my expert opinion that there

24  are large racial disparities in wealth in this country. This conclusion is based on thorough

25  analyses of nationally representative data in this area, using various conceptualizations and

26  measurements of wealth, as well as an exploration of alternative data sources. Despite my best

27  efforts to uncover data that might offer a dissenting view, I have found no empirical evidence

28  suggesting any other conclusion. In addition, my thorough review of the extant literature has

1    shown that this conclusion is uncontroversial, and is shared by the leading scholars in this area.

2        On the issue of racial homophily in personal networks, it is my expert opinion that there

3    is a strong tendency toward racial segregation in individuals' social networks in this country.

4    This conclusion is supported by the past research done by multiple scholars using other

5    populations and data sources. I have also offered extensive empirical documentation of this

6    fact, using the best available data designed to measure several facets of the racial segregation of

7    individuals' social networks. After having explored different conceptualizations and measures

8    of racial homophily, I have found these patterns of network disconnection between African

9    Americans and whites to be widespread.

10       In my view, the following conclusions are warranted with respect to the issues most at

11    stake in this case. To the extent that Merrill Lynch Financial Advisors need to gain access to

12    wealthy people in order to build their books of business, we need to recognize that the wealthy

13    population in this country is overwhelmingly white (Part A of this report). In light of this, both

14    African American and white FAs' jobs will be made that much easier to the degree that they

15    have access to whites. Part B of this report shows that in the wider population, such social

16    network access to whites is generally not common for African Americans, somewhat more

17    common for Hispanics and Asians, but quite common for whites.

18

19

20    *[signature]*

21

22

23    _____

ROBERTO M. FERNANDEZ

24    Dated: _____11/13/2008_____

25

26

27

28

# REFERENCES

Agresti, Alan and Barbara F. Agresti. 1978. "Statistical Analysis of Qualitative Variation." *Sociological Methodology* 9:204-237.

Altonji, Joseph G., Ulrich Doraszelski, and Lewis Segal. 2000. "Black/White Differences in Wealth. " *Journal of Economic Perspectives* 24:38-50.

Bernard, H. R., P. D. Killworth, and L. Sailer. 1982. "Informant Accuracy in Social Network Data: An Experimental Attempt to Predict Actual Communication from Recall Data." *Social Science Research* 11:30-66.

Blau, Peter M. and Joseph E. Schwartz. 1984. *Crosscutting Social Circles: Testing a Macrostructural Theory of Intergroup Relations*. New York: Academic Press.

Bobo, Lawrence D. 2001. "Racial Attitudes and Relations at the Close of the Twentieth Century." Pp. 264-301 in Neil J. Smelser, William Julius Wilson, and Faith Mitchell (eds.), *America Becoming: Racial Trends and Their Consequences, Volume 1*. Washington, D.C.: National Academy of Sciences Press.

Briggs, Xavier de Souza. 2007. "'Some of My Best Friends Are…': Interracial Friendships, Class, and Segregation in America. " *City & Community* 6:263-290.

Cameron, A. Colin, and Pravin K. Trivedi. 1998. *Regression Analysis of Count Data*. New York: Cambridge University Press.

Conley, Dalton. 1999. *Being Black, Living in the Red*. Los Angeles: University of California Press.

Currarini, Sergio, Matthew O. Jackson, and Paolo Pin. 2007. "An Economic Model of Friendship: Homophily, Minorities and Segregation." Unpublished. Available at (http://www.stanford.edu/~jacksonm/)

Ellison, Christopher G. and Daniel A. Powers. "The Contact Hypothesis and Racial Attitudes Among Black Americans." *Social Science Quarterly* 75:385-400.

Fischer, Claude S. 2008. "The 2004 GSS Finding of Shrunken Social Networks: An Artifact?" Unpublished manuscript (September 23, 2008).

Freeman, L. C., A. K. Romney, and S. C. Freeman.1987. "Cognitive Structure and Informant Accuracy." *American Anthropologist* 89:311–25.

Fryer, Roland. 2007. "Guess Who's Been Coming to Dinner? Trends in Interracial Marriage Over the 20th Century." *Journal of Economic Perspectives* 21:71-90.

Ibarra, Herminia. 1993. "Personal Networks of Women and Minorities in Management: A Conceptual Framework." *The Academy of Management Review* 18:56-87.

-----. 1995. "Race, Opportunity, and Diversity of Social Circles in Managerial Networks." *The Academy of Management Journal* 38:673-703.

Jackman, Mary and Marie Crane. 1986. "'Some of My Best Friends Are Black…': Interracial Friendship and White Racial Attitudes." *Public Opinion Quarterly* 50:459-486.

Keister, Lisa A. 2000a. "Race and Wealth Inequality: The Impact of Racial Differences in Asset Ownership on the Distribution of Household Wealth." *Social Science Research* 29:477-502.

-----. 2000b. *Wealth in America: Trends in Wealth Inequality.* New York: Cambridge University Press.

Keister, Lisa A. and Stephanie Moller. 2000. "Wealth Inequality in the United States." *Annual Review of Sociology* 26:63-81.

Land, Kenneth C. and Stephen T. Russell. 1996. "Wealth Accumulation Across the Adult Life Course: Stability and Change in Sociodemographic Covariate Structures of Net Worth Data in the Survey of Income and Program Participation." *Social Science Research* 25:423-462.

Laumann, Edward O. 1973. *Bonds of Pluralism: The Form and Substance of Urban Social Networks.* New York: Wiley Press.

Lazarsfeld, Paul, and Robert K. Merton. 1954. "Friendship as a Social Process: A Substantive and Methodological Analysis." Pp. 18-66 in *Freedom and Control in Modern Society*, Monroe Berger, Theodore Abel, and Charles H. Page (eds). New York: Van Nostrand.

Lincoln, James R. and Jon Miller. 1979. "Work and Friendship Ties in Organizations: A Comparative Analysis of Relational Networks." *Administrative Science Quarterly* 24:181-199.

Lindamood, Suzanne, Sherman D. Hanna, and Lan Bi. 2007. "Using the Survey of Consumer Finances: Some Methodological Considerations and Issues." *Journal of Consumer Affairs* 41:195-222.

Marin, Alexandra. 2004. "Are Respondents More Likely to List Alters with Certain Characteristics? Implications for Name Generator Data." *Social Networks* 26:289–307.

Marsden, Peter. 1987. "Core Discussion Networks of Americans." *American Sociological Review* 52:122-131.

-----. 1988. "Homogeneity in Confiding Relations." *Social Networks* 10:57-76.

Massey, Douglas S. 2007. *Categorically Unequal: The American Stratification System.* New York: Russell Sage Foundation.

McPherson, Miller, Lynn Smith-Lovin and ME Brashears. 2006. "Social Isolation in America: Changes in Core Discussion Networks over Two Decades." *American Sociological Review* 71:353.

McPherson, Miller, Lynn Smith-Lovin and JM Cook. 2001. "Birds of a Feather: Homophily in Social Networks." *Annual Review of Sociology* 27:415-444.

Mehra, Ajay, Martin Kilduff and Daniel J. Brass. 1998. "At the Margins: A Distinctiveness Approach to the Social Identity and Social Networks of Underrepresented Groups." *Academy of Management Journal* 41:441-452.

Mollica, Kelly A., Barbara Gray and Linda K. Trevino 2003. "Racial Homophily and Its Persistence in Newcomers' Social Networks." *Organizational Science* 14:123-136.

Moody, James. 2001. "Race, School Integration, and Friendship Segregation in America."

*American Journal of Sociology* 107:679-716.

Mouw, Ted, B. Entwisle. 2006. "Residential Segregation and Interracial Friendship in Schools." *American Journal of Sociology* 112:394-441.

Oliver, Melvin L. and Thomas M. Shapiro. 2001. "Wealth and Racial Stratification." Pp. 222-251 in Neil J. Smelser, William Julius Wilson, and Faith Mitchell (eds.), *America Becoming: Racial Trends and Their Consequences, Volume II.* Washington, D.C.: National Academy of Sciences Press.

-----. 2006. *Black Wealth/White Wealth: A New Perspective on Racial Inequality.* New York: Taylor & Francis Group, LLC.

Orr, Amy J. 2003. "Black-White Differences in Achievement: The Importance of Wealth." *Sociology of Education* 76:281-304.

Orzechowski, Shawna and Peter Sepielli. 2003. "Net Worth and Asset Ownership of Households: 1998-2000." Current Population Report P70-88. Washington, D.C.: U.S. Census Bureau.

Plato. 360 B.C.E. *The Republic.* (Complete text at http://classics.mit.edu/Plato/republic.html)

Powers, Daniel A. and Christopher G. Ellison. 1995. "Interracial Contact and Black Racial Attitudes: The Contact Hypothesis and Selectivity Bias." *Social Forces* 74:205-226.

Quillian, Lincoln and Mary E. Campbell. 2003. "Beyond Black and White: The Present and Future of Multiracial Friendship Segregation." *American Sociological Review* 68:540-566.

Sigelman, Lee and Susan Welch. 1991. *Black Americans' Views of Racial Inequality: The Dream Deferred.* New York: Cambridge University Press.

-----. 1993. "The Contact Hypothesis Revisited: Black-White Interaction and Positive Racial Attitudes." *Social Forces* 71:781-795.

Smith, Tom W. 1980. "Ethnic Measurement and Identification." *Ethnicity* 7:78-95.

-----. 1985. "The Subjectivity of Ethnicity," in Charles F. Turner and Elizabeth Martin (eds.), *Surveying Subjective Phenomena.* New York: Russell Sage.

-----. 1999. "Measuring Inter-racial Friendships: Experimental Comparisons." GSS Methodological Report No. 91, National Opinion Research Center, University of Chicago.

-----. 2001. "Aspects of Measuring Race: Race by Observation vs. Self-Reporting and Multiple Mentions of Race and Ethnicity." GSS Methodological Report No. 93, National Opinion Research Center, University of Chicago.

-----. 2002. "Measuring inter-racial friendships." *Social Science Research* 31:576-593.

Smith, Sandra S. and Mignon R. Moore. 2000. "Intraracial Diversity and Relations among African-Americans: Closeness among Black Students at a Predominantly White University." *American Journal of Sociology* 106:1-39.

Spilerman, Seymour. 2000. "Wealth and Stratification Processes." *Annual Review of Sociology* 26:497-524.

Tatum, Beverly D. 1987. *Assimilation Blues: Black Families in a White Community*. New York: Basic Books.

-----. 1999. *Why Are All the Black Kids Sitting Together in the Cafeteria?* New York: Basic Books.

Wolff, Edward N. 1996. *Top Heavy: A Study of Increasing Inequality in Wealth in America*. New York: Free Press.

-----. 1998. "Recent Trends in the Size Distribution of Household Wealth." *Journal of Economic Perspectives* 12:131-150.

Yuan, Y. Connie and Geri Gay. 2006. "Homophily of Network Ties and Bonding and Bridging Social Capital in Computer-Mediated Teams." *Journal of Computer-Mediated Communication* 11:1062-1084.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## List of Appendices

**Appendix A –**  Curriculum Vitae for Roberto M. Fernandez

**Appendix B –**  Data Characteristics and Variable Construction

**Appendix C –**  SIPP results for 2001

**Appendix D –**  Alternative Data Sources on Wealth

**Appendix E –**  Investable Wealth

**Appendix F –**  Statistical Standard Errors

**Appendix G –**  Alternative Data Sources on Social Networks

**Appendix H –**  Data Characteristics and Variable Construction For the 2004 and 1998 General Social Surveys

**Appendix I –**  Analyses of the College Educated Respondents in the 2004 General Social Survey

**Appendix J –**  Analysis of 2004 GSS Discussion Partner Analyses of the College Educated Populations' Ties to College Educated Discussion Partners

**Appendix K –**  Replication of Analyses for Professional Advisor Discussion Partners

**Appendix L –**  Replication of 2004 GSS Discussion Partner Analysis Using the 1998 GSS Data on Friends

**Appendix M –**  Analyses of Surveys Using "One-Step" Measures of Social Networks

**Appendix A**

**CURRICULUM VITAE**

**ROBERTO M. FERNANDEZ**

September, 2008

# CURRICULUM VITAE

## ROBERTO M. FERNANDEZ

OFFICE ADDRESS:

Massachusetts Institute of Technology    PHONE: (617) 253-7256
MIT Sloan School of Management    FAX: (617) 253-2660
Room E52-590    E-Mail: robertof@mit.edu
50 Memorial Drive
Cambridge, MA 02142-1347

## EDUCATION

Ph.D.    Sociology, University of Chicago, 1985

M.A.    Sociology, University of Chicago, 1980

B.A.    Sociology, Harvard College, 1978

## HONORS AND AWARDS

Fellow, Center for the Study of Poverty and Inequality, Stanford University (2006)

Elected, Macro-Organizational Behavior Society [MOBS] (2006)

Recipient, *2003 Distinguished Article Award* for "Skill-Biased Technological Change and Wage Inequality: Evidence from a Plant Retooling" presented by Center for the Study of Inequality, Cornell University (2003)

Recipient of Endowed Chair, The William F. Pounds Professor, MIT Sloan School of Management (2001)

Recipient, *2001 W. Richard Scott Award for Distinguished Scholarship* for "Social Capital at Work: Networks and Employment at a Phone Center" presented by the Organizations, Occupations, and Work Section of the American Sociological Association (2001)

Elected, Sociological Research Association (2000)

Fellow, Center for Advanced Studies in the Behavioral Sciences (1996-1997)

National Academy of Education's Spencer Postdoctoral fellowship (1987-1989)

Rockefeller Foundation Postdoctoral fellowship (1985-1986)

National Science Foundation graduate fellowship (1978-1981)

Roberto M. Fernandez                                                                Page 2

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2007- | Area Head, Behavioral and Policy Sciences, MIT Sloan School of Management, MIT, Cambridge, MA 02142. |
| 2006- | Co-director, Ph.D Program in Economic Sociology, MIT Sloan School of Management, MIT, Cambridge, MA 02142. |
| 2001- | William F. Pounds Professor of Organization Studies, MIT Sloan School of Management, MIT, Cambridge, MA 02142. |
| 2000-2001 | Professor, Organization Studies, MIT Sloan School of Management, MIT, Cambridge, MA 02142. |
| 1994-2000 | Professor, Organizational Behavior, Graduate School of Business, Stanford University, Stanford, CA 94305. |
| 1997-1999 | Area Coordinator, Organizational Behavior Group, Graduate School of Business, Stanford University, Stanford, CA 94305. |
| 1989-1994 | Associate Professor, Department of Sociology; Faculty Fellow, Center for Urban Affairs and Policy Research, Northwestern University, Evanston, IL 60208. |
| 1984-1989 | Instructor to Assistant Professor, Department of Sociology, University of Arizona, Tucson, AZ 85721. |

## GRANTS

| | |
|---|---|
| 2001-2002 | Principal Investigator, "Networks, Race and Poverty." Grant from the Russell Sage Foundation. |
| 2000-2001 | Principal Investigator, "The War for Talent: The Costs and Benefits of Web-Based Recruiting and Hiring." Grant from the Center for e-Business, MIT Sloan School. |
| 1996-1997 | Principal Investigator, "Network Hiring and Employee Performance II: Extension and Replication." Grant from Citibank Behavioral Sciences Research Council. |
| 1994-1995 | Principal Investigator, "Network Hiring and Employee Performance." Grant from Citibank Behavioral Sciences Research Council (with Kathryn Neckerman). |
| 1991-1994 | Principal Investigator, "The Effects of Spatial and Skill Mismatches on Minority Employment." Grants from Russell Sage, Rockefeller, and National Science Foundations, the Institute for Research on Poverty's Small Grant Program. |
| 1991-1992 | Principal Investigator, "Social Isolation and the Underclass." Grant from the Social Science Research Council. |

Roberto M. Fernandez                                                              Page 3

GRANTS (continued)

| | |
|---|---|
| 1987-1988 | Principal Investigator, "Reproducing the Underclass: The Role of Structural Factors in Hispanic Youth Achievement." Grant from the Inter-University Program for Latino Research and the Social Science Research Council. |
| 1986-1986 | Principal Investigator, "Hispanic Supplement: National Educational Longitudinal Study." Contract to National Opinion Research Center, Chicago, IL from the National Center for Education Statistics. |
| 1984-1985 | Principal Investigator, "Hispanic Youth Unemployment." Contract from the National Research Council of the National Academy of Sciences. |
| 1983-1985 | Principal Investigator, "The Educational and Occupational Activities of Hispanic Youth." Contract from the National Center for Education Statistics. |

## RESEARCH AND TEACHING INTERESTS

Organizations, social networks, social stratification, race and ethnic relations.

## PROFESSIONAL SERVICES AND AFFILIATIONS

Member of the Editorial Board, *American Sociological Review* (2004-2007)

Member of the council of the Economic Sociology section of the American Sociological Association (2004-present)

Member of the council of the Organizations, Occupations and Work section of the American Sociological Association (2003-2006)

Member of the Panel on the Definition and Measurement of Discrimination, National Research Council of the National Academy of Science (2001-2004). Final Report: <u>Measuring Racial Discrimination</u>. Washington, D.C.: National Academy of Science Press, 2004.

Invited Discussant, National Research Council's Research Conference on Racial Trends in the United States. Sponsored by the Clinton Administration's Initiative on Race and the White House Council of Economic Advisors (October, 1998).

National Fellow, Program on Inequality and Social Policy, Kennedy School of Government, Harvard University (1998-present).

Senior Affiliate, the Joint Center for Poverty Research, Northwestern University/University of Chicago (1998-present).

Member, Committee on Employment Studies, Manpower Demonstration Research Corporation, New York (1997-present).

Member of the Advisory Board of the New Hope Project in Milwaukee, WI (1992-1999).

Roberto M. Fernandez                                                                    Page 4

PROFESSIONAL SERVICES AND AFFILIATIONS (continued):

Member of the Social Science Advisory Board of the Poverty and Race Research Action Council, Washington, D.C. (1991-present).

Invited panelist in the "Race, Poverty, and the American City:  The Kerner Commission in Retrospective" conference University of North Carolina Law School, Chapel Hill, North Carolina (February 12-13, 1993).

Member of the National Advisory Board for the Morehouse Research Institute, Morehouse College, Atlanta, Georgia (1991-1993).

Member of the Northwestern University-University of Chicago Research Training Group on Race, Poverty and Policy funded by the National Science Foundation (1990-1994).

Member of the Urban Family Life Project (1990-1991) and presenter at the Chicago Urban Poverty and Family Life Conference, University of Chicago, Chicago, Illinois (October, 1991).

Invited discussant in the conference on Urban Labor Markets sponsored by The Urban Institute, Airlie House, Airlie, Virginia (March, 1991).

Member of the Fellowship Selection Committee of the Social Science Research Council's Program for Research on the Urban Underclass (1991).

Member of the Survey Design Planning Committee for the UCLA-University of Michigan Research Training Program for Research on Urban Poverty, the Underclass, and Public Policy (1991).

Member of the Panel on At-Risk Youth of the National Research Council of the National Academy of Science (1990-1993) Final Report:  Losing Generations:  Adolescents in High-Risk Settings. Washington, D.C.: National Academy of Science Press, 1993.

Member of the Technical Review Panel for the National Assessment of Educational Progress Validity Study Project (1990-1991).

Member of the Committee on Urban Education Policy Issues for the Division of Urban Affairs of the National Association of State Universities and Land-Grant Colleges (1990-1994).

Member of the Advisory Board for the Child Care Plus Demonstration Project, Rockefeller Foundation (1990-1994).

Invited participant in the Midwest American Assembly on "The Future of Social Welfare in America," at Wingspread, Racine, Wisconsin, June 14-16, 1990.

Invited participant in the Workshop on Schools sponsored by the Committee for Research on the Urban Underclass of the Social Science Research Council, New York, March 1, 1990.

Invited participant in the American Assembly on "The Future of Social Welfare in America," at Arden House, Harriman, New York, November, 1989.

Roberto M. Fernandez                                                                    Page 5

PROFESSIONAL SERVICES AND AFFILIATIONS (continued):

   Member of the Board on Comparative International Studies in Education of the National Research
   Council of the National Academy of Science (1989-1991).

   Member of the Demographics Subcommittee of the National Center for Education Statistics' National
   Education Data Agenda Committee (1989-1990).

   Member of the Panel to Evaluate the National Center for Education Statistics, National Research
   Council of the National Academy of Science (1985-1986). Final Report: Creating a Center for
   Education Statistics: A Time for Action. Washington, D.C.: National Academy Press, 1986.

   National Academy of Science (1984-1985). Final Report: Youth Employment Training Programs:
   The YEDPA Years. Washington, D.C.: National Academy Press, 1985.

   Member of the Education Subcommittee of the Ford Foundation Task Force on Statistical Policy and
   Data Needs of Hispanics (1983).

   Member of the Data Advisory Committee for the National Commission on Secondary Schooling for
   Hispanics (1984-1986).

   Member of the Planning Committee for the Adult Literacy Assessment of the National Assessment of
   Educational Progress (1984).

   Member of the Advisory Panel for the National Science Foundation's study of Persistence in Science
   of High Ability Minority Students (1986-1987).

   Organizer of the "Hispanics in the United States" session at the American Sociological Association
   meetings in Atlanta (1988).

   Member of the Steering Committee of a the Association of Latina/o Sociology.

   Consulting
   Editor:        *American Journal of Sociology* (1990-1992).

   Reviewer:   *American Sociological Review, American Journal of Sociology, Social Forces,
               Administrative Science Quarterly, Hispanic Journal of Behavioral Science, Human
               Relations, Social Problems, Urban Affairs Quarterly, Journal of Quantitative
               Anthropology.*

   Reviewer: Proposals for the National Science Foundation, the Spencer Foundation, the Rockefeller
               Foundation, the Ford Foundation, the U.S. Department of Education, and the Social
               Science Research Council.

PUBLICATIONS_____

   Roberto M. Fernandez. 2008. "Race, Spatial Mismatch, and Job Accessibility: Evidence From a Plant
   Relocation." Social Science Research 37:953-975.

Roberto M. Fernandez                                                                 Page 6

Publications (continued):

Roberto M. Fernandez and M. Louise Mors. 2008. "Competing for Jobs: Labor Queues and Gender Sorting in the Hiring Process" Social Science Research 37: 1061-80.

Roberto M. Fernandez and Isabel Fernandez-Mateo. 2006. "Networks, Race and Hiring." American Sociological Review 71: 42-71.

   (Shortened version published in Pp. 587-595 in Social Stratification: Class, Race, and Gender in Sociological Perspective, 3rd Edition, edited by David B. Grusky, Manwai C. Ku, and Szonja Szelényi. Boulder: Westview Press, Forthcoming, 2008).

Roberto M. Fernandez and M. Lourdes Sosa. 2005. "Gendering the Job: Networks and Recruitment at a Call Center." American Journal of Sociology 111: 859-904.

Roberto M. Fernandez and Celina Su. 2004. "Space in the Study of Labor Markets." Annual Review of Sociology 30: 545-69.

Neckerman, Kathryn and Roberto M. Fernandez. 2003. "Keeping a Job: Network Hiring and Turnover in a Retail Bank." Research in the Sociology of Organizations 20:299-318.

Roberto M. Fernandez. 2001. "Skill-Biased Technological Change and Wage Inequality: Evidence From a Plant Retooling." American Journal of Sociology 107 (2):273-320. (Winner of the 2003 Distinguished Article Award presented by the Center for the Study of Inequality, Cornell University).

Roberto M. Fernandez and Emilio Castilla. 2001. "How Much is That Network Worth? Social Capital in Employee Referral Networks." Pp. 85-104 in Nan Lin, Karen Cook and Ron Burt (eds.), Social Capital: Theory and Research. Chicago: Aldine de Gruyter.

Roberto M. Fernandez, Emilio Castilla and Paul Moore. 2000. "Social Capital at Work: Networks and Employment at a Phone Center." American Journal of Sociology 105 (5):1288-1356. (Winner of the 2001 W. Richard Scott Award for Distinguished Scholarship presented by the Organizations, Occupations, and Work Section of the American Sociological Association).

Albert Bergesen and Roberto M. Fernandez. 1999. "Who Has the Most Fortune 50 Firms?: A Network Analysis of Global Economic Competition, 1956-1989." Pp. 151-173 in Volker Bornschier and Christopher Chase-Dunn (eds.), The Future of Global Conflict. London: Sage Publications.

Roberto M. Fernandez. 1998. "Structural Factors in Hispanic Youth Employment." Pp. 202-222 in William Velez (ed.), Race and Ethnicity in the United States: An Institutional Approach. New York: General-Hall.

Roberto M. Fernandez and Nancy Weinberg. 1997. "Sifting and Sorting: Personal Contacts and Hiring in a Retail Bank." American Sociological Review 62 (December):883-902.

Roberto M. Fernandez. 1997. "Spatial Mismatch: Housing, Transportation and Employment in Regional Perspective." Pp. 81-99 in Burton Weisbrod and James Worthy (eds.), The Urban Crisis: Linking Research to Action. Evanston, IL: Northwestern University Press.

Publications (continued):

Roberto M. Fernandez. 1994. "Race, Space, and Job Accessibility: Evidence From a Plant Relocation." Economic Geography 70 (October): 390-416.

Roberto M. Fernandez and Roger V. Gould. 1994. "A Dilemma of State Power: Brokerage and Influence in the National Health Policy Domain." American Journal of Sociology 99 (6):1455-91.

Boyd, William Lowe, Vernon M. Briggs, Jr., Eugene E. Eubanks, Roberto M. Fernandez, Jeffrey A. Raffel. 1993. "Policy Dilemmas in Urban Education: Addressing the Needs of Poor, At-Risk Children." Journal of Urban Affairs 14 (3/4):263-290.

Roberto M. Fernandez. 1992. "Demand-Side and Supply-Side Explanations of Black Male Joblessness." Pp. 155-159 in George Peterson and Wayne Vroman (eds.), Urban Labor Markets and Job Opportunity. Washington, D.C.: The Urban Institute Press.

Roberto M. Fernandez and David Harris. 1992. "Social Isolation and the Underclass." Pp. 257-293 in Adele Harrell and George Peterson (eds.), Drugs, Crime, and Social Distress: Barriers to Urban Opportunity. Washington, D.C.: The Urban Institute Press.

Roberto M. Fernandez. 1991. "Structural Bases of Leadership in Intraorganizational Networks." Social Psychology Quarterly 54:36-53.

Doug McAdam and Roberto M. Fernandez. 1990. "Microstructural Bases of Recruitment to Social Movements." Research in Social Movements, Conflicts and Change 12:1-33.

Roberto M. Fernandez, Ronnelle Paulsen and Marsha Hirano-Nakanishi. 1989. "Dropping Out Among Hispanic Youth." Social Science Research 18:21-52.

Roger V. Gould and Roberto M. Fernandez. 1989. "Structures of Mediation: A Formal Approach to Brokerage in Transaction Networks." Sociological Methodology 19:89-126.

Roberto M. Fernandez and Doug McAdam. 1989. "Multiorganizational Fields and Recruitment to Social Movements." International Social Movement Research 2:315-343.

Roberto M. Fernandez and Doug McAdam. 1988. "Social Networks and Social Movements: Multiorganizational Fields and Recruitment to Mississippi Freedom Summer." Sociological Forum 3 (3):357-382.

Neil Fligstein and Roberto M. Fernandez. 1988. "Worker Power, Firm Power and the Structure of Labor Markets." The Sociological Quarterly 29 (1):5-28.

Albert Bergesen, Roberto M. Fernandez and Chintamani Sahoo. 1987. "America and the Changing Structure of Hegemonic Production." Pp. 157-175 in Terry Boswell and Albert Bergesen (eds.), America's Changing Role in the World System. New York: Praeger.

Donald B. Holsinger and Roberto M. Fernandez. 1987. "School-to-Work Transition Profiles of Mexican American and Non-Hispanic White High School Graduates." Sociology and Social Research 71 (April):21 1-220.

Roberto M. Fernandez                                                    Page 8

Publications (continued):

Roberto M. Fernandez and Francois Nielsen. 1986. "Bilingualism and Hispanic Scholastic Achievement: Some Baseline Results." Social Science Research 15:43-70.

Neil Fligstein and Roberto M. Fernandez. 1985. "Educational Transitions of Whites and Mexican-Americans." Pp. 161-192 in George Borjas and Marta Tienda (eds.), Hispanics in the U.S. Economy. New York: Academic Press.

Roberto M. Fernandez. 1985. "Hispanic Youth in the Labor Market: An Analysis of High School and Beyond." Pp. 410-461 in Charles Betsey, Robinson Hollister and Mary Papageorgiou (eds.) Youth Employment and Training Program: The YEDPA Years. Washington, D.C.: National Academy Press.

Neil Fligstein and Roberto M. Fernandez. 1985. "Hispanics and Education." Pp. 113-146 in Pastora Cafferty and William McCready (eds.), Hispanics in the United States: A New Social Agenda. New Brunswick, New Jersey: Transaction Books.

Francois Nielsen and Roberto M. Fernandez. 1982. Achievement of Hispanic Students in American High Schools: Background Characteristics and Achievement. Washington, D.C.: National Center for Education Statistics.

Roberto M. Fernandez and Jane C. Kulik. 1981. "A Multilevel Model of Life Satisfaction: Effects of Individual Characteristics and Neighborhood Composition." American Sociological Review 46 (December): 840-850.

Book Reviews:

Roberto M. Fernandez. 1993. Review of American Apartheid: Segregation and the Making of the Underclass, by Douglas Massey and Nancy Denton (Cambridge, MA: Harvard University Press, 1993) in Contemporary Sociology 22:365-366.

Roberto M. Fernandez. 2001. Review of Prismatic Metropolis: Inequality in Los Angeles by Lawrence D. Bobo, Melvin L. Oliver, James H. Johnson Jr., and Abel Valenzuela Jr., editors, (New York: Russell Sage Foundation, 2000) in American Journal of Sociology 107:509-11.

WORKS IN PROCESS_____

Roberto M. Fernandez and Enying Zheng. 2008. "Creating the Connection: Networks, Race and Hiring." (In process).

Roberto M. Fernandez. 2007. What Do Employers Do? Networks, Race and Gender at the Hiring Interface. Book Project (In process).

Brian Rubineau and Roberto M. Fernandez. 2007. "Missing links: Referrer behavior and job segregation." (Revise and resubmit, Organization Science).

PAPERS PRESENTED_____

Roberto M. Fernandez and Colette Friedrich. 2007. "Job Queues: Gender and Race at the Application Interface." Presented at the 2007 meetings of the American Sociological Association in New York.

Roberto M. Fernandez. 2006. "Race, Spatial Mismatch, and Job Accessibility: Evidence From a Plant Relocation." Presented at the 2006 meetings of the American Sociological Association in Montreal.

Roberto M. Fernandez and Jason Greenberg. 2006. "Hiring Managers' Race in the Hiring Process." Presented at the 2006 meetings of the American Sociological Association in Montreal.

Brian Rubineau and Roberto M. Fernandez. 2006. "Tipping Points: Referral Homophily and Job Segregation." Presented at the 2006 meetings of the American Sociological Association in Montreal.

Roberto M. Fernandez and Marie Louise Mors. 2005. "Gendering Jobs: Networks and Queues in the Hiring Process." Paper presented at the 2005 meetings of the American Sociological Association in Philadelphia, PA.

Brian Rubineau and Roberto M. Fernandez. 2005. "Missing Links: Referral Processes and Job Segregation." Paper presented at the 2005 meetings of the American Sociological Association in Philadelphia, PA.

Roberto M. Fernandez. 2004. "Race, Space and Job Accessibility II: More Evidence From a Plant Retooling." Paper presented in the National Poverty Center seminar series at the Ford School of Public Policy, University of Michigan, October 5, 2004.

Roberto M. Fernandez and Isabel Fernandez-Mateo. 2004. "Networks, Race and Hiring." Paper presented at the 2004 meetings of the American Sociological Association in San Francisco (Published in the American Sociological Review).

Brian Rubineau and Roberto M. Fernandez. 2004. "Job Sex Segregation as a Complex System: Exploring a Simulation Approach." Paper presented at the 2004 meetings of the American Sociological Association in San Francisco.

Roberto M. Fernandez and Lourdes Sosa. 2003. "Gendering the Job: Networks and Recruitment at a Call Center." Paper presented at the 2003 meetings of the American Sociological Association in Atlanta (Published in the American Journal of Sociology).

Roberto M. Fernandez and Isabel Fernandez-Mateo. 2002. "Networks, Race and Poverty." Paper presented at the 2002 meetings of the American Sociological Association in Chicago.

Roberto M. Fernandez. 1999. "Skill-Biased Technological Change and Wage Inequality: Evidence From a Plant Retooling." Paper presented at the Summer Institute Research Conference of the Multidisciplinary Training Program in Inequality and Social Policy, Kennedy School, Harvard University, June, 1999 (Published in American Journal of Sociology).

Roberto M. Fernandez                                                     Page 10

Papers Presented (continued):

Roberto M. Fernandez, Emilio Castilla and Paul Moore. 1998. "Social Capital at Work: Networks and Hiring at a Phone Center." Paper presented at the Social Networks and Social Capital conference, Duke University, October 30-November 1, 1998. (Published in American Journal of Sociology).

Roberto M. Fernandez and Emilio Castilla. 1998. "Who Sent You? Referrals, Homophily, and Hiring at a Phone Center." Presented at the Sunbelt XVIII and Fifth European International Social Networks Conference, Barcelona, Spain, May 30, 1998.

Roberto M. Fernandez. 1997. "Skill Mismatch and Technological Change: Evidence From a Plant Retooling." Presented at the Milken Institute Seminar, Los Angeles, December 8, 1997.

Kathryn Neckerman and Roberto M. Fernandez. 1997. "Keeping a Job: Network Hiring and Turnover in a Retail Bank." Presented at the Citicorp Behavioral Sciences Research Council Research Conference in New York, November. (Published in Research in the Sociology of Organizations).

Kathryn Neckerman and Roberto M. Fernandez. 1997. "Recruitment Practices and Turnover: Are Network Hires Better Matched to Their Jobs?" Presented at the 1997 meetings of the American Sociological Association in Toronto.

Roberto M. Fernandez, Calvin Morrill, and Nancy Weinberg. 1996. "Gender and Influence Style." Paper presented at a conference on "Power, Politics, and Influence in Organizations," Stanford University, May 4, 1996.

Roberto M. Fernandez and Nancy Weinberg. 1996. "Getting a Job: Networks and Hiring in a Retail Bank." Presented at the 1996 meetings of the American Sociological Association in New York. (Published in American Sociological Review).

Roberto M. Fernandez and Nancy Weinberg. 1996. "Networks and Hiring." Presented at the International Sunbelt Social Network Conference in Charleston, S.C., Feb. 22-25, 1996.

Roberto M. Fernandez and Nancy Weinberg. 1995. "Social Networks and Gender." Presented at the International Sunbelt Social Network Conference in San Diego, CA, February, 1995.

Roberto M. Fernandez. 1994. "Spatial Mismatch: Housing, Transportation and Employment in Regional Perspective." Presented at the Metropolitan Assembly, Northwestern University, Sept. 30-Oct. 2, 1994. (Published in an edited volume The Urban Crisis: Linking Research to Action).

Roberto M. Fernandez and Judith A. Levine. 1994. "Different From Whom? Diversity and Organizational Commitment in a Manufacturing Plant." Presented at the 1994 meetings of the American Sociological Association in Los Angeles.

Albert Bergesen and Roberto M. Fernandez. 1994. "Who Has the Most Fortune 500 Firms? A Network Analysis of Global Economic Competition, 1956-1989." Presented at the 1994 Political Economy of the World System Conference, Irvine, CA, April, 1994. (Published in an edited volume The Future of Global Conflict).

Roberto M. Fernandez                                                        Page 11

Papers Presented (continued):

Roberto M. Fernandez. 1993. "Effects of Spatial and Skill Mismatches on Minority Employment." Presented at the IRP-ASPE Research Seminar at the U.S. Department of Health and Human Services, Washington, D.C., May 7, 1993.

Roberto M. Fernandez. 1992. "A Review of 'Why Black Men Are Doing Worse in the Labor Market.'" Paper presented at Social Science Research Council's conference entitled "The Urban Underclass: Perspectives From the Social Sciences" at the University of Michigan, Ann Arbor, June 8-10, 1992.

Roberto M. Fernandez. 1992. "Race, Space, and Job Accessibility: Evidence From a Plant Relocation." Paper presented at the 1992 American Sociological Association Mettings in Pittsburgh (Published in Economic Geography).

Roberto M. Fernandez and David Harris. 1991. "Social Isolation and the Underclass." Presented at the 1991 meetings of the American Sociological Association in Cincinnati. (Published in an edited volume Drugs, Crime, and Social Distress).

Roberto M. Fernandez. 1990. "Structural Factors in Hispanic Youth Achievement." Presented at the 1990 meetings of the Association of Policy Analysis and Management in San Francisco. (Published in an edited volume Race and Ethnicity in the United States).

Roberto M. Fernandez. 1989. "Mimetic Process in Interorganizational Networks." Paper presented at the 1989 meetings of the American Sociological Association in San Francisco.

Roberto M. Fernandez, Ronnelle Paulsen and Marsha Hirano-Nakanishi. 1988. "Dropping Out Among Hispanic Youth." Paper presented at the 1988 meetings of the American Sociological Association in Atlanta. (Published in Social Science Research).

Roberto M. Fernandez, Roger Gould and David Prensky. 1988. "Information Brokerage in the National Health Policy Domain." Paper presented at the 1988 meetings of the American Sociological Association in Atlanta.

Roberto M. Fernandez and Lisa Rowe. 1988. "A Micro Model of Activism in a Social Movement Organization: Differential Activism in a Women's Center." Paper presented at the 1988 meetings of the American Sociological Association in Atlanta.

Albert Bergesen and Roberto M. Fernandez. 1987. "International Economic Competition: A Network Analysis." Paper presented at the 1987 meetings of the American Sociological Association in Chicago.

Roberto M. Fernandez and Doug McAdam. 1987. "Multiorganizational Fields and Recruitment Contexts: Network and Contextual Factors in Recruitment to Freedom Summer." Paper presented at the 1987 meetings of the American Sociological Association in Chicago. (Published in Sociological Forum).

Roberto M. Fernandez                                                    Page 12

Papers Presented (continued):

Roberto M. Fernandez. 1987. "Structural Bases of Leadership in Intraorganizational Networks." Paper presented at the 1987 meetings of the American Sociological Association in Chicago. (Published in Social Psychology Quarterly).

Roberto M. Fernandez and Doug McAdam. 1986. "Microstructural Bases of Recruitment to Social Movements." Paper presented at the 1986 meetings of the American Sociological Association in New York. (Published in Research in Social Movements).

Roberto M. Fernandez. 1985. "Hispanic Youth in the Labor Market." Paper presented at the 1985 meetings of the American Sociological Association in Washington, D.C.. (Published in an edited volume Youth Employment and Training Program: The YEDPA Years).

Roberto M. Fernandez and Marsha Hirano-Nakanishi. 1984. "The Educational and Occupational Activities of Hispanic Youth." Presented at the National Center for Education Statistics, Washington, D.C..

Roberto M. Fernandez. 1982. "Bilinguals and Scholastic Achievement: Some Baseline Results." Paper presented at the 1982 meetings of the American Sociological Association in San Francisco. (Published in Social Science Research).

Neil Fligstein and Roberto M. Fernandez. 1982. "Educational Transitions of Whites and Mexican-Americans." Paper presented at the Hispanic Labor Market Conference, February 4-5, 1982 in Santa Barbara, California. (Published in an edited volume Hispanics in the U.S. Economy).

Neil Fligstein and Roberto M. Fernandez. 1982. "Worker Power, Firm Size, and the Structure of Labor Markets." Paper presented at the 1982 meetings of the American Sociological Association in San Francisco. (Published in The Sociological Quarterly).

Francois Nielsen and Roberto M. Fernandez. 1981. "Achievement of Hispanic Students in the United States Schools: Some Baseline Models." Paper presented at the 1981 meetings of the Population Association of America in Washington, D.C. (Published by the National Center for Education Statistics).

## Appendix B

### Data Characteristics and Variable Construction

This appendix describes some characteristics of the data and the construction of key variables in the wealth analyses using the SIPP.

**Data**

*Source*

The Survey of Income and Program Participation (SIPP) is collected by the U.S. Bureau of the Census. Interviews are conducted by personal visit and by decentralized telephone. All household members 15 years old and over are interviewed by self-response, if possible; proxy response is permitted when household members are not available for interviewing. Topics covered by the modules of the survey include personal history, child care, wealth, program eligibility, child support, utilization and cost of health care, disability, school enrollment, taxes, and annual income to name a few. The SIPP data, accompanying documentation, and related resources may be found at: http://www.bls.census.gov/sipp/.

The SIPP data sets used in these analyses were accessed through the National Bureau of Economic Research (NBER) (http://www.nber.org/data/survey-of-income-and-program-participation-sipp-data.html). The two most recent Assets and Liabilities files are found in the 2001 Wave 6 Topical Module and the 2004 Wave 3 Topical Module and are the two data sets that are used in this report. Descriptions of the data in this appendix are general to both data files unless otherwise specified.

*Sample*

The data are nationally representative of the civilian non-institutionalized population that are at least 15 years of age.  For the purposes of this report, each observation represents one head-of-household.[1] Detailed information of the sample can be found in the 2001 and 2004 Source and Accuracy Statements. (The statements can be found at http://www.nber.org/sipp/2004/sipp04w1prel.pdf and http://www.sipp.census.gov/sipp/usrguide/sipp2001.pdf).

*Weighting*

As is the case for most modern surveys with complex sample designs, sampling weights provided by the Census Bureau need to be employed when analyzing the SIPP. All figures presented in this analysis (apart from the raw sample numbers) are weighted.

---

[1] SIPP survey procedures call for listing first the person (or one of the people) in whose name the home is owned or rented as of the interview date. If the house is owned jointly by a married couple, either the husband or the wife may be listed first, thereby becoming the reference person, or householder, to whom the relationship of the other household members is recorded. One person in each household is designated as the "householder." The number of householders, therefore, is equal to the number of households.

A household consists of all people who occupy a housing unit. A house, an apartment or other group of rooms, or a single room is regarded as a housing unit when it is occupied or intended for occupancy as separate living quarters; that is, when the occupants do not live and eat with any other people in the structure and there is either (1) direct access from the outside or through a common hall or (2) a kitchen or cooking equipment for the exclusive use of the occupants. For this report, the household composition was determined as of the interview date. A household includes the related family members and all the unrelated people, if any, such as lodgers, foster children, wards, or employees who share the housing unit. A person living alone in a housing unit or a group of unrelated people sharing a housing unit as partners is also counted as a household. The count of households excludes group quarters. Examples of group quarters include rooming and boarding houses, college dormitories, and convents and monasteries.

Weights that sum to the sample size are constructed using the SIPP weight, *wpfinwgt*.

Specifically, for each observation $i$, $weight_i = wpfinwgt_i / \frac{1}{N} \sum_{i=1}^{N} wpfinwgt_i$.

*Topcoding*

Assets, which are inputs in the calculation of net worth, are topcoded (and bottom-coded) to protect the identity of individuals of extremely high (and low) net worth. For a list of assets and the topcoded (bottom-coded) cutoffs see the 2001 SIPP User's Guide (http://www.sipp.census.gov/sipp/usrguide/sipp2001.pdf). The net worth and investable wealth analyses show that whites are more likely to be in the upper tail of the net worth distribution and African Americans are more likely to be in the lower tail of the net worth distribution. Therefore, top- and bottom-coding will tend to *understate* the unequal distribution of wealth between whites and African Americans.


**Variables**

*Net Worth*

Net worth is defined as the sum of the market value of assets owned by every member of the household minus liabilities (secured or unsecured) owed by household members. The estimates represent the net worth of households at the end of the appropriate reference period. The net worth concept is based on the value of all assets minus all liabilities listed in Table D1.[2] The major assets not covered in this report are equities in pension plans, the cash value of life insurance policies, and the value of home furnishings and jewelry. These items are not covered because it is particularly difficult to

---

[2] Table D1 is adapted from Orzechowski and Sepielli (2003); see
http://www.census.gov/prod/2003pubs/p70-88.pdf.