IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, et al., Individually and as Class Representatives<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>Defendant. | Case No.: 05-C-6583<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Denlow |

## MOTION TO BAR CERTAIN OPINIONS OF PLAINTIFFS' EXPERTS JANICE FANNING MADDEN, Ph.D., AND ALEXANDER VEKKER, Ph.D.

Pursuant to Fed. R. Evid. 702, Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch") hereby respectfully moves this Court to exclude certain testimony and opinions of Plaintiffs' experts Dr. Janice Madden and Dr. Alexander Vekker. In support of this motion, Merrill Lynch incorporates herein the accompanying memorandum of law.

Dated: May 15, 2009

WEIL, GOTSHAL & MANGES LLP

By:      s/ Nicholas J. Pappas
Jeffrey S. Klein
Nicholas J. Pappas
Salvatore A. Romanello
Allan Dinkoff
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (Phone)
(212) 310-8007 (Facsimile)

-- and --

MAYER BROWN LLP
Lori E. Lightfoot
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600 (Phone)
(312) 701-7711 (Facsimile)

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that on May 15, 2009 she caused copies of Defendant Merrill Lynch's (1) NOTICE OF MOTION, (2) MOTION TO BAR CERTAIN OPINIONS OF PLAINTIFFS' EXPERTS JANICE FANNING MADDEN, PH.D. AND ALEXANDER VEKKER, PH.D., AND (3) MEMORANDUM IN SUPPORT to be served by ECF to each attorney having an email address on file with the Court and by hand delivery to:

    Linda Friedman
    Stowell & Friedman
    321 S. Plymouth Court, 14th Floor
    Chicago, IL 60604


May 15, 2009           /s/ Lori E. Lightfoot
                Lori E. Lightfoot