IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **GEORGE McREYNOLDS**, et al., | ) | |
| Individually and as Class Representatives | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05-C-6583 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| **MERRILL LYNCH**, **PIERCE, FENNER** | ) | Magistrate Judge Denlow |
| **& SMITH, INCORPORATED**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, June 2, 2009** at **9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 1703 in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and present **DEFENDANT MERRILL LYNCH'S MOTION TO BAR CERTAIN OPINIONS OF PLAINTIFFS' EXPERTS JANICE FANNING MADDEN, PH.D. AND ALEXANDER VEKKER, PH.D.,** a copy of which is attached hereto and hereby served upon you.

Date: May 15, 2009

                                        Respectfully submitted,

                            By:        s/ Lori E. Lightfoot
                                            *One of its Attorneys*

**Mayer Brown LLP**                     **Weil, Gotshal & Manges, LLP**

Stephen M. Shapiro                      Jeffrey S. Klein
Lori E. Lightfoot                       Nicholas J. Pappas
Timothy S. Bishop                       Salvatore A. Romanello
71 S. Wacker Drive                      767 Fifth Avenue
Chicago, Illinois 60606                 New York, New York 10153
(312) 782-0600 (Phone)                  (212) 310-8000 (Phone)
(312) 701-7711 (Facsimile)              (212) 310-8007 (Facsimile)

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on May 15, 2009 she caused copies of Defendant Merrill Lynch's (1) **NOTICE OF MOTION**, (2) **DEFENDANT MERRILL LYNCH'S MOTION TO BAR CERTAIN OPINIONS OF PLAINTIFFS' EXPERTS JANICE FANNING MADDEN, PH.D. AND ALEXANDER VEKKER, PH.D.** AND (3) **MEMORANDUM IN SUPPORT** to be served by ECF to each attorney having an email address on file with the Court and by hand delivery to:

> Linda Friedman
> Stowell & Friedman, Ltd.
> 321 S. Plymouth Court, 14th Floor
> Chicago, Illinois  60604


May 15, 2009                                              /s Lori E. Lightfoot
                                                         Lori E. Lightfoot