IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, et al., Individually and as Class Representatives<br><br>Plaintiffs,<br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>Defendant. | Case No.: 05-C-6583<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Denlow |

## MOTION TO STRIKE DECLARATIONS OF CURRENT AND FORMER MERRILL LYNCH EMPLOYEES

Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch") hereby respectfully moves this Court to strike the declarations of current and former Merrill Lynch employees. In support of this motion, Merrill Lynch incorporates herein the accompanying memorandum of law.

Dated: May 15, 2009

By: /s/ Salvatore A. Romanello

WEIL, GOTSHAL & MANGES LLP
Jeffrey S. Klein
Nicholas J. Pappas
Salvatore A. Romanello
Allan Dinkoff
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (Phone)
(212) 310-8007 (Facsimile)

-- and --

MAYER BROWN LLP
Lori E. Lightfoot
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600 (Phone)
(312) 701-7711 (Facsimile)

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on May 15, 2009 she caused copies of Defendant Merrill Lynch's (1) NOTICE OF MOTION, (2) MOTION TO STRIKE DECLARATIONS OF CURRENT AND FORMER MERRILL LYNCH EMPLOYEES AND (3) MEMORANDUM IN SUPPORT to be served by ECF to each attorney having an email address on file with the Court and by hand delivery to:

      Linda Friedman
      Stowell & Friedman
      321 S. Plymouth Court, 14th Floor
      Chicago, IL 60604


May 15, 2009              /s/ Lori E. Lightfoot
                  Lori E. Lightfoot