IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT, Individually on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>　　　　Defendant. | Case No. 05-C-6583<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Morton Denlow<br><br>Jury Trial Demanded |

## NOTICE OF MOTION

**TO:**　Attached Service List

　　　PLEASE TAKE NOTICE THAT on Wednesday, May 27, 2009, at 9:15 a.m., or as soon thereafter as counsel maybe heard, attorneys for the Plaintiffs and Defendant will appear before the Honorable Robert Gettleman, or any judge sitting his stead in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached *Motion to Strike Supplemental Declaration and Studies of Merrill Lynch's Expert, Dr. Saad, Which Form The Basis of Defendant's Daubert Motion Regarding Various Opinions of Janice Madden, Ph.D. and Alex Vekker, Ph.D.*

　　　　　　　　　　　　　　　　　　Respectfully submitted on behalf of Plaintiffs
　　　　　　　　　　　　　　　　　　STOWELL & FRIEDMAN, LTD.

　　　　　　　　　　　　　　　By:　/s/ Linda D. Friedman

Electronically filed on May 21, 2009
Mary Stowell - Attorney No. 02750015
Linda D. Friedman - Attorney No. 06190092
George Robot - Attorney No. 06237979
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

## **CERTIFICATE OF SERVICE**

     I, Linda D. Friedman, an attorney, hereby certify that on May 21, 2009, I caused a true and correct copy of attached *Motion to Strike Supplemental Declaration and Studies of Merrill Lynch's Expert, Dr. Saad, Which Form The Basis of Defendant's Daubert Motion Regarding Various Opinions of Janice Madden, Ph.D. and Alex Vekker, Ph.D.* to be served via ECF on the following counsel of record:

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore A. Romanello
Well, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
llightfoot@mayerbrown.com

/s/ Linda D. Friedman

2