# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6583 | **DATE** | 5/27/2009 |
| **CASE TITLE** | George McReynolds    vs    Merrill Lynch | | |

**DOCKET ENTRY TEXT:**

Motions for leave to file [309][312][323][325] are granted. Defendants's response to plaintiff's motion [330] is due by 6/26/2009. Plaintiff's response to defendant's motions [307][320] is to be included in its reply brief in support of class certification, which is now due 6/26/2009.

Defendant is given leave to file unredacted version of motion in opposition to class certification and related exhibits under seal.

[Docketing to mail notice]

00:24

| | Courtroom Deputy | GDS |
|---|---|---|