## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE McREYNOLDS, MAROC ) <br> HOWARD, LARUE GIBSON, JENNIFER ) <br> MADRID, FRANKIE ROSS, MARVA ) <br> YORK, LESLIE BROWNE, HENRY ) <br> WILSON, LEROY BROWN, GLENN ) <br> CAPEL, CHRISTINA COLEMAN, J. ) <br> YVES LABORDE, MARSHELL MILLER, ) <br> CARNELL MOORE, MARK JOHNSON, ) <br> CATHY BENDER JACKSON, and ) <br> STEPHEN SMARTT, Individually on ) <br> behalf of themselves and all others similarly ) <br> situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRILL LYNCH, PIERCE, FENNER ) <br> & SMITH, INCORPORATED ) <br> ) <br> Defendant. ) | Case No. 1:05-cv-6583 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Gilbert <br><br> Jury Trial Demanded |

## INITIAL STATUS REPORT

Pursuant to the Court's Order setting the initial status hearing, Plaintiffs and Defendant Merrill Lynch, Pierce Fenner & Smith, Inc. ("Merrill Lynch") (collectively, "the Parties") submit the following Initial Status Report:

1. **Summary of Claims**: Plaintiffs allege that Merrill Lynch has engaged in intentional and unintentional discrimination on the basis of race against a putative class of African American Financial Advisors ("FAs"). There are no counterclaims or third party complaints. Discovery was bifurcated and has been completed with respect to class certification. Plaintiffs moved for class certification, and the parties are awaiting Judge Gettleman's decision with regard to class certification.

2. **Summary of Defenses**: Merrill Lynch denies that it discriminates against African American FAs, and argues that any disparities relied upon by the Plaintiffs are caused by factors external to Merrill Lynch.

3. **Relief Sought**: Plaintiffs seek compensatory and punitive damages, declaratory and equitable relief, and attorneys' fees.

4. **Matter Referred**: All discovery matters have been referred to Magistrate Judge Gilbert.

5. **Briefing**: There has been briefing on various discovery issues that arose during class certification discovery. All of these disputes have been resolved by Magistrate Judge Denlow, and there are no outstanding disputes. There are no pending motions.

6. **Discovery**: The Court ordered that discovery be bifurcated into class certification and merits discovery. The Parties have completed class certification discovery, and are awaiting Judge Gettleman's decision with regard to Plaintiffs' Motion for Class Certification, as well as various Daubert motions that have been filed. The Parties engaged in significant discovery during class certification discovery.

7. There are currently no dates in place for discovery cut-off with regard to merits discovery, for filing a pre-trial order, or for a trial date.

8. **Electronically Stored Information**: The Parties engaged in discovery of ESI during class certification discovery, and any additional discovery will likely also include ESI.

9. The Parties do not consent to trial before a magistrate judge.

10. **Settlement Negotiations**: The Parties engaged in significant settlement discussions with two different mediators at the outset of this case. The settlement discussions were terminated in June 2006, and no settlement discussions have occurred since that time.

Dated: June 7, 2010

Respectfully submitted on behalf of the parties by:

| <u>Suzanne E. Bish /s/</u><br><br>Mary Stowell<br>Linda D. Friedman<br>Suzanne E. Bish<br>STOWELL & FRIEDMAN LTD<br>321 S. Plymouth Court<br>Suite 1400<br>Chicago, Illinois 60604<br>(312) 431-0888<br><br>Attorneys for Plaintiffs | <u>Lori E. Lightfoot /s/</u><br><br>Lori E. Lightfoot<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br><br>Jeffrey S. Klein<br>Nicholas J Pappas<br>Allan Dinkoff<br>Salvatore A. Romanello<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York NY 10153<br><br>Attorneys for Defendant Merrill Lynch |

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on June 7, 2010, he caused a copy of the foregoing INITIAL STATUS REPORT and CERTIFICATE OF SERVICE to be served by ECF to each attorney having an email address on file with the Court and by email to:

  Linda Friedman
  Stowell & Friedman
  321 S. Plymouth Court, 14th Floor
  Chicago, IL 60604


June 7, 2010                  By: /s/ James V. Hart_____