# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6583 | **DATE** | 8/5/2010 |
| **CASE TITLE** | George McReynolds, et al. Vs. Merrill Lynch, Pierce, Fenner & Smith, Inc. | | |

**DOCKET ENTRY TEXT**

     For the reasons discussed in the court's Memorandum Opinion and Order issued this date, the court denies plaintiffs' motion to certify class (Doc. 257), and further denies as moot defendant's motion to exclude certain testimony and opinions (Doc. 307), to bar certain opinions (Docs. 317, 318), and to strike certain declarations (Doc. 320), and plaintiffs' motion to strike (Doc. 330).

     This matter is set for a report on status 8/26/2010, at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GS |
|---|---|---|