## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK, LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT, individually on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED<br><br>    Defendant. | Case No. 05 C 6583<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

**TO:** Attached Service List

    **PLEASE TAKE NOTICE THAT** on August 19, 2010 at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for Plaintiffs and putative class will appear before the Honorable Robert W. Gettleman, or any judge sitting his stead in Courtroom 1419 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached *Plaintiffs' Motion and Memorandum to Reconsider or in the Alternative to Clarify and/or Narrow the Definition of the Class.*

Date: August 16, 2010

    Respectfully submitted,

    By: /s/ Linda D. Friedman

369380-1

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
George Robot – Attorney No. 06237979
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

369380-1

## CERTIFICATE OF SERVICE

      I, Linda D. Friedman, an attorney, hereby certify that on August 16, 2010, I caused a true and correct copy of attached Notice of Motion re: *Plaintiffs' Motion and Memorandum to Reconsider or in the Alternative to Clarify and/or Narrow the Definition of the Class* to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Lori Lightfoot |
| Nicholas J. Pappas | Mayer Brown LLP |
| Salvatore Romanello | 71 S. Wacker Drive |
| Allan Dinkoff | Chicago, IL 60606 |
| Weil, Gotshal & Manges LLP | phone: (312) 782-0600 |
| 767 Fifth Avenue | fax: (312) 701-7711 |
| New York, NY 10153 | llightfoot@mayerbrown.com |
| phone: (212) 310-8000 | |
| fax: (212) 310-8007 | |
| jeffrey.klein@weil.com | |

      Respectfully submitted,

      By: /s/ Linda D. Friedman

Mary Stowell - Attorney No. 02750015
Linda D. Friedman – Attorney No. 06190092
George Robot – Attorney No. 06237979
Suzanne E. Bish – Attorney No. 06242534
Stowell & Friedman, Ltd.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

369380-1