IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK, LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT, individually on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, <br><br>Defendant. | Case No. 05 C 6583 <br><br>Judge Robert W. Gettleman <br><br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION TO RECONSIDER OR TO CLARIFY AND/OR NARROW THE DEFINITION OF THE CLASS**

Plaintiffs respectfully move the Court to withdraw their Motion to Reconsider or in the Alternative to Clarify and/or Narrow the Definition of the Class, filed with the Court on Monday, August 16, 2010. As they have informed defense counsel, Plaintiffs intend to re-file and re-notice their motion to conform to Local Rules for Tuesday, August 24, 2010.

Plaintiffs respectfully request that the Court vacate the Court date set for Plaintiffs' motion to be heard on Thursday, August 19, 2010.

369453-1

Date: August 18, 2010

                                              Respectfully submitted,

                                              By: /s/ Linda D. Friedman

Mary Stowell
Linda D. Friedman – Attorney No. 06190092
George Robot
Suzanne E. Bish
STOWELL & FRIEDMAN, LTD.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

369453-1

## CERTIFICATE OF SERVICE

I, Linda D. Friedman, an attorney, hereby certify that on August 18, 2010, I caused a true and correct copy of attached *Plaintiffs' Notice of Withdrawal of their Motion to Reconsider or to Clarify and/or Narrow the Definition of the Class* to be served via ECF and electronic mail on the following counsel of record:

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore Romanello
Allan Dinkoff
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
phone: (212) 310-8000
fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
phone: (312) 782-0600
fax: (312) 701-7711
llightfoot@mayerbrown.com

Respectfully submitted,

By: /s/ Linda D. Friedman

Mary Stowell
Linda D. Friedman – Attorney No. 06190092
George Robot
Suzanne E. Bish
STOWELL & FRIEDMAN, LTD.
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

369453-1