IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK, LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT, individually on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, <br><br> Defendant. | Case No. 05 C 6583 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF MOTION

**TO:** Attached Service List

**PLEASE TAKE NOTICE THAT** on Tuesday, August 24, 2010 at 9:15 a.m., or as soon thereafter as counsel may be heard, attorneys for Plaintiffs and the putative class will appear before the Honorable Robert W. Gettleman, or any judge sitting his stead in Courtroom 1419 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the accompanying *Motion and Memorandum In Support Of Motion To Reconsider And To Clarify And/Or Narrow The Class Definition.*

Date: August 18, 2010

Respectfully submitted,

By: /s/ Linda D. Friedman

369447-1

Mary Stowell
Linda D. Friedman – Attorney No. 06190092
George Robot
Suzanne E. Bish
**STOWELL & FRIEDMAN, LTD.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

369447-1

## CERTIFICATE OF SERVICE

  I, Linda D. Friedman, an attorney, hereby certify that on August 18, 2010, I caused a true and correct copy of attached Notice of Motion re: *Motion and Memorandum In Support Of Motion To Reconsider And To Clarify And/Or Narrow The Class Definition* to be served via ECF and electronic mail on the following counsel of record:

Jeffrey S. Klein
Nicholas J. Pappas
Salvatore Romanello
Allan Dinkoff
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
phone: (212) 310-8000
fax: (212) 310-8007
jeffrey.klein@weil.com

Lori Lightfoot
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
phone: (312) 782-0600
fax: (312) 701-7711
llightfoot@mayerbrown.com

Respectfully submitted,

By: /s/ Linda D. Friedman

Mary Stowell
Linda D. Friedman – Attorney No. 06190092
George Robot
Suzanne E. Bish
**STOWELL & FRIEDMAN, LTD.**
321 Plymouth Court, Suite 1400
Chicago, IL 60604
(312) 431-0888

369447-1