**AGREEMENT WITH RESPECT TO INDIVIDUALS WHO ARE
CLASS MEMBERS IN THE CASES OF SCOTT A CHAMBERS, et al. v.
MERRILL LYNCH & CO., INC., et al AND
McREYNOLDS, et al. v. MERRILL LYNCH PIERCE FENNER & SMITH, INC.**

It is hereby agreed between Merrill Lynch & Co., Inc., through its counsel, Morgan, Lewis & Bockius LLP and Stowell & Friedman, on behalf of its clients who are class members in both *Chambers, et al. v. Merrill Lynch & Co., Inc., et al.* ("*Chambers*") and *McReynolds, et al. v. Merrill Lynch Pierce Fenner & Smith, Inc.* ("*McReynolds*") that participation in the *Chambers* class action settlement or failure to opt out of the *Chambers* class action settlement shall not prohibit any *McReynolds* class member from prosecuting or Merrill Lynch from defending, a claim for race discrimination or related litigation or from participating in *McReynolds* or related litigation.

STOWELL & FRIEDMAN

By: _____
Linda Friedman
303 W. Madison Street
Suite 2600
Chicago, IL 60606
Attorneys for Class Members in *McReynolds*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Mark S. Dichter
1701 Market Street
Philadelphia, PA 19107

Attorney for Merrill Lynch & Co, Inc.