IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE McREYNOLDS, MAROC HOWARD, LARUE GIBSON, JENNIFER MADRID, FRANKIE ROSS, MARVA YORK, LESLIE BROWNE, HENRY WILSON, LEROY BROWN, GLENN CAPEL, CHRISTINA COLEMAN, J. YVES LABORDE, MARSHELL MILLER, CARNELL MOORE, MARK JOHNSON, CATHY BENDER-JACKSON, and STEPHEN SMARTT, individually on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>    Defendant. | Case No. 05-C-6583<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Gilbert |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

Plaintiffs hereby move this Court for final certification of the Settlement Class and final approval of the Settlement of this class action, pursuant to Rules 23(a), 23(b), and 23(e) of the Federal Rules of Civil Procedure. In support of their Motion, Plaintiffs submit the Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Memorandum") and the exhibits attached thereto, and state as follows:

    1.    On September 4, 2013, this Court granted preliminary approval to the Settlement agreed to between Merrill Lynch and Plaintiffs' Class Representatives. At that time, the Court preliminarily certified a Settlement Class consisting of:

1

>All African American Financial Advisors and Financial Advisor Trainees who have been assigned a production number in the domestic U.S. Retail brokerage unit within the GPC division of Merrill Lynch at any time from May 6, 2001 through the Preliminary Approval Date [September 4, 2013].

There are approximately 1,433 members of the Settlement Class.

2. In accordance with the Court's Order, the Claims Administrator sent to each of the Settlement Class Members the Notice of Class Action, Proposed Settlement Agreement, and Settlement Fairness Hearing.

3. Of the Settlement Class of more than 1,400 members, only one Settlement Class Member opted out of the Settlement and one objected to the Settlement.

4. The Settlement is fair, reasonable, and adequate, and should be approved.

5. The Settlement Class meets all the requirements of Rules 23(a), 23(b)(2), and 23(b)(3).

6. A Proposed Order is attached as Exhibit 6 to the Memorandum. Merrill Lynch does not oppose any of the relief proposed in this Motion or in the Proposed Order.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order:

(a) Certifying the following Settlement Class under Federal Rule of Civil Procedure 23(a), (b)(2) and (b)(3) for purposes of effectuating the Settlement:

>All African American Financial Advisors or Financial Advisor Trainees who have been assigned a production number in the domestic U.S. retail brokerage unit within the Global Private Client division of Merrill Lynch at any time from May 6, 2001 through September 4, 2013.

(b) Granting final approval of the parties Settlement Agreement, attached as Exhibit 1 to the Memorandum; and

(c) Granting such other relief as the Court deems just and proper.

By: */s/ Linda D. Friedman*

Linda D. Friedman
Suzanne E. Bish
George S. Robot
STOWELL & FRIEDMAN, LTD.
303 W. Madison, Suite 2600
Chicago, Illinois 60606
(312) 431-0888 (tel)
(312) 431-0228 (fax)

3

## **CERTIFICATE OF SERVICE**

I, Suzanne E. Bish, an attorney, hereby certify that on November 21, 2013, I caused a true and correct copy of the attached Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, to be served via ECF on the following counsel of record:

| | |
|---|---|
| Jeffrey S. Klein | Stephen M. Shapiro |
| Nicholas J. Pappas | Timothy S. Bishop |
| Jared R. Friedmann | Lori E. Lightfoot |
| Weil, Gotshal & Manges LLP | Mayer Brown LLP |
| 767 Fifth Avenue | 71 S. Wacker Drive |
| New York, NY 10153 | Chicago, IL 60606 |
| phone: (212) 310-8000 | phone: (312) 782-0600 |
| fax: (212) 310-8007 | fax: (312) 701-7711 |
| | |
| Jeffrey.klein@weil.com | sshapiro@mayerbrown.com |
| Nicholas.pappas@weil.com | tbishop@mayerbrown.com |
| Jared.friedmann@weil.com | llightfoot@mayerbrown.com |

By: _____*/s/ Suzanne E. Bish*_____