## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

George McReynolds, et al.
           Plaintiff,

v.                Case No.: 1:05−cv−06583
                Honorable Robert W. Gettleman

Merrill Lynch & Co., Inc., et al.
           Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, December 6, 2013:

   MINUTE entry before the Honorable Robert W. Gettleman: Fairness hearing held on 12/6/2013. The Court overrules Mr. Gunn's objections. Trial date of 1/6/2014 is stricken. Plaintiffs' motion [595] for service awards is granted. Motion [596]for attorney fees and costs is granted. Unopposed motion [610] for final approval of class action settlement is granted. Civil case terminated. Mailed notice (gds)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.