IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE MCREYNOLDS, MAROC HOWARD, FRANKIE ROSS, MARVA YORK, LEROY BROWN, GLENN CAPEL, CARNELL MOORE, MARK JOHNSON and CATHY BENDER-JACKSON, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH,<br><br>            Defendant. | No. 05 C 6583<br><br>Judge Robert W. Gettleman |

**<u>ORDER</u>**

On December 9, 2013, the undersigned judge received a letter from La Mar Gunn dated December 3, 2013, along with an affidavit objecting to the proposed class settlement, a motion to intervene as of right, a motion "for approval to issue CM/ECF login and password," and a motion for extension of time to respond to "the objections of defendants [sic] and class counsel. The undersigned judge had previously received a courtesy copy of Mr. Gunn's objection to the proposed class action settlement (the only objection filed in this case). The court understands that although Mr. Gunn has sent courtesy copies of these papers to the undersigned judge and all counsel, he failed to file them properly with the Clerk of the Court prior to the fairness hearing held on December 6, 2013, despite having been given specific instructions on how to do so. Consequently, Mr. Gunn's various submissions were not filed and have not appeared on the docket. Both defendant and plaintiffs have responded to Mr. Gunn's submissions.

Nevertheless, at the fairness hearing conducted by the court on December 6, 2013, at which Mr. Gunn did not appear, the court addressed Mr. Gunn's objections to the proposed

settlement and his motion to intervene, and denied both of those requests because they are without merit. Because the court has already denied the motion to intervene, the motions for approval to issue CM/ECF login and password and for extension of time are also denied. For purposes of the record, the court will direct the clerk to file the above-mention papers delivered by Mr. Gunn.

**ENTER:** December 10, 2013

_____
**Robert W. Gettleman
United States District Judge**